# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NPR, INC.; | § | 4:18-CV-00442-ALM |
| NPR.ORG; JARL MOHN; STACEY | § | |
| FOXWELL; MICHAEL ORESKES; | § | |
| CHRISTOPHER TURPIN; EDITH | § | |
| CHAPIN; LESLIE COOK; HUGH | § | |
| DELLIOS; PALLAVI GOGOI; and | § | |
| SARAH GILBERT, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' MOTION TO
## EXTEND DEADLINES TO EXCHANGE INITIAL DISCLOSURES
## AND FILE JOINT REPORT OF ATTORNEY CONFERENCE

On this day, the Court considered Defendants' Unopposed Motion to Extend Deadlines to Exchange Initial Disclosures and File Joint Report of Attorney Conference ("Motion").

After due consideration, the Court finds that good cause exists to modify the deadlines in its Order Governing Proceedings (Dkt. 30). Accordingly, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.  The parties' deadline to exchange their initial disclosures and file their joint report of attorney conference is extended until January 14, 2019.  The Scheduling Conference set for January 2, 2019 is CANCELED and reset to January 17, 2019 at 1:30 p.m.

**SIGNED this 5th day of December, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE