IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ED BUTOWSKY, in his Individual And Professional Capacities<br><br>Plaintiff,<br><br>v.<br><br>DAVID FOLKENFLIK et al<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:18-cv-442-ALM<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On this day, the Court considered Plaintiff, Ed Butowsky's, notice of dismissal without prejudice of Defendants, Jarl Mohn ("Mohn"), Stacey Foxwell ("Foxwell"), Michael Oreskes ("Oreskes"), Christopher Turpin ("Turpin"), Hugh Dellios ("Dellios"), and Sarah Gilbert ("Gilbert"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Upon review of the matter and after due consideration of Plaintiff's notice of dismissal, the Court dismisses this action as to Defendants, Mohn, Foxwell, Oreskes, Turpin, Dellios and Gilbert without prejudice, and the Clerk shall terminate these Defendants.

Accordingly, the Motion of these Defendants to Dismiss for Lack of Personal Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2) (Dkt. #23) is denied as moot.

This action shall remain pending as to Defendants David Folkenflik, NPR, Inc. and NPR.org, Edith Chapin, Leslie Cook and Pallavi Gogoi.

**IT IS SO ORDERED.**
 **SIGNED** this 5th day of December, 2018.

*[signature: Amos Mazzant]*