IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

| | |
|---|---|
| ED BUTOWSKY, in his Individual And Professional Capacities | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DAVID FOLKENFLIK et al | ) ) ) |
| Defendants. | ) ) ) |

Case No. 4:18-cv-00442-ALM

# NOTICE CONCERNING PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

Plaintiff, Ed Butowsky ("Plaintiff"), by counsel, pursuant to Local Civil Rule 26(c), files Notice that Plaintiff's disclosures required by Rule 26(a)(1) Fed. R. Civ. Pro. ("FRCP") have taken place.

DATED:   December 11, 2018

Signature of Counsel on Next Page

ED BUTOWSKY,
In his Individual and Professional Capacities


By:   */s/ Steven S. Biss*
      Steven S. Biss (VSB # 32972)
      300 West Main Street, Suite 102
      Charlottesville, Virginia 22903
      Telephone:   (804) 501-8272
      Facsimile:    (202) 318-4098
      Email:       **stevenbiss@earthlink.net**
      (*Admitted Pro Hac Vice*)

      Ty Clevenger, Esquire
      Texas Bar No. 24034380
      P.O. Box 20753
      Brooklyn, NY 11202-0753
      (979) 985-5289
      (979) 530-9523 (Fax)
      Email:  tyclevenger@yahoo.com

      *Counsel for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2018 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendants and all interested parties receiving notices via CM/ECF, and a copy was also emailed in PDF to counsel for the Defendants:

Laura.Prather@haynesboone.com;

Thomas.Williams@haynesboone.com.

                By:   */s/ Steven S. Biss*
                     Steven S. Biss (VSB # 32972)
                     300 West Main Street, Suite 102
                     Charlottesville, Virginia 22903
                     Telephone:   (804) 501-8272
                     Facsimile:   (202) 318-4098
                     Email:   **stevenbiss@earthlink.net**
                     (*Admitted Pro Hac Vice*)

                     Ty Clevenger, Esquire
                     Texas Bar No. 24034380
                     P.O. Box 20753
                     Brooklyn, NY 11202-0753
                     (979) 985-5289
                     (979) 530-9523 (Fax)
                     Email: tyclevenger@yahoo.com

                     *Counsel for the Plaintiff*