# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NPR, INC.; | § | 4:18-CV-00442-ALM |
| NPR.ORG; JARL MOHN; STACEY | § | |
| FOXWELL; MICHAEL ORESKES; | § | |
| CHRISTOPHER TURPIN; EDITH | § | |
| CHAPIN; LESLIE COOK; HUGH | § | |
| DELLIOS; PALLAVI GOGOI; and | § | |
| SARAH GILBERT, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT DAVID FOLKENFLIK'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST WRITTEN DISCOVERY

On this day, the Court considered Defendant David Folkenflik's Unopposed Motion to Extend Deadline to Respond to Plaintiff's First Written Discovery (Dkt. No. 46).

After due consideration, the Court finds that good cause exists to modify the deadlines set forth in its January 9, 2019 Order (Dkt. No. 44). Accordingly, IT IS HEREBY ORDERED that Defendant's motion is **GRANTED.** Defendant Folkenflik's deadline to respond to Plaintiff's First Written Discovery is extended until **March 1, 2019**. All other deadlines and settings in this case remain unchanged.

**SIGNED this 23rd day of January, 2019.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE