**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

**JUDGE CAROLINE M. CRAVEN
LAW CLERK JENNIFER ORGERON
COURTROOM DEPUTY/ECRO HAILEE AMOX**

| | | |
|---|---|---|
| **ED BUTOWSKY, in his individual and professional capacities,** | § § § § § | |
| *Plaintiff,* | § | |
| v. | § | Case No. 4:18-CV-442-ALM-CMC |
| **DAVID FOLKENFLIK, NPR.INC., NPR.ORG, JARL MOHN, STACEY FOXWELL, MICHAEL ORESKES, CHROSTOPHER TURPIN, EDITH CHAPIN, LESLIE COOK, HUGH DELLIOS, PALLA VI GOGOI, and SARAH GILBERT,** | § § § § § § § § § | |
| *Defendants.* | § | |

**ATTORNEY FOR PLAINTIFF: STEVEN S. BLISS**

**ATTORNEY FOR DEFENDANTS NPR. DAVID FOLKENFLIK, EDITH CHAPMAN, LESLIE COOK, AND PALLAVI GOGOI: LAURA PRATHER, TOM WILLIAMS**

02/07/19

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 10:06 | Matter called for hearing on the Defendants' Motion to Dismiss (Docket Entry #25). |
| 10:07 | Attorney announcements. |
| 10:08 | Laura Prather, on behalf of Defendants, presents argument on Motion to Dismiss. |
| 10:32 | Steven S. Bliss, on behalf of Plaintiff, presents response. |
| 11:29 | Ten-minute recess. |
| 11:41 | Laura Prather, on behalf of Defendants, presents reply to Plaintiff's response. |
| 11:48 | Defendants rest. Plaintiff rests. |
| 11:49 | The Court will issue an R&R within a month. If longer, Court will let the parties |

|       | know.    |
|-------|----------|
| 11:50 | Adjourn. |