**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| ED BUTOWSKY, § | |
|    Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:18-cv-00442-ALM |
| § | |
| DAVID FOLKENFLIK; NPR, INC.; § | |
| NPR.ORG; JARL MOHN; STACEY § | |
| FOXWELL; MICHAEL ORESKES; § | |
| CHRISTOPHER TURPIN; EDITH § | |
| CHAPIN; LESLIE COOK; HUGH § | |
| DELLIOS; PALLAVI GOGOI; and § | |
| SARAH GILBERT, § | |
|    Defendants. § | |

**NOTICE CONCERNING DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

Defendants National Public Radio, Inc. ("NPR"), David Folkenflik, Edith Chapin, Leslie Cook, and Pallavi Gogoi, ("Defendants"), by and through their undersigned counsel, file this Notice pursuant to Local Civil Rule 26(c) that Defendants' Initial Disclosures were served on Plaintiff Ed Butowsky on February 19, 2019 as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Dated: February 26, 2019

                                                Respectfully submitted,

                                                **HAYNES AND BOONE, LLP**

                                                /s/ *Laura Lee Prather*
                                                Laura Lee Prather
                                                State Bar No. 16234200
                                                laura.prather@haynesboone.com
                                                Wesley D. Lewis
                                                State Bar No. 24106204
                                                wesley.lewis@haynesboone.com

      600 Congress Avenue, Suite 1300
      Austin, Texas 78701
      Telephone:   (512) 867-8400
      Telecopier:   (512) 867-8470

      Thomas J. Williams
      State Bar No. 21578500
      thomas.williams@haynesboone.com
      Haynes and Boone, LLP
      301 Commerce Street, Suite 2600
      Fort Worth, Texas 76102
      Telephone:   (817) 347-6600
      Telecopier:   (817) 347-6650

      **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 26, 2019, a true and correct copy of the foregoing document was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to the following counsel of record:

| | |
|---|---|
| Ty Odell Clevenger | Steven S. Biss |
| P.O. Box 20753 | 300 West Main Street, Suite 102 |
| Brooklyn, NY 11202-0753 | Charlottesville, VA 22903 |
| 979-985-5289 (phone) | 804-501-8272 (phone) |
| 979-530-9523 (fax) | 202-318-4098 (fax) |
| tyclevenger@yahoo.com | stevenbiss@earthlink.net |

      */s/ Laura Lee Prather*
      Laura Lee Prather