**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ED BUTOWSKY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NPR, INC.; | § | 4:18-CV-00442-ALM |
| NPR.ORG; JARL MOHN; STACEY | § | |
| FOXWELL; MICHAEL ORESKES; | § | |
| CHRISTOPHER TURPIN; EDITH | § | |
| CHAPIN; LESLIE COOK; HUGH | § | |
| DELLIOS; PALLAVI GOGOI; and | § | |
| SARAH GILBERT, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

On this day, the Court considered Defendants' Unopposed Motion to Extend Deadline to File Objections to Report and Recommendation of United States Magistrate Judge ("Motion").

After due consideration, the Court finds that good cause exists to modify the deadlines set forth in its April 17, 2019 Report (Dkt. 58). Accordingly, IT IS HEREBY ORDERED that Defendants' Motion is **GRANTED**. Defendants' deadline to file Objections to the Report and Recommendations is extended until May 15, 2019. All other deadlines and settings in this case remain unchanged.

**SIGNED this 23rd day of April, 2019.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE