IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NPR, INC.; | § | 4:18-CV-00442-ALM |
| NPR.ORG; JARL MOHN; STACEY | § | |
| FOXWELL; MICHAEL ORESKES; | § | |
| CHRISTOPHER TURPIN; EDITH | § | |
| CHAPIN; LESLIE COOK; HUGH | § | |
| DELLIOS; PALLAVI GOGOI; and | § | |
| SARAH GILBERT, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITATIONS FOR OBJECTIONS TO
MAGISTRATE'S REPORT AND RECOMMENDATION**

Defendants file this Unopposed Motion for Leave to Exceed Page Limitations for Objections to the Report and Recommendation of the United States Magistrate Judge ("Report and Recommendation") and would show the Court as follows:

1. On April 17, 2019, the Magistrate Judge filed her Report and Recommendation recommending that Defendants' Motion to Dismiss for Failure to State a Claim be denied [Dkt No. 58]. Defendants plan to file Objections to the Report and Recommendation, as authorized by, and pursuant to, 28 U.S.C. § 636 (b)(1) and Local Rule CV-72. Pursuant to the local rule, the page limit for such objection is eight pages. *See* LR-72(c).

2. The Report and Recommendation is 98 pages long and, like the Motion to Dismiss itself, addresses the numerous causes of action pled by Plaintiff and the several defenses thereto.

3. While Defendants will be as concise as possible in drafting their Objections, due to the length of the Report and Recommendation and the complexity of the issues involved, Defendants request leave to exceed the normal page limit, and request that the page limit for Defendants' Objections to the Report and Recommendation be increased to twenty-five (25) pages.

4. Defendants do not seek leave to exceed the page limit in their Objections to burden the Court or Plaintiff, but rather so that justice may be done.

5. This Motion is unopposed.

## PRAYER

WHEREFORE, Defendants request leave to exceed the 8-page limitation for their Objections to the Report and Recommendation, and request that the page limit for Defendants' Objections be increased to twenty-five (25) pages, and for such other relief to which Defendants are entitled.

Respectfully submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:   (512) 867-8400
Telecopier:   (512) 867-8470

Thomas J. Williams
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
301 Commerce Street, Suite 2600
Fort Worth, Texas 76102
Telephone:   (817) 347-6600
Telecopier:   (817) 347-6650

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

On April 26, 2019, the undersigned counsel for Defendants conferred with Steven S. Biss, attorney for Plaintiff, concerning Defendants' Motion for Leave to Exceed Page Limitations, and Mr. Biss advised that this Motion is unopposed.

*/s/ Laura Lee Prather*
Laura Lee Prather

## CERTIFICATE OF SERVICE

    The undersigned certifies that on April 30, 2019, a true and correct copy of the foregoing document was forwarded via e-filing to the following counsel of record:

Ty Odell Clevenger
P.O. Box 20753
Brooklyn, NY 11202-0753
979-985-5289 (phone)
979-530-9523 (fax)
tyclevenger@yahoo.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
804-501-8272 (phone)
202-318-4098 (fax)
stevenbiss@earthlink.net

                                                */s/ Laura Lee Prather*
                                                Laura Lee Prather