**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **ED BUTOWSKY,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | |
| DAVID FOLKENFLIK; NPR, INC.; § | 4:18-CV-00442-ALM |
| NPR.ORG; JARL MOHN; STACEY § | |
| FOXWELL; MICHAEL ORESKES; § | |
| CHRISTOPHER TURPIN; EDITH § | |
| CHAPIN; LESLIE COOK; HUGH § | |
| DELLIOS; PALLAVI GOGOI; and § | |
| SARAH GILBERT, § | |
| § | |
| Defendants. § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO EXCEED PAGE LIMITATIONS FOR OBJECTIONS TO
MAGISTRATE'S REPORT AND RECOMMENDATION**

On this day, the Court considered Defendants' Unopposed Motion for Leave to Exceed Page Limitations for Objections to Report and Recommendation of United States Magistrate Judge (Dkt. # 61).  Having reviewed the Motion, and noting that it is unopposed, the Court finds that the Motion should be **GRANTED** in its entirety.

IT IS THEREFORE ORDERED that the page limit for Defendants' Objections to Magistrate's Report and Recommendation is 25 pages.

IT IS SO ORDERED.
**SIGNED this 2nd day of May, 2019.**

_/s/ Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE