Revised: 9/3/2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
### Sherman DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

*APPROVED*
*By JillVeazey at 7:57 am, Oct 07, 2019*

1. This application is being made for the following: Case # 4:18-cv-00442-ALM-CMC
Style/Parties: Defendants
2. Applicant is representing the following party/ies: Defendants
3. Applicant was admitted to practice in Arizona (state) on 12/20/3879 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See attached
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, David J. Bodney do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 10/04/3919    Signature s/David J. Bodney    (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) David J. Bodney
Bar Number /State 006065/Arizona
Firm Name: Ballard Spahr LLP
Address/P.O. Box: 1 East Washington Street, Suite 2300
City/State/Zip: Phoenix, Arizona 85004
Telephone #: (602) 798-5400
Fax #: (602) 798-5595
E-mail Address: bodneyd@ballardspahr.com
Secondary E-Mail Address: LitDocket_West@ballardspahr.com

This application has been approved for the court on: 10/7/19

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _____Jill Veazey_____
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**

This may be used to answer question 9.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filedagainst you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

Arizona
12/20/1979
Bar No. 006065

U.S. District Court for the District of Arizona
1980

U.S. Court of Appeals for the Ninth Circuit
1/21/1980

U.S. Supreme Court
1983

U.S. District Court for the Northern District of Illinois (pro hac vice)
2013

U.S. District Court for the Western District of Michigan (pro hac vice)
2013

U.S. District Court for the District of Kansas (pro hac vice)
2018

U.S. District Court for the Northern District of California (pro hac vice)
2018

U.S. District Court for the District of Columbia
2018

U.S. District Court for the Eastern District of Missouri (pro hac vice)
2018

U.S. Court of Appeals for the Tenth Circuit
2018