# Exhibit 3



**U. S. Department of Justice**
United States Attorney
Eastern District of Texas

110 N. College Ave, Ste. 700  Phone (903) 590-1400
Tyler, Texas 75702  Fax (903) 590-1437

July 23, 2019

Ty Clevenger *(Via email to tyclevenger@yahoo.com)*
P.O. Box 20753
Brooklyn, New York 11202

Re: Request for the production of items by the Custodian of Records for the Federal Bureau of Investigation in *Edward Butowsky v. David Folkenfik, et al.*, No. 4:18-cv-00442-ALM, in the United States District Court for the Eastern District of Texas; and

Request for the production of items by the Custodian of Records for the Federal Bureau of Investigation in *Edward Butowsky v. Michael Gottlieb, et al.*, No. 4:19-cv-00180-ALM-KPJ, in the United States District Court for the Eastern District of Texas.

Dear Mr. Clevenger:

It is my understanding you have caused to be issued subpoenas duces tecum in connection with the above-referenced matters, both civil actions to which the United States is not a party, directing the Federal Bureau of Investigation to produce documents. Although the cover letter for your requests references the *Touhy* regulations, you have not yet complied with the regulations so as to allow our office to fully evaluate your requests.

In accordance with the Justice Department's *Touhy* regulations, please provide a summary of the information sought and its relevance to the proceedings. *See* 28 C.F.R. § 16.22(d).

Thank you for your cooperation and your understanding.

Best regards,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

Joshua M. Russ
Chief, Civil Division