IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK, ET AL., | § | 4:18-CV-00442-ALM |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' MOTION TO FILE MOTION TO COMPEL UNDER SEAL

COME NOW, Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi (collectively, "Defendants" or "NPR"), by their undersigned counsel, and respectfully request that the Court permit them to file their Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 37 and accompanying exhibits under seal. NPR's filing relies on and discloses documents and information that have been designated confidential pursuant to the Stipulated Protective Order entered in this case on August 8, 2019 (Dkt. 67).

Accordingly, NPR respectfully requests that this Court grant leave to seal Defendants' Motion to Compel and accompanying exhibits. Defendants will file a redacted version of the Motion to Compel publicly within two days pursuant to this Court's local rule CV-5(a)(7)(E) regarding filing of documents under seal.

Respectfully submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 867-8400
Telecopier: (512) 867-8470

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: 602.798.5400
Fax: 602.798.5595

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned Counsel for Defendants certifies that on January 13, 2020, counsel for Defendants conferred with Steven Biss, one of the attorneys for Plaintiff, concerning this motion. Upon reviewing a document, initially produced by Plaintiff, that Defendants intend to use in support of their motion, Plaintiff stated his belief that the document should be treated as "confidential" pursuant to the Stipulated Protective Order in the case. Nevertheless, Plaintiff did not take a position as to whether Plaintiff was opposed to the relief requested in the Motion.

*/s/ Wesley D. Lewis*
Wesley D. Lewis

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 13, 2020, a true and correct copy of the foregoing document was forwarded via e-filing to the following counsel of record:

Ty Odell Clevenger
P.O. Box 20753
Brooklyn, NY 11202-0753
979-985-5289 (phone)
979-530-9523 (fax)
tyclevenger@yahoo.com

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
804-501-8272 (phone)
202-318-4098 (fax)
stevenbiss@earthlink.net

*/s/ Laura Lee Prather*
Laura Lee Prather