IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; AND PALLAVI GOGOI, | § § § § § § § | 4:18-CV-00442-ALM |
| Defendants. | § | |

## EXHIBIT LIST TO MOTION TO COMPEL

EXHIBIT 1. Declaration of Wesley Lewis

EXHIBIT 2. Plaintiff's Motion and Memorandum in Support of Motion for Sanctions Against Defendant Butowsky filed on December 30, 2019 in *Aaron Rich v. Butowsky, et al.*, Civil Action No. 1:18-cv-00681-RJL, pending in the United States District Court for the District of Columbia

EXHIBIT 3. Defendants' First Requests for Production dated July 5, 2019

EXHIBIT 4. Plaintiff's Objections, Answers and Responses to Defendants' Discovery Requests dated August 5, 2019

EXHIBIT 5. August 5, 2019 Email from S. Biss to L. Prather

EXHIBIT 6. September 13, 2019 Letter from L. Prather to S. Biss

EXHIBIT 7. Defendants' Second Requests for Production dated September 30, 2019

EXHIBIT 8. Defendants' First Set of Interrogatories dated September 30, 2019

EXHIBIT 9. Defendants' Third Requests for Production dated October 18, 2019

EXHIBIT 10. Defendants' Second Set of Interrogatories dated October 18, 2019

EXHIBIT 11. October 20, 2019 Email from S. Biss to L. Prather

EXHIBIT 12.   November 9, 2019 Email from S. Biss to L. Prather

EXHIBIT 13.   November 21, 2019 Letter from D. Bodney to S. Biss

EXHIBIT 14.   December 9, 2019 Letter from D. Bodney to S. Biss

EXHIBIT 15.   December 19, 2019 Email from L. Prather to S. Biss and T. Clevenger

EXHIBIT 16.   Plaintiff's Supplemental Responses to Defendants' First Discovery Requests dated October 23, 2019

EXHIBIT 17.   Plaintiff's Objections, Answers and Responses to Defendants' Second Discovery Requests dated November 9, 2019

EXHIBIT 18.   Plaintiff's (Second) Supplemental Responses to Defendants' Discovery Requests dated December 8, 2019

EXHIBIT 19.   Plaintiff's Objections and Responses to Defendants' Second Interrogatories and Third Request for Production of Documents dated December 2, 2019

EXHIBIT 20.   Redacted text message conversation between Plaintiff and Rod Wheeler produced by Plaintiff

EXHIBIT 21.   Unredacted text message conversation between Rod Wheeler and Plaintiff produced by Rod Wheeler

EXHIBIT 22.   November 25, 2019 Email from C. Houdre to L. Prather

EXHIBIT 23.   Proof of Service of Subpoena on Chapwood Investments dated November 19, 2019

EXHIBIT 24.   Proof of Service of Subpoena on Kim Sams dated December 3, 2019

EXHIBIT 25.   Plaintiff's Original Petition dated May 26, 2011 in *Edward W. Butowsky v. Financial Industry Regulatory Authority, Inc.*, Cause No. 11-06638 in the 106th Judicial District Court, Dallas County, Texas

EXHIBIT 26.   Order dated January 20, 2012 in *Edward W. Butowsky v. Financial Industry Regulatory Authority, Inc.*, Cause No. 11-06638 in the 106th Judicial District Court, Dallas County, Texas