# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

| | | |
|---|---|---|
| ED BUTOWSKY, in his Individual<br>And Professional Capacities | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-00442-ALM |
| | ) | |
| DAVID FOLKENFLIK<br>et al | ) | |
| | ) | |
| Defendants. | ) | |

# PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST DISCOVERY REQUESTS

Plaintiff, Ed Butowsky ("Plaintiff"), by counsel, pursuant to Rules 26(e) and 36 of the Federal Rules of Civil Procedure (the "Rules") and the Federal Rules of Evidence ("FRE"), hereby serves the following Supplemental Responses to defendants, David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook and Pallavi Gogoi (collectively, the "Defendants") request for production of documents dated July 5, 2019 (hereinafter, the "Discovery Requests").

Plaintiff restates and incorporates herein by reference his prior objections to the Discovery Requests, and supplements as follows:

1

## <u>Supplemental Responses to Request for Production of Documents</u>

Responding to each numbered Request, Plaintiff states as follows:

---

**<u>REQUEST FOR PRODUCTION NO. 7:</u>**

All documents, including correspondence, emails, video and audio recordings, voicemail, and text messages, referenced in the Wheeler Complaint.

---

**<u>RESPONSE</u>**:     These documents are in the possession of Wigdor and Wheeler.  Plaintiff has subpoenaed documents from Wigdor, and will produce all documents produced by Wigdor on receipt.

**<u>SUPPLEMENTAL RESPONSE</u>**:     All documents in Plaintiff's possession will be produced.

---

**<u>REQUEST FOR PRODUCTION NO. 13:</u>**

All documents, including correspondence, emails, video and audio recordings, voicemail, and text messages, constituting or reflecting communications between You on the one hand, and any former or current member of the Trump White House Cabinet or their current or former employees on the other.

---

**<u>RESPONSE</u>**:     Objection – overbroad and unreasonable as to time frame and subject matter.

Subject to the foregoing objections, Plaintiff will produce any and all documents that constitute or reflect communications between Plaintiff and any former or current member of the Trump White House Cabinet and their current or former employees between January 1, 2017 and August 1, 2017.

**SUPPLEMENTAL RESPONSE**:        Objection  –  overbroad  and
unreasonable as to time frame and subject matter.

Subject to the foregoing objections, Plaintiff will produce any and all documents
that  constitute  or  reflect  communications  between  Plaintiff  and  any  former  or  current
member  of  the  Trump  White  House  Cabinet  and  their  current  or  former  employees
between July 10, 2016 and June 21, 2018.

<div style="border:1px solid">

**REQUEST FOR PRODUCTION NO. 21:**

All documents, correspondence, emails, video and audio recordings, voicemail, and text messages,
constituting  or  reflecting  communications  between  You  on  the  one  hand,  and  Fox  News  or
FOXNews.com, including any of their officers, employees, agents, representatives, attorneys or
any other individual or entity presently or formerly acting on their behalf, regarding actual or
potential on-air appearances by You on Fox News.

</div>

**RESPONSE**:        Objection – relevance; overbroad  as  to  time  frame  and
subject matter.

**SUPPLEMENTAL RESPONSE**:        Objection – relevance; overbroad  as
to time frame and subject matter.

Subject to the foregoing objections, Plaintiff will produce any and all responsive
documents  in  his  possession  relating  to  the  time  July  10,  2016  and  June  21,  2018.
Plaintiff  will  also  produce  all  documents  obtained  from  Fox  in  response  to  Plaintiff's
subpoena to Fox.

<u>**REQUEST FOR PRODUCTION NO. 29:**</u>

All social media posts, including but not limited to posts on Facebook, Twitter, Instagram, Snapchat, TikTok, Vimeo, YouTube, Reddit, LinkedIn, Pinterest, and Tumblr, discussing or referring to the death of Seth Rich.

