# EXHIBIT 20

Rod

Wed, Mar 1, 6:15 PM

Ed I just got some dynamic information!  Call me when you land.

Wed, Mar 1, 7:23 PM

I am on plane.  Can you give me a hint ?

Ive made contact with the lead detective he is willing to meet with me.

And I know who is blocking the investigation.

Fantastic.  I will call when I land . Do you know him?

No but he knows me.

Do you use Wickr?

I believe we can. I am meeting with 2 inside contacts tomorrow in DC.

I will call you when I land