# EXHIBIT 21

<iMessage>

2017-02-23 07:48 AM

I appreciate you reading this text message. We have many mutual friends including Adam Housley and many others from Fox News. Although I'm not a paid fox contributor,  I do appear  frequently on the News channel as well as the business channel. I watched your work for years and admire what you wearing on television.

 Behind the scenes I do a lot of work, ( unpaid )  helping to uncover certain stories, my biggest work was revealing most of what we know today about Benghazi.

I'm looking for some assistance on something that happened in Washington I would appreciate if you would give me a call at 972.897.0197.

Of all the people you have met in your line of work you have put me right next to those you view as the most confidential.
I am extremely discreet.

Is there a time I can give you a call this morning?

2017-02-23 07:54 AM

I will give you a call in an hour if that's ok. (9:00am edt).

Please do.  Thank you

2017-02-25 06:10 PM

I hope you had a safe return trip. Did you get a chance to listen to the audio I sent you?

2017-02-25 06:53 PM

Thank you.  Just returned today due to weather delays.   Will listen to the audio later this evening.  Anytime to chat tomorrow evening?

2017-02-25 06:54 PM

I'm in empty-nesters and I've been married 34 years. I pray for phone calls. Just say when

2017-02-26 04:43 PM

Ed any chance you can resend the audio?  I wanted to review it again before I called you but I can't seem to find it.  Thanks.

2017-02-26 04:44 PM

On its way

Thanks.  Standing by.

2017-02-26 04:45 PM

Just sent. Please confirm when it has arrived.
Thank you

2017-02-27 10:46 PM

I am staying at the Ritz. I will be in hotel lobby most of Tuesday morning.
I have random meetings throughout the morning including a number of people you will know up until lunch

Would love to meet up if you can .

2017-02-27 10:47 PM

I am in Baltimore for a quick morning meeting but will be back in the DC area by 11:30am. I will reach out to you then to see if you are still around.

Sounds good

Are you at the Ritz on 21st st?

2017-02-27 10:48 PM

Let's plan to have lunch somewhere in D.C.



Yes

2017-02-27 10:49 PM

Ok..know exactly where you are. I will meet you there around 11:45 and we can grab a bite in the area. See you then!

2017-02-27 10:51 PM

Got it

2017-02-28 11:22 AM

Let's meet at the Capitol Hill club\Republican club at 12

2017-02-28 11:23 AM

10-4

2017-02-28 12:02 PM

Be there shortly. On Capitol Hill now.

2017-02-28 12:03 PM

We are running behind as well

2017-02-28 12:28 PM

Walking in in five minutes

Ok

2017-02-28 12:35 PM

2017-02-28 12:37 PM

Lobby

2017-02-28 05:08 PM

Ed, what is jack Burkmans interest in the case? Did you speak with him?  I talked to the Fox 5 reporter and he's willing to talk to me. We're going to meet on Thursday.

2017-02-28 05:13 PM

I do t know who he is ?

2017-02-28 05:14 PM

Ok. 10-4

2017-03-01 11:35 AM

Good morning or afternoon. Are you in DC?

2017-03-01 11:36 AM

Maryland   Plan to be in DC later today.

2017-03-01 11:43 AM

OK. I have a 640 flight out of DCA. I'm with Malia. I think it would be great to meet up again soon today

2017-03-01 11:45 AM

Can we shoot for 3:00

2017-03-01 11:46 AM

Perfect.  Union station entrance

2017-03-01 11:48 AM

10-4

2017-03-01 01:26 PM

Location change : 3 pm at Capitol Hill club. Just got off the phone with Seth's for my girlfriend. We will be there closer to 215 230 in case you're early

2017-03-01 01:44 PM

Ok great.  I may be a little early.

2017-03-01 02:36 PM

We are currently downstairs

2017-03-01 02:47 PM

Coming down now

2017-03-01 07:15 PM

Ed I just got some dynamic information!   Call me when you land.

2017-03-01 08:23 PM

I am on plane.  Can you give me a hint ?

Ive made contact with the lead detective he is willing to meet with me.

2017-03-01 08:24 PM

And I know who is blocking the investigation.

2017-03-01 08:25 PM

Fantastic.  I will call when I land . Do you know him?

No but he knows me.

2017-03-01 08:30 PM

Do you think we can get to file or knowledge to confirm what you and I heard?

Do you use Wickr?

2017-03-01 08:31 PM

I believe we can. I am meeting with 2 inside contacts tomorrow in DC.

2017-03-01 08:32 PM

I will call you when I land

Ok

I think in 90 mins

2017-03-01 09:53 PM

Still in air. Landing soon.

2017-03-01 09:54 PM

Let's shoot for in the morning!  I'm about to do a local fox 5 news segment and I will be a while but I will call you around 7 am your time tomorrow.

2017-03-01 10:03 PM

Got it.

2017-03-03 08:10 AM

Please send me wiring instructions

2017-03-03 08:40 AM

Don't be surprised if you get a call from Joe Rich, Seth's father. Please call me when you have a moment

2017-03-03 08:45 AM

Sounds good.  I will give you a call in about an hour.  Thanks!

2017-03-03 10:02 AM

Please immediately send me something brief for mr.rich to sign

2017-03-03 11:43 AM

Expect a direct call from Joel rich . Please call me prior to give you a few data points.  Make sure to downplay Fox News , don't mention you know Malia .

2017-03-03 01:02 PM

Are you still on with them?

2017-03-03 01:43 PM

Bank account number: ███████████

2017-03-03 02:19 PM

Which bank ?

Citibank

2017-03-04 01:32 PM

Joel ask me to spend time talking with his son aaron.  He also called today to thank me once again. He said he and his wife feel like they have real help now.

2017-03-04 02:05 PM

My mother would be proud of us. Money will be in your account on Monday I couldn't get to the bank to Citibank today. There are not many in Texas.

2017-03-05 03:11 PM

Did you speak with brother? Haven't received the signed agreement from Joel

2017-03-05 03:13 PM

No haven't heard yet. Last communication was yesterday evening from Joel.

