# EXHIBIT 22

**From:** Chloe Houdre <choudre@bsfllp.com>
**Date:** November 25, 2019 at 2:05:03 PM PST
**To:** "Prather, Laura" <Laura.Prather@haynesboone.com>
**Cc:** Michael Gottlieb <mgottlieb@willkie.com>, Joshua Riley <jriley@bsfllp.com>, Meryl Governski <mgovernski@bsfllp.com>
**Subject: Ed Butowsky v. David Folkenflik Et Al. Subpoena to Aaron Rich**

**EXTERNAL:** Sent from outside haynes*boone*

Ms. Prather,
In response to your November 11, 2019, subpoena ("Subpoena") to Mr. Rich in the case of Ed Butowsky v. David Folkenflik, et al., Mr. Rich hereby serves his Responses and Objections to the Subpoena, which are attached. As articulated in the Responses and Objections, Mr. Rich will produce on a rolling basis the productions of the parties and third parties in Aaron Rich v. Ed Butowsky, et al., (the "Rich Litigation"). Mr. Rich will not, however, be producing materials produced to him by Mr. Couch or Mr. Butowsky, as counsel for both have indicated that he will object to our producing those materials in response to this Subpoena.

The materials Mr. Rich is producing today include the productions of:

(1) Joseph Burkett
(2) John ("Jack") Burkman
(3) Ebay
(4) Roger Stone
(5) Wigdor LLP
(6) Beth Bogaerts
(7) Manuel Chavez
(8) Fox News
(9) Thomas Schoenberger; and
(10) Rod Wheeler

These materials are available at the FTP site, linked below. Please kindly review the Protective Order in the Rich Litigation, also attached, before viewing these productions.

FTP Access Instructions:
FTP URL: ftp2.lighthouseglobal.com
FTP Web URL: https://ftp2.lighthouseglobal.com

FTP folder:      003775\000005\OutsideSubpoena
FTP Login:       Outside Subpoena
FTP PW:          46_359Uo

**Burkett:**
Zip File Password:      $EchLf9Dra+h

**Burkman:**
Zip File Password:      ti0l$uprAme9

**Ebay:**
Zip File Password:      42qC'q"&UVMRC

**Stone:**
Zip File Password:      }3VB2&p_Qr#5B

**Wigdor LLP:**
Zip File Password:      2d;GKg%EqkbvA

**Bogaerts:**
Zip File Password:      mi&iHut=5dacUstltHas

**Chavez:**
Zip File Password:      f?*rA7ruthoP

**Fox News:**
Zip File Password:      c6Cr~7kuYP953:;A

**Schoenberger:**
Zip File Password:      ME&0lchu+lz0Spu

**Wheeler:**
Zip File Password:      xe0Reb=ayOJ=sUtOtlz9

Please let me know if you have difficulty accessing the FTP site.

Regards,
Chloe


**Chloe M. Houdre**\*
Associate

BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 9625
(m) +1 678 294 5482
choudre@bsfllp.com
www.bsfllp.com
*Admitted in New York. Practice supervised.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]