# EXHIBIT 24

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Ed Butowsky | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:18-cv-00442-ALM |
| David Folkenflik; National Public Radio, Inc.; Edith Chapin; Leslie Cook; and Pallavi Gogoi | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Kim Meyers Sams
5800 Misted Breeze Dr., Plano, Texas 75093-8517**

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached "Exhibit A"

| Place: Haynes and Boone, LLP<br>2323 Victory Avenue, Suite 700, Dallas, TX 75219 | Date and Time:<br>12/12/2019 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/21/2019

*CLERK OF COURT*

OR

/s/ Laura Prather

*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* David Folkenflik, et al. , who issues or requests this subpoena, are:

Laura Prather, Haynes and Boone, LLP, 600 Congress, Suite 1300, Austin, TX 78701, 512-867-8400, laura.prather@haynesboone.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:18-cv-00442-ALM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

**\*\* SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

**\*\* SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

## UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ED BUTOWSKY | § § § | |
| Plaintiff(s), | § § | |
| v. | § § | Civil Action No. <u>4:18-cv-00442-ALM</u> |
| DAVID FOLKENFLIK; ET AL | § § § | |
| Defendant(s). | § § | |

### RETURN OF SERVICE

Came to my hand on **Friday, November 22, 2019 at 10:58 AM,**
Executed at: **4965 PRESTON PARK BOULEVARD, SUITE 100, PLANO, TX 75093**
within the county of **COLLIN** at **10:55 AM,** on **Wednesday, November 27, 2019,**
by individually and personally delivering to the within named:

**KIM MEYERS SAMS**

a true copy of this

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with EXHIBIT A TO SUBPOENA TO PRODUCE DOCUMENT, INFORMATION, OR OBJECTS TO KIM SAMS**

BEFORE ME, the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
Adil Tadli - PSC1206 - Exp 05/31/20

Subscribed and Sworn to by Adil Tadli, Before Me, the undersigned authority, on this <u>3rd</u> day of December, 2019.

_____
Thomas E. Considine
Notary Public in and for the State of Texas

THOMAS E CONSIDINE
Notary Public
STATE OF TEXAS
ID# 12516820-9
My Comm. Exp. April 13, 2021