IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ED BUTOWSKY, in his Individual And Professional Capacities<br><br>Plaintiff,<br><br>v.<br><br>DAVID FOLKENFLIK et al<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:18-cv-442-ALM-CMC<br>)<br>)<br>)<br>)<br>)<br>) |

# **ORDER**

On this day, the Court considered Plaintiff, Ed Butowsky's, unopposed motion to extend the deadlines for Plaintiff to file his response to Defendants' motion to compel [*ECF No. 87*] and for Defendants to file their reply to Plaintiff's opposition (Dkt. No. 88).

Upon review of the matter and after due consideration of the unopposed motion, and the arguments set forth therein, the Court **GRANTS** Plaintiff's motion. Plaintiff shall file his response to Defendants' motion to compel on or before February 3, 2020. Defendants shall file their reply to Plaintiff's opposition on or before February 18, 2020.

**SIGNED this 30th day of January, 2020.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE