# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. |
| DAVID FOLKENFLIK, ET. AL., | § § § | 4:18-CV-00442-ALM |
| Defendants. | § § § § | |

# EXHIBIT LIST TO SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER

**EXHIBIT A.**  Defs.' Reply to Opp. to Mot. to Extend or Stay Discover, *Rich v. Butowsky*, Case No. 1:18-cv-00681-RJL (D.D.C. Jan. 23, 2020) (Dkt. 130)

**EXHIBIT B.**  Defs.' Mot. to Extend or Stay Discovery, *Rich v. Butowsky*, Case No. 1:18-cv-00681-RJL (D.D.C. Jan 13, 2020) (Dkt. 106)

**EXHIBIT C.**  Email between S. Biss and D. Bodney dated January 15, 2020

**EXHIBIT D.**  Email between S. Biss and L. Prather dated January 27, 2020