## Prather, Laura

| | |
|---|---|
| **From:** | Steven S. Biss <stevenbiss@earthlink.net> |
| **Sent:** | Monday, January 27, 2020 6:51 AM |
| **To:** | Prather, Laura |
| **Cc:** | Ty Clevenger; Steven Biss |
| **Subject:** | Extension |

**EXTERNAL:** Sent from outside haynes*boone*

Laura,

Good morning. I need an extension of 7 days to file our response to defendants' motion to compel. Ed has been in the hospital for awhile now, and I have several deadlines in other cases this week. Please confirm, and I will prepare an unopposed motion. Thank you.

Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Tel.: (804) 501-8272
Fax: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

**EXHIBIT D**