**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK, ET AL., | § | 4:18-CV-00442-ALM |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' MOTION TO FILE RULE 11 MOTION UNDER SEAL

COME NOW, Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi (collectively, "Defendants" or "NPR"), by their undersigned counsel, and respectfully request that the Court permit them to file their Motion for Sanctions Pursuant to Rule 11 for Violations Committed by Plaintiff and His Counsel pursuant to Fed. R. Civ. P. 37 and accompanying exhibits under seal. NPR's filing relies on and discloses documents and information that have been designated confidential pursuant to the Stipulated Protective Order entered in this case on August 8, 2019 (Dkt. 67).

Accordingly, NPR respectfully requests that this Court grant leave to seal Defendants' Motion for Sanctions Pursuant to Rule 11 for Violations Committed by Plaintiff and His Counsel and accompanying exhibits. Defendants will file a redacted version of the Motion for Sanctions Pursuant to Rule 11 for Violations Committed by Plaintiff and His Counsel publicly within two business days pursuant to this Court's local rule CV-5(a)(7)(E) regarding filing of documents under seal.

Respectfully submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:    (512) 867-8400
Telecopier:    (512) 867-8470

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:    (602) 798-5400
Fax:               (602) 798-5595

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Defendants attempted in good faith to confer regarding the relief sought in the motion but has been unable to reach Plaintiff. On February 13, 2020, counsel for Defendants emailed Steven Biss, one of the attorneys for Plaintiff, to discuss whether Plaintiff opposed the instant motion or the relief sought. Defendants received no clear response as to their position. Defendants called Plaintiff's attorney on February 14, 2020 to discuss the instant motion but received no response.

*/s/ Laura Lee Prather*
Laura Lee Prather

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on February 14, 2020, a true and correct copy of the foregoing document was forwarded via e-filing to the following counsel of record:

| | |
|---|---|
| Ty Odell Clevenger | Steven S. Biss |
| P.O. Box 20753 | 300 West Main Street, Suite 102 |
| Brooklyn, NY 11202-0753 | Charlottesville, VA 22903 |
| 979-985-5289 (phone) | 804-501-8272 (phone) |
| 979-530-9523 (fax) | 202-318-4098 (fax) |
| tyclevenger@yahoo.com | stevenbiss@earthlink.net |

*/s/ Laura Lee Prather*
Laura Lee Prather