<u>**RESPONSE**</u>:        Objection – overbroad unduly burdensome. *James Madison Project v. C.I.A.*, 2009 WL 2777961, at *4 (E.D. Va. 2009) ("a request for 'all documents 'relating to' a subject is usually subject to criticism as overbroad since life, like law, is a 'seamless web,' and all documents 'relate' to others in some remote fashion.' … Such a request 'unfairly places the onus of non-production on the recipient of the request and not where it belongs – upon the person who drafted such a sloppy request." (quoting *Mass. v. U.S. Dep't of Health & Human Servs*., 727 F. Supp. 35, 36 n. 2 (D. Mass. 1989)); *id. Big Voices Media, LLC. v. Wendler*, 2012 WL 6021443, at *2 (M.D. Fla. 2012) (concluding that interrogatories that seek particulars regarding "any and all communications," including oral communications, are unnecessary and excessively burdensome in part because the party propounding the interrogatories can obtain the information by depositions or document requests); *High Point SARL v. Sprint Nextel Corp.*, 2011 WL 4036424, at *18 (D. Kan. 2011) ("This Court has found interrogatories that ask a party to identify 'each and every fact' or 'all facts' supporting its allegations to be overly broad and unduly burdensome."); *PIC Grp., Inc. v. Landcoast Insulation, Inc.*, 2010 WL 4791710, at *1-8 (S.D. Miss. 2010) (denying motion to compel response to interrogatory requesting responding party to identify each and every oral communication because it is unreasonably and unduly burdensome and the least efficient way to obtain such information); *Allianz Ins. Co. v. Surface Specialties, Inc.*, 2005 WL 44534, at *8 (D.

Kan. 2005) ("Interrogatories should not require the answering party to provide a narrative account of its case.").

There is no way for Plaintiff to respond.  This request is simply way to broad.

**SUPPLEMENTAL RESPONSE**:                Objection – overbroad and unduly burdensome; relevance.

Plaintiff does not have access to "all social media posts … discussing or referring to the death of Seth Rich".  Plaintiff has done a search of Twitter, YouTube, Reddit and Tumblr using the search words "death" and "Seth Rich".   The following results were obtained:

https://twitter.com/search?q=death%20Seth%20Rich&src=typd;

https://www.youtube.com/results?search_query=death+seth+rich

https://www.reddit.com/search/?q=death+Seth+Rich

https://www.tumblr.com/search/Seth+Rich

A search of Plaintiff's Facebook returned no posts:

https://www.facebook.com/pg/ebutowskypub/posts/?ref=page_internal


**Reservation of Rights**

Plaintiff reserves the right to amend and/or supplement his Supplemental Responses to Defendants' Discovery Requests upon review of the responsive documents and upon receipt of responsive documents from Defendants and third-parties.


DATED:        October 23, 2019

ED BUTOWSKY,
In his Individual and Professional Capacities


By:___/s/ Steven S. Biss_____
            Steven S. Biss (VSB # 32972)
            300 West Main Street, Suite 102
            Charlottesville, Virginia 22903
            Telephone:      (804) 501-8272
            Facsimile:       (202) 318-4098
            Email:            **stevenbiss@earthlink.net**
            (*Admitted Pro Hac Vice*)

            Ty Clevenger, Esquire
            Texas Bar No. 24034380
            P.O. Box 20753
            Brooklyn, NY 11202-0753
            (979) 985-5289
            (979) 530-9523 (Fax)
            Email:  tyclevenger@yahoo.com

            *Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2019 a copy of the foregoing was emailed in

PDF to counsel for the Defendants:

Laura.Prather@haynesboone.com;

Thomas.Williams@haynesboone.com.

By:___*/s/ Steven S. Biss*_____
          Steven S. Biss (VSB # 32972)
          300 West Main Street, Suite 102
          Charlottesville, Virginia 22903
          Telephone:    (804) 501-8272
          Facsimile:     (202) 318-4098
          Email:          **stevenbiss@earthlink.net**
          (*Admitted Pro Hac Vice*)

          Ty Clevenger, Esquire
          Texas Bar No. 24034380
          P.O. Box 20753
          Brooklyn, NY 11202-0753
          (979) 985-5289
          (979) 530-9523 (Fax)
          Email:  tyclevenger@yahoo.com

          *Counsel for the Plaintiff*