2017-03-05 05:01 PM

Don't forget to send the other documents regarding the venture capital information. I'd like to start reviewing the details. Thanks!

2017-03-06 01:38 PM

Just briefly talked with Joel. He want to have a call later this evening to further talk. He said they will get the signed document back to use shortly.

2017-03-06 01:45 PM

K.  I am anxious

2017-03-06 05:11 PM

Citibank branch 913

601 Pennsylvania Ave SE

Washington DC 20003

ABA# ████████

Acct# ██████

Got it. Do you have a second to talk?

I'm driving to my bank right now

2017-03-06 05:39 PM

Wire was just sent . I wanted to get you some money as soon as I could .
Let's see where this Goes in the next few days.
This will either be a short engagement  because we got the email situation complete or a very long one because we want to find the murderer(s) .
Let's agree to determine and characterize our financial engagement on weds .

2017-03-08 08:21 AM

Will call you in 10 mins

2017-03-08 08:22 AM

Please do

2017-03-08 11:15 AM

Just talked with Joel.  He said the agreement will be forthcoming today

2017-03-08 02:18 PM

Great.  Please let me know when it arrives

2017-03-08 02:19 PM

Will do!

2017-03-08 06:33 PM

Sarah Isgur Flores .vcf

2017-03-10 04:14 PM

You might consider leaving a message that you have teed up people from the DC police and are anxious to share info with you they won't until eight you present them with the document. Just a thought

2017-03-11 04:53 PM

Yes I thought the same thing. I called Joel an hour ago and left that msg.   Weird!!

2017-03-11 06:19 PM

Did you get an acknowledgment that you were alive from Joel?

2017-03-11 06:21 PM

I just got a call from aaron.   He said we will have the contract by Monday but he ask for me to call him tomorrow.  I'm at an event right now.

2017-03-11 06:22 PM

Was on fox today talking about the White House fence jumper.

2017-03-14 07:27 AM

If you don't get the agreement back this morning I'm going to leave Joel a nice but somewhat uncomfortable message. Basically saying that since we haven't received back the agreement it appears you don't have an interest. I think that will kickstart him I also believe you'll be something that agreement that is going to really piss us off. But I guess we'll see if we get it and when we got it but we need to move on quickly

2017-03-14 07:30 AM

I agree.  I too suspect the agreement is going to be chocked with legal stuff. Standing by for when it arrives.

2017-03-14 07:54 AM

Good morning Joel. Just want to follow up with regards to the agreement.  Ready to get started today if possible by meeting with the MPD detective.   Thanks!

Sent this to Joel.

2017-03-14 05:06 PM

We are in zoom

2017-03-14 08:58 PM

I think I just had a big breakthrough. If you get a moment please call

2017-03-15 09:12 AM

Good morning.  How was John ash connected to Seth?

2017-03-15 09:41 AM

Basically the manner of death and possible connects. Timeliness, etc.

2017-03-15 03:29 PM



2017-03-19 08:58 AM

Do you have a moment to chat ?

2017-03-19 08:59 AM

Will call you in 20 mins.

2017-03-20 09:22 AM

http://www.thegatewaypundit.com/2016/08/breaking-lead-attorney-dnc-fraud-case-found-dead-1-week-serving-dnc-papers/

2017-03-20 09:04 PM

Please call me or FaceTime me

2017-03-21 03:02 PM

Rob, can I please get the two pager summary. I'm almost to Washington. Thank you very much.

2017-03-21 04:38 PM

just emailed you a very brief and quick synopsis. (unedited and with grammatical errors)

2017-03-21 05:40 PM

Ok. Which email address?

2017-03-21 05:41 PM

Gmail

2017-03-22 05:51 PM

Aaron Rich is doing a fox interview tonight.

With who?

2017-03-22 11:36 AM

Todd Patterson   Do you know him he just retired from DC homicide

2017-03-22 11:39 AM

Tony Patterson

2017-03-22 11:44 AM

Yes

2017-03-22 12:00 PM

Can you call me?

2017-03-22 12:01 PM

Do you know cell?

2017-03-23 08:08 AM

I am having a huge anxiety over Burkman today

Can I call you ?

2017-03-23 08:09 AM

It has to do with recording

2017-03-23 08:17 AM

I'm headed into a meeting.  Can I call you around noon?

2017-03-23 08:26 AM

Did you speak to him about the press conference? I think he's going to play my recording I did not give it to him

2017-03-23 08:38 AM

No haven't ever talked to him.

2017-03-24 08:14 AM

Good morn.   Looks like I will miss the game tomorrow.   Ugh.   Will be heading back to D.C. Late tonight.

2017-03-28 08:30 AM

Got it. I just found out the story that was all over the news yesterday is about to go nuclear.

2017-03-28 09:56 AM

I can't face time.  Call me regularly.

2017-03-28 04:39 PM

Do you know Ken Blackwell ?  Former trump transition advisor ?

2017-03-28 04:47 PM

I believe so. Let me look

2017-03-28 04:48 PM

Just wondering.  I'm doing a segment with him tonight on fox regarding sanctuary cities.   I don't know him.

2017-03-28 04:49 PM

Had a good visit with Tucker today.  Will be on his show soon discussing Russia and everything else!

2017-03-28 07:25 PM

Did you speak to Sy?

2017-03-28 09:21 PM

No. I called him a couple of times but he never returned the call. I plan to do a "pop visit" to him tomorrow before I go to NY.  I need a good address for him if you have one. Thanks.

2017-03-28 10:19 PM

I do not have one. There's another gentleman you might call let me reach out to him right now

2017-03-29 08:40 AM

Any luck with the other guy?  I'm going to try Sy again this morning.

2017-03-29 04:32 PM

Just met via phone with Kelsey. 1.5 hours.   Very interesting.

2017-03-30 03:24 PM

It's time to ask the Justice Department to take over this investigation! ( and others- there is something politically shady going on with these cases and I don't think the D.C. PD can handle it!! ).

Can I FaceTime you ?

2017-03-30 03:25 PM

On the airplane.  Landing in 45 mins.

2017-03-30 03:26 PM

Are you still meeting with Kelsey tomorrow correct? Did something happen today? Look forward to hearing from you when you land

2017-03-31 12:27 PM

Go for it !!!!

Make history .. change the world ... save the world from  socialism...

Please call me after you meet

2017-03-31 02:20 PM

One sec

2017-04-04 06:38 AM

Just finished fox and friends. Let's talk anytime today before 9:30 or after 2pm.

2017-04-11 07:01 AM

How was the book signing?

2017-04-12 08:47 AM

The company is called CoastSouthwest.  They are a chemical distributor with a facility in Arlington Texas.

2017-04-12 03:03 PM

@georgewebb journalist @rodwheeler  past DC Homocide detective & knows of  underground corruption group in DC  try to connect would be great

2017-04-12 03:06 PM

Call me please

2017-04-12 08:37 PM

On Fox & friends in the morning.  Probably will stir the pot in support of Sessions!!

2017-04-12 09:22 PM

Stir hard. What time is your hit?

2017-04-12 09:24 PM

7:40

2017-04-12 09:36 PM

I've got to find a way on the trump team.  I really think I could help him with issues of crime and community engagement.

2017-04-12 09:42 PM

In his administration who would be best person to connect with ?

2017-04-12 09:43 PM

Sean Spicer .vcf

I have no idea where you got this from

2017-04-12 09:44 PM

Katrina  Pierson.vcf

This either

2017-04-12 09:45 PM

FEMA is really where I want to be.  FEMA is an agency that is a quiet agency but very powerful. It can really make the president look good.  Lots of senior admin positions open there.

2017-04-12 09:46 PM

Most people don't think about FEMA until there is a disaster.

2017-04-13 08:00 AM

The best performance I have ever seen you do !!! Way to go

2017-04-13 08:01 AM

Thanks!

2017-04-13 09:35 AM

Please call when you have a minute

2017-04-13 11:34 AM

Will call you shortly!

2017-04-14 02:02 PM

I'm going to meet with the deputy director of public affairs for DOJ next Wednesday.  Can you get a message to Sessions so I can try to meet with him too?  He is the boss of all of these folks.  I'm meeting with Ian Prior and Sarah Flores.

2017-04-14 02:03 PM

Do you know Sarah? I can get you in with Sessions if he's around I believe

2017-04-14 02:04 PM

Sarah and Ian seen me on fox and loved the segment so they reached out to me.   I don't know them but Sessions is their boss.

2017-04-18 07:17 AM

Are you in Washington DC  area on Thursday afternoon ? I am meeting Sean spicer and want you with me

2017-04-18 07:18 AM

Do you have an updated list that summarizes where things currently stand and where we are being stonewalled?

2017-04-18 07:20 AM

Yes.   Are things still a go for the correspondence dinner?

2017-04-18 07:23 AM

Good question. You are a go. Lois like I cannot go.

Looks like

2017-04-18 07:24 AM

I will call you at 8:30 am eastern to update you

Good ?

2017-04-18 07:25 AM

Let me call you.  I may be on a phoner with Fox. It's been crazy over the past two days with the crazy Cleveland Facebook murderer.  Several segments yesterday!

Will call you around 9:00

I saw. Great work.  Ok

2017-04-18 04:02 PM

So I am confirmed with the AGs office tomorrow.  Sessions has a TV segment at 10:30 so I will meet with his folks right after that over at his office!  I have a fox&friends hit at 8:20.

2017-04-18 04:03 PM

Katrina is on with charles Payne fox business tonite as well as I at 6:10 pm.

2017-04-18 04:26 PM

OK sounds good. Tell Katrina that I said hi and let her know that we are working on that case together. I got her meeting with Sean Spicer for Thursday afternoon around three.

2017-04-18 05:01 PM

Ok super!

2017-04-19 06:39 AM

You looked and sounded great .

2017-04-19 06:40 AM

Thanks!  On again at 8:30

Same subject ? Katrina Pierson  is in San Antonio

Yes.

2017-04-19 07:38 AM

Twitter is on fire with my segment this morning! People loved what I said!!!

2017-04-19 07:40 AM

i agree...it was very powerful and you spoke the truth .

2017-04-19 09:00 AM

For the White House, can you give me your Social Security number?

2017-04-19 09:01 AM

Also your city born in and city  you reside in

2017-04-19 09:07 AM

██████. Born in Cleveland Ohio. Live in Upper Marlboro Md.  do you need the info on the person who will attend the dinner with me?

2017-04-19 09:08 AM

That as well. This is for tomorrow afternoon with Sean spicer . Do you have summary done yet?. Just bulletpointed . Just want to make sure we get point to Sean easily

2017-04-19 09:22 AM

Ok. I will email it to you after my meeting this morning over at Sessions office.

2017-04-19 09:48 AM

For the White House, I think they require a date of birth too. ████

2017-04-19 11:44 AM

Sarah Flores says hello.

She's over at DOJ.

2017-04-19 11:47 AM

Yes. She knows me well. Tell her I said hello. Let her know why I was calling her , Seth  Rich.
Ask her to keep it quiet because we don't know the who the good or  the bad people are anymore.
But we know she's one of the really good ones

2017-04-19 11:52 AM

Got it.   Told her you will be in DC tomorrow.

2017-04-19 12:20 PM

How do you know so many people?   Lol.

2017-04-20 09:36 AM

Caught up Det Della camera today.  We are going to have lunch on Monday.

2017-04-20 09:38 AM

great... i land at 11:10.. taking cab directly to trump hotel. dellacamera?

2017-04-20 09:40 AM

Yep. I called a senior official at MPD yesterday that I know and told him dellacamera has not called me.  He said he would get right on it. Dellacamera just called.

2017-04-20 10:11 AM

based on what he says , we almost are required to do a story explaining in detail what we are enduring. lets discuss when we are together at hotel

2017-04-20 10:12 AM

in the lobby of hotel

2017-04-20 04:16 PM



2017-04-24 04:18 PM



2017-04-24 01:25 PM

Caught up with Dellacamera by phone again. He is not in court-where I am now in the courthouse..  He said he was pulled away. Didn't have time to talk.  Will meet me @9am in the morning.

2017-04-24 01:48 PM

I think this fucker needs to know the police code. You don't fuck around with your brothers in blue. I'm happy your meeting up with him tomorrow.

2017-04-24 02:19 PM



2017-04-24 02:20 PM

Over 5000 views and over 100 likes on the picture from last week!  Wow. That's a record!

2017-04-24 02:21 PM





2017-04-25 09:38 AM

How is it going ?

2017-04-25 10:28 AM

Any update ?

2017-04-25 10:29 AM

We just concluded our meeting.

Well ? I am on plane

2017-04-25 10:30 AM

Give me a little idea

Not a bad meeting but he could not admit or deny that emails were found.

2017-04-25 10:31 AM

Did he give us anything new?

Not really.

2017-04-25 10:32 AM

Did he concur that he has been restrained on investigation?

2017-04-25 10:33 AM

I can get my doj guy to get file from cyber yet

Not really.  He did say the FBI is not involved.

We know that but they were involved with opening computer

2017-04-25 10:34 AM

I think a natural next step is sy Hersh

He was extremely nervous and worried about his job

He said the FBI has not assisted at all to his knowledge.

2017-04-25 10:35 AM

Why would he be nervous ?

I will call you when i land

2017-04-25 10:40 AM

So in solving this case I need to "rule out" that Seth's death was the result of his job and emails sent to wiki leaks.  Can I finally rule that out". (Answer-No). Anything is still possible".

2017-04-25 10:42 AM

Hmmm. He negatively said yes

Exactly.  A few times.

2017-04-25 02:27 PM

Watch this video on Vimeo: https://vimeo.com/ 208142240. Don't have the Vimeo app? Get it from the App Store: http://bit.ly/vimeo_ios

2017-04-25 07:33 PM

Who are you bringing to white dinner Saturday ?

2017-04-25 07:36 PM

I think Megan Novak but will not know until tomorrow. Is that ok?

2017-04-25 07:37 PM

Yes. But early in day if possible .

2017-04-25 07:39 PM

My friend running the Russian investigation now with Trey gowdy wants to connect with you. Can I send in text message introduce you 2?

Absolutely!

2017-04-25 07:41 PM

The White House needs a point person to be the face of all of these investigations.  Hint hint.

2017-04-26 08:19 AM

Rod, please share your data birth again and they need your guest name and date of birth this morning.

2017-04-26 08:21 AM

You know I've been thinking more about the conversation I had yesterday with DellaCamera, and here's a thought if emails were not a part of the investigation why does he want to speak with Julie assuage so bad?

2017-04-26 08:23 AM

Exactly. By the way tell him I can help him speak to us on. Can you update that document so we have it all in one place? And I have a way to get you possibly spacethat position at the White House

2017-04-26 08:28 AM

He he wants to speak to him to get the emails because his own department won't give them to him

2017-04-26 08:40 AM

I think he has the emails but he wants to speak to Julian  because he wants to see if there is any leads Julian can get him in terms of who could've committed the murder but DellaCamera has the emails

2017-04-26 08:59 AM

My guest is Megan Rose Novak. DOB is ██████

2017-04-27 10:37 AM

Just tried calling you.

2017-04-27 12:54 PM

This report of the discussion is good.  Sending it over shortly. Lots of good stuff.

2017-04-27 05:47 PM

Did you receive the report?  Any thoughts?

2017-04-27 06:59 PM



Good job

2017-04-27 07:05 PM

Thanks.  The report was shocking, ya?

2017-04-27 07:07 PM

Very very much. I think it's important to get in front of the person that I shared his info with you earlier. I think you both have already made introductions to each other.

2017-04-29 08:02 PM

All good?

2017-04-29 08:31 PM

Great

2017-04-29 11:57 PM

Hope you had a great time

2017-04-30 10:36 AM





2017-04-30 10:38 AM

You all look great . So happy you went

2017-04-30 10:45 AM

Did people recognize you ? Besides Lucas , which Fix people were there

2017-04-30 10:46 AM

Just the regular fox folks mainly from the D.C. Bureau.  Of course Jennifer griffin and Harris Faulkner ....longtime fox friends

2017-05-04 07:24 AM

Sadly adam and Malia and I lost on one story today because we didn't go out it aggressively enough.
Once we get the story out, you will be one of the most recognize names in America. I'm just saying this is a reminder encouragement. Please call me after you meet with Dee O.
The main goal with him is to get him to get the FBI record and give us a wink to go tstory that the emails are there

2017-05-05 10:30 AM

Just finished meeting with D-O

2017-05-05 10:44 AM

Can I call u ? Was it good ?

Yes

3 mins

2017-05-05 10:45 AM

Can you FaceTime in 3 mins?

No FaceTime but I can talk

Ok.  Just finishing a meeting

2017-05-05 01:40 PM

Ed take a look at the following three companies which are all very strong African-American owned SBA 8a certified tech companies. I'm meeting with the CEOs together of these three companies on Monday, May 15 here in DC. I think there is a huge opportunity for your organization to help these companies with money management or something like that. I do know that all three companies are very financially strong.  Www.ssicom.com, www.taino.com, www.versatech.com

2017-05-10 04:07 PM

Calling you now

2017-05-10 05:17 PM

Pete just called me.   I'm meeting with his team tomorrow morning!

At MPD headquarters.

2017-05-10 10:38 PM

I cant wait to hear from this.. can we chat for a moment prior to you going in?

2017-05-10 10:41 PM

Sure I will call you in the AM around 10am.

2017-05-10 10:42 PM

I need to get in to see Sean spicer to give an update on Friday if I can.  Is it ok to cal him tomorrow?

2017-05-10 11:02 PM

of course.. lets make it happen..

2017-05-11 10:31 AM

A lady was the police chief who took a job at the NFL. The Clintons arranged it and she's making $2 million a year. It was all hush money

2017-05-11 12:40 PM

?

2017-05-11 02:44 PM

Della camera just called me.

2017-05-11 02:55 PM

Give me a call when you can.  Della camera just called.

2017-05-14 09:10 PM

Not to add any more pressure but the president just read the article. He wants the article out immediately. It's now all up to you. But don't feel the pressure

2017-05-15 01:11 PM

Just had a meeting I need to tell you about . Did u meet up with Dellacamera ?

2017-05-15 08:28 PM

Aaron rich just called and blast me out!

2017-05-15 08:31 PM

I told you he would

Not Joel but aaron.

2017-05-15 08:32 PM

He said several fox reporters have been calling him.  He hasn't talked with Joel

I know. I knew his father will tell him. That only gives us more comfort in knowing that our story is right

I guess the fox Washington people just called him.

2017-05-15 08:33 PM

No he said they caught him this morning

He's a dangerous guy and will probably speak out against the article

Called

That's really odd.

He will he's really already defending everything in the article because he said Fox emailed him a copy of the article already

2017-05-15 08:34 PM

He also said the fact that Donna Brazil card is not a big deal she's been a friend for a long time and they talk often

Called

Who would've done that?

Seems like a revealing way too much of our hand.

2017-05-15 08:35 PM

I sure hope this article gets published early tomorrow nobody should call Aaron . He really doesn't have any credibility because from the beginning he tried managing what we saw but we didn't see and what we wrote on

How did Fox Washington get a draft of the story

?

2017-05-15 08:36 PM

He also said he was very familiar with video from the body cameras and he already has talk to the police officers on the scene. When I asked him which police officers he said he could not tell me

And I don't think fox Washington has the story because I haven't talk to them unless someone else talk to them

I would shut down all communication with that guy

2017-05-15 08:37 PM

Aaron was upset that Joe shared with me that Donna had called him. Aaron said there was no need for me to know that

2017-05-15 08:48 PM

That's bullshit who the fuck does this guy think he is deciding what you should know when what you should do now? Sure looks like Aaron had a roll him his death or possibly in selling the wiki leaks

2017-05-15 10:48 PM

Can you text me Adams number.

2017-05-15 11:15 PM

I just blasted the local reporter!  She put that information without me giving her shit.  I'm pissed.  I talked to Malia too.

2017-05-15 11:27 PM

On the local Fox website it looks like our story.

2017-05-15 11:28 PM

Yes I see what happened.  Disappointed.

2017-05-15 11:34 PM



Hopefully we get our story out early tomorrow on FOXNews.com.

2017-05-15 11:35 PM

I'm done Ed. I feel aweful. It clearly was not my intent. She pulled my responses to other questions and spliced it to make it appear I was referring to emails.  Wow.  I feel like a hill.

2017-05-15 11:49 PM

Let's chat in the morning. We will get past this very quickly and focus back on what the story is. Let's not forget if it wasn't for your work we wouldn't have a story.

Keep your head up and keep going forward. The narrative in the interviews you might use is that your and Malia's work prove that the Russians didn't hack into the DNC and steal the emails

and impact our election.

Comey FBI report is just filled with suggestions , innuendos and hypotheticals. his report is what senators and congressmen used when they said that the Russians hacked the DNC emails that destroyed the election for Hillary.

2017-05-15 11:50 PM

I'm alerting Fox and friends about the article so get ready to get up early tomorrow.

2017-05-15 11:53 PM

I've already called her boss and left a message. I've known her boss for 20 years. This was wrong. It really makes me mad Malia because I did not say anything about the emails. Listen closely to the story and it sounds like I don't know about the emails and I was saying we need more information and cooperation. Many people are tweeting that I never said anything about finding emails!

2017-05-15 11:54 PM

Can I do Hannity tomorrow night? They just called.

2017-05-16 12:07 AM

Yes

2017-05-16 12:25 AM

I'm getting death threats

2017-05-16 12:27 AM

From who?

Multiple places online. Lots of support too.

Some are saying I'm next to die!

2017-05-16 12:28 AM

I just can't win.

A lot of tweets from Robyn about you too online.

2017-05-16 12:37 AM

She's a nut. I responded a little bit because she said I threatened her. Get some sleep

2017-05-16 06:13 AM

Are you going on Fox and friends?

2017-05-16 06:27 AM

Just woke up. Had my phone off. So can I go with the story now or hold off?

2017-05-16 06:28 AM

Fox and friends just had you on from your clip from Fox Washington. Did  Fox and friends call you this morning?

Yep

2017-05-16 06:29 AM

I'm not sure what's happening with our story. FOXNews has another story up there based on the Fox Washington report.

I would absolutely go on the show and will find out if our stories getting up or not. But you are certainly front and center on this

2017-05-16 06:30 AM

So to be clear I can talk about the details in Malia's report?

I was told the story was going up on Fox News.com early this morning. I would start heading down and hopefully will find out on your way down there. But somehow we need to retain ownership of the story versus Fox five

2017-05-16 06:42 AM

Can you email me the story Malia submitted so I'm consistent with her latest report.  I never got it.

2017-05-16 07:16 AM

If you can, try to highlight this puts the Russian hacking story to rest

2017-05-16 07:31 AM

Can you talk?

2017-05-16 07:32 AM

Yes

2017-05-16 08:38 AM

Just reflecting: we need to emphasize the FBI has a report that has been suppressed that shows that Seth rich did this. With Comey recently being fired this will gain a lot of attention and it's true. Separately the DC police department has the same information and was told to drop the case.

The above and stating that the Russian hacking narrative  of stealing the records from the DNC is officially dead.

2017-05-16 09:24 AM



2017-05-16 10:35 AM

Call me ASAP ASAP

2017-05-16 10:43 AM

If you send a copy of the contract between you and Joel out, please delete my name from it.

2017-05-16 01:53 PM

Ron, speak to no one before you talk to me. Please call

2017-05-16 02:40 PM

Call me call me call me

2017-05-17 02:41 PM

Can you FaceTime me

2017-05-17 10:16 PM

The reporter at fox 5 D.C. Just blasted me on the news.  I need an attorney immediately to sue the hell out of her.  She is trying g to ruin my reputation.

2017-05-17 10:24 PM

I have somebody who will do it immediately.

Larry Friedman and Shauna Izadi.

Call me in the morning and will get them on it immediately. And then will send out a press release that will help you quite a bit if you want

2017-05-17 10:36 PM

That would be great.  This reporter just made me look like shit.  I talked to her today with her news director and I have the tape as to what was said and I want the world to know!

2017-05-17 11:01 PM

It's on the fox 5 website.

2017-05-17 11:41 PM

I have a plan. I watched it. Let's facetime tomorrow morning early.

Ok

2017-05-17 11:43 PM

Get some sleep. We will get you interviewed by Kerri picket , daily caller . She is on our team. We will layout the truth about some things and go after others.

2017-05-17 11:44 PM

10-4

2017-05-18 09:02 AM





2017-05-18 09:03 AM



2017-05-18 12:47 PM



2017-05-18 01:16 PM

Sides are cut off   Please resend.  It is really important

2017-05-18 05:09 PM

Please call me asap asap

2017-05-19 07:23 AM

Are you up? I think I have something that could help us right away

2017-05-19 07:24 AM

Ok. Yes

2017-05-19 08:12 AM

LFriedman@fflawoffice.com

2017-05-19 01:11 PM

From Ed Butowsky
I appreciate you reading this text message. We have many mutual friends including Adam Housley and many others from Fox News. Although I'm not a paid fox contributor,  I do appear  frequently on the News channel as well as the business channel. I watched your work for years and admire what you wearing on television.

 Behind the scenes I do a lot of work, ( unpaid )  helping to uncover certain stories, my biggest work was revealing most of what we know today about Benghazi.

I'm looking for some assistance on something that happened in Washington I would appreciate if you would give me a call at 972.897.0197.

Of all the people you have met in your line of work you have put me right next to those you view as the most confidential.
I am extremely discreet.

Is there a time I can give you a call this morning?

2017-05-19 05:13 PM

Really quick. Please text me Seymour Hirsch number that i sent you

2017-05-19 05:19 PM

Ed I'd like to chat with you without Malia on the line.

2017-05-19 10:27 PM

Gentlemen
I have contacted some Marines who are now FBI SA's they said it was the Technical branch who work with D.C. Police so they are hunting them down for me.
We tracked down a bridge chain looking for a payment of some kind from Wikileaks but that one was a dry hole. So we are looking for others to track down.
Will touch base tomorrow.

2017-05-20 09:18 AM

For those of you who are interested and have been following this story , please enjoy. I believe this article is fair but still misses many key points.
The story Fox News Channel published is 100 percent correct.
Nothing is wrong with it at all.

The DNC public relations attempt to divert from the facts is masterful but it won't stand up for very long especially when more info comes out VERY soon.

CNN, NBC and Washington Post all purposefully misquoted Rod Wheeler when he said that Fox 5 "misquoted" him. Those outlets reported that Wheeler said Fox News misquoted him thus concluding  and barking out the Fox News published story was incorrect.

In this story , as in many others, DNC PUBLICIST Bauman tries to create some conspiracy saying that I knew Rod Wheeler for years and that we conspired to do something mean to the Rich family. Still don't have any idea what my  sinister master plan could have been. It is all made up out of nowhere . Bauman is a bad and dangerous man. I remember Mr. Joel Rich ( Seth's father) telling me that he was assigned to them and didn't know where he came from. Bauman is paid by the DNC.

Think for a moment, if Seth Rich murder was just a regular robbery gone bad then why does the family have a PR person assigned to them from the DNC to speak for the family.

Last point to make at this time. Rod Wheeler spoke to Joel Rich and Aaron ( Seth's brother ) each separately for 18 and 21 minutes the evening prior to article from Fox News being published . Both liked it and in fact Joel wanted to supplement the article with some additional info.

All that happened overnight was their DNC publicist "created angst and despair"  that didn't exist 9 hours prior.

2017-05-20 11:26 AM



2017-05-20 04:10 PM

This was just emailed to me.

https://twitter.com/KimDotcom/status/865989988554428416

2017-05-20 04:11 PM

Can you FaceTime me for two minutes so I can share something with you?

give me 5 mins..

I'm walking to my car

2017-05-20 05:31 PM

Rod, please send me so I Herschel's phone number ASAP. Additionally Kerri Picket is our friend

Seymour hirsch

2017-05-20 06:03 PM

Can't find a text   About how long ago did you text it.

2017-05-20 06:04 PM

(202) 872-0703

2017-05-20 09:41 PM

I am in movie.

2017-05-20 09:42 PM

I am in D.C. Tomorrow at around 2

Anything new ?

2017-05-20 09:49 PM

What is going on?

2017-05-20 09:50 PM

People are calling me about "my response".  I never instructed Malia to go with that response. Remember I asked her to wait until I talked to Larry.

2017-05-21 11:42 AM

I land at 1 at Dca. Staying at Ritz on 22nd

2017-05-21 11:43 AM

CAll me. We can talk by phone but I cannot make it downtown today. Finishing up my investigation report for Larry.

2017-05-21 11:46 AM

Ok

2017-05-21 03:24 PM



Thanks

2017-05-21 03:25 PM

Your welcome.

2017-05-22 09:37 AM

Rod, please give me a status on your statement.

The silence is so bad

2017-05-23 06:53 AM

https://amp.reddit.com/r/The_Donald/
comments/6cj9l3/
sethrich_complete_timeline_all_the_facts_in_on
e/

Reddit - The_Donald - #SethRich COMPLETE
TIMELINE - All the facts in one place

2017-05-23 06:58 AM

"did you see the statement made by the DC
police commander, "it appears he was
targeted"   That is significant..

2017-05-23 08:35 AM

I'm going on David Webb show at 10:20 maybe
you should call Lynn and do it with me

2017-05-23 08:36 AM

Call in

2017-05-23 08:38 AM

That works for me.  Number?

2017-05-23 08:41 AM

I'm doing the Brian Pritchard show in 20 mins.

He's a very fair guy.

2017-05-23 08:45 AM

Ok. I will get it for u

2017-05-23 08:47 AM

Something that really catches people is they don't know that you spoke to Mr. Wheeler and Aaron nine hours before the article went out and they had already read the article and had no problem with you going on and talking about the subject matter obviously Seth had wish you didn't talk about the emails but hewas OK after you discussed it with him Mr. Rich had zero problems and actually added and wanted to add Info to the article

2017-05-23 10:03 AM

2126074063

2017-05-23 05:36 PM

I heard you are NOT being fired

2017-05-25 05:31 AM

You're about to look like a fucking hero around the world. Call me

2017-05-25 01:28 PM

I think you should get this unbelievable information from me.

2017-05-26 02:00 PM



Do you remember when Sean Spicertold me they call me Reporter set the Russians were involved? And I told him it's not true

2017-05-27 08:49 AM

Please give me a call about a Washington area reporter who called me

2017-05-27 08:51 AM

I'm free now if u can call.

2017-05-29 04:22 PM

Did document I sent you look legitimate

2017-05-29 07:43 PM

Please look at the document that I emailed you from D.C. Police .

Is it legitimate ?

2017-05-29 07:48 PM

It appears to be legitimate..

Do recognize any of the names on it ?

2017-05-29 07:49 PM

So nothing on it jumps out as " that looks weird"?

2017-05-29 07:50 PM

no it looks legitimate

2017-05-30 11:12 AM

I have whistleblower protection set up. You might call Joey Dellacamera  and tell him he needs to meet you someplace very public , very quickly

2017-05-31 07:19 AM

Also, can we get your notes out? I think they are so so important right now

2017-05-31 07:20 AM

Also, please make sure they are updated including Dellacamera asking you to come to D.C. Police at 10 am that Monday

2017-05-31 07:21 AM

It will show that you really didn't best to geisha and you really have breaking information no one else has. It will go in a huge way for everyone including and most importantly  you

2017-05-31 01:11 PM

Please listen to my message

2017-06-02 11:34 PM

http://www.washingtoncitypaper.com/news/city-desk/article/20863214/nownotorious-private-investigator-in-seth-rich-case-is-unlicensed-in-dc

Now-Notorious 'Private Investigator' in Seth Rich Case is Unlicensed in D.C.

2017-06-02 11:35 PM

 This is why we need to get your notes out ASAP. We need to show you did a great investigation work

2017-06-03 08:25 AM

U up?

2017-06-03 08:38 AM



Can I call you?

If not, that's ok

Just want to run something by you

2017-06-03 08:39 AM



2017-06-07 08:43 PM

I am flying up to confront Aaron Rich on Friday.

New Yorkers don't let people screw with them without a good fight.

2017-06-08 09:00 AM

Here's another thought since you're ignoring me maybe this will get you to respond. Let's use your updated notes to help people on background look into things. And agree that your notes Will not be distributed publicly.

2017-06-08 09:02 AM

I'm sure you can empathize with me and that I also as a result of all of this crap that happened when the story came out has had my life threatened my children's life threatened and my reputation destroyed.

2017-06-08 09:03 AM

I have tried to figure out the best way forward to help everybody and prove where everybody knows to be the truth. I think everyone is a victim here based on all the events but the best way forward is to work together and satisfy what's needed for everyone to redeem their reputations. Really not sure how I got put in the do not call list from you but please remove me from that list immediately

2017-06-08 09:10 AM

ED..I just want Malia and Fox to apologize to me. Malia knows full well she lied about those quotes from me and as a result, destroyed my reputation and credibility. To add insult to injury, she said to me and you on a call that "her bosses at Fox" told her to add the quotes. I don't believe that either.

2017-06-08 03:29 PM

Just saw where you called.  I can't do FaceTime but I can do a regular call

call me so we can move forward. i spoke to her

2017-06-08 10:04 PM

I have not stopped thinking about this.
I cannot find the  story version that was printed on Fox News .com
Please email it to me if you have it. I am looking back st old emails to do a comparison for someone in nyc fox

2017-06-08 10:06 PM

I don't see the " bad quotes" in any version prior to article being printed

2017-06-08 10:12 PM

I didn't see them either because I never made the quotes. I first saw these quotes once the story was published and the damage had begun. Did you talk to Malia today?

2017-06-08 10:14 PM

I agree. I just cannot find the quotes in any version of the story. Since story got pulled I cannot find the version with the quotes in it. I had it but j cannot find it .

2017-06-08 10:16 PM

I haven't spoken to her. I spoke to moody and adam Housley.
I am trying to recreate what happened.
I am not interested in speaking to her right now... at least until I have this straight

2017-06-08 10:17 PM

I think you sent me version with the quotes in the article but I cannot find it in my emails

2017-06-08 10:21 PM

actually you read it to me yesterday.  i did could not find a copy of it on my computer

Ok.  I will look again

2017-06-08 10:45 PM

http://www.fox5dc.com/news/local-news/254852337-story

2017-06-09 10:46 PM

do you have the original story.. look at this was updated on may 17

2017-06-09 12:23 PM

I think I solved something. Please call me right away

2017-06-10 07:57 AM

Who are the 2 guest on this show?

http://www.fox5dc.com/news/255072791-video

2017-06-10 09:06 AM

http://constitution.com/potus-urged-50k-americans-investigate-seth-rich-murder/

2017-06-10 05:39 PM

Did you find the quote that you said that you saw all the emails? Can you please send it to me.

I'm flying up to Washington on Monday and meeting with people who will push the story forward.

I'm going to meet with Brad Bauman on

Tuesday as well at the office.

The way I see it the number one thing that needs to happen is getting more information out and restoring reputation. You did fantastic at work but no one will know it. As of now , the one thing that I can see that you are disputing is the quote about " you believe there was an exchange of emails between wiki leaks and Seth."

Regardless of whatever you want to do related to that it shouldn't preclude in anyway pushing forward. I'm not sure why you won't share the updated case notes but I really want you to reconsider and share them with me. Those notes will not be given to anyone but will be used to help direct people to write on the story and make you look good.

Rod, this isn't like I'm asking you to cut off your left arm and hand it to me. I'm just asking for updated detailed notes so we can go and restore ourselves and especially you. Do your best to separate your anger towards Malia and Fox from some updated notes to restore your reputation.  Remember if you bring a lawsuit there will be discovery and they have text messages from you where you're admitting on May 15 what happened. I really believe that  the bad quote came from channel 5.

You can do all the thank you ed's later.. Ha ha

2017-06-11 02:47 PM

good thing I caught this in time .

my phone must've been set up to block calls and messages from you. But I fixed it.

2017-06-13 10:01 AM

I am meeting at 2:45 today with Fox five Marina and her boss. What do you want me to secure from them?

2017-06-13 10:06 AM

I want the full copy of the UNEDITED tape from the interview that day including B Roll footage.

2017-06-13 10:07 AM

Ok

2017-06-13 10:08 AM

I just left a meeting with judicial watch. I'm also meeting with Sara Carter from Circa. The more I can give them the more they can restore credibility to the story and to you

Fox five boss. Good guy? That guy? You can tell me verbally if you want just don't know what I'm walking into

2017-06-13 10:10 AM

I've never had an issue with anyone at Fox 5. I've been doing segments for them for years. Marina is the only one that ever lied directly to my face. A "Teaser".   Yeah right.  Exclusive story.

I was warned by other cops to be careful with her.

2017-06-13 10:11 AM

I will also try to get a hold of the original May 15 story. I bet that's where the quote was put giving you Credit for what the federal investigator said. By the way I just learned the division is called CART at the FBI. It stands for computer analysis response team

2017-06-13 10:12 AM

The person I just met with said the same about Marina

2017-06-13 10:13 AM

More than 5 cops warned me.   They said she would throw me under the bus to bolster her story.  You live: You learn.



2017-06-13 10:25 AM



These are the texts where she said it would just be a teaser. Show them this!

2017-06-13 10:26 AM

I will and anything else you want me to

2017-06-13 10:28 AM

Fox News bosses are aware of these texts. They don't think Morocco need to make decisions for them as to what's conspiracy theories or not.  She says this in her texts as to making the decision to go full blown with the story.  Again she doesn't need to make that decision for Fox.

2017-06-13 10:32 AM

I'm a little confused. Only one text came through the Drudge Report and I'm not sure what you mean by her decisions.

2017-06-13 10:34 AM

Look at the text that says the story has has already blown up. She attempts to justify why she decided to go full blown with the story versus what she said, a teaser.



2017-06-13 10:44 AM

Notice she says in her text "just for local 10:00pm'. But at 9:48pm she blasts the story out to the world via a tweet!!   (Just for local huh?)

2017-06-13 11:25 AM

She's a real problem. The combination of weird stuff continues to blow me away on this

2017-06-13 04:20 PM

WTTG-TV were intended to simply preview Fox News' Tuesday story. The WTTG-TV news director did not respond to multiple requests for comment.

"I only got that [information] from the reporter at Fox News," Wheeler told CNN.

Asked about a quote attributed to him in the Fox News story in which he said his "investigation up to this point shows there was some degree of email exchange between Seth Rich and Wikileaks," Wheeler said he was referring to information that had already been reported in the media.

A Fox News spokesperson did not respond to a request for comment by the time of publication.

2017-06-13 04:22 PM

Just got done at fox 5.
In this story you said the above about learning about the emails between Wikileaks and Seth Rich.

2017-06-13 04:23 PM

how did it go

2017-06-13 04:30 PM

Real well.

2017-06-13 06:01 PM



See note on Thursday at 4:50 pm? That was as soon as we hung up

2017-06-13 06:39 PM

Who is this from

2017-06-14 06:40 PM

It's from me to adam I was just showing you that when I hung up the phone I asked Adam to meet privately with me over the phone. I'm simply showing you that I don't walk around with a Malia doll

2017-06-14 01:12 PM

Why is someone claiming that Malia and I conspired against you? What the hell is going on

2017-06-14 01:13 PM

I am blown away that somebody is claiming to people at Fox that Malia had anything to do with you being hired by the rich family. Why are you telling people that. You're not being straight with me nor honest.

2017-06-14 06:39 PM

Why did your " lawyer" say that you had dinner with me and the Rich's family in Washington DC along with Malia ?

2017-06-14 06:44 PM

Ed, where are you getting your information from? Im not aware of any of this.

2017-06-14 06:47 PM

You should really find out what's going on Rod. Because you are being trashed by somebody real badly

2017-06-14 09:55 PM

Somebody is speaking on your behalf but has really really screwed your allegations up and It far surpasses bizarre.
I think you need to identify what is going on.

2017-06-15 04:03 PM

nice article in big league politics . i guess you have been holding out ...not sure what your game is nor what the rules are but i hope you are doing well at it. i guess that " i am always honest with you , Ed " comment had a time limit.. ha ha

2017-06-15 07:21 PM

You are a piece of work. Trying to trash me? Making up stories about me? Making up meeting that didn't take place ? Making up statements that didn't happen.

Making up dinners that never occurred? Making up so much you cannot keep track of your stories.

( btw, the meeting with Ken Paxton was for malia not you . We just let you hang with us)

All this because you leaked a story to a girl you wanted to have sex with.

Now , as you told me  last week, that you are trying to squeeze money out of Fox and Malia. You can judge the true character of a person by how they handle themselves when they screw up and get caught in lies.

You have shown your true character.