**APPENDIX TO DEFENDANTS' RULE 11 MOTION**

**Butowsky found Wheeler and connected him with the Rich family.**

- 2/23/17 – Butowsky's initial outreach to Wheeler in which he mentions they have many mutual friends "including Adam Housley and many others from Fox News." He also says: "Behind the scenes I do a lot of work (unpaid) helping to uncover certain stories, my biggest work was revealing most of what we know today about Benghazi." He continues, "Of all the people you have met in your line of work you have put me right next to those you view as the most confidential. I am extremely discreet." Exhibit A-1 at 20, (WHEELER-00000891).

**Before introducing Wheeler to the Rich family, Butowsky connected Wheeler to Zimmerman and told him not "downplay Fox [News]" and not mention he knows Zimmerman to the Rich family. Exhibit A-1 at 30 (WHEELER-00000901).**

- 2/28/17-3/3/17 – Wheeler, Butowsky and Zimmerman meet in person and exchange communications about the Rich murder and effort to get Wheeler hired by Rich family. (Wheeler begins contacting people he knows in the DC police department *before* being retained by the Rich family.) Exhibit A-1 at 24-30 (WHEELER-00000895-901).

- 3/3/17 – 10:02 a.m. - Ed asks Rod to send him something for Mr. Rich to sign. He also tells Rod: "Expect a direct call from Joel Rich. Please call me prior to give you a few data points. ***Make sure to downplay Fox News, don't mention you know Malia.***" Exhibit A-1 at 29-30 (WHEELER-00000900-01).

**Butowsky paid Wheeler *before* the Rich family engaged Wheeler. When the Riches had not signed the Wheeler contract after a week, Butowsky became anxious and threatened to send Joel Rich an "uncomfortable message" to "kickstart" him.**

- 3/3/17 – 8:10 a.m. – Butowsky asks Wheeler to send him wiring instructions for his account (*before the Rich family has retained him*). Exhibit A-1 at 29 (WHEELER-00000900).

- 3/4/17 – Wheeler texts Butowsky updates about his discussions with the Rich family. Butowsky responds: "My mother would be proud of us. Money will be in your account on Monday." Exhibit A-1 at 29-30 (WHEELER-00000901-02).

- 3/6/17 – Butowsky wire transfers money to Wheeler and comments: "…let's agree to determine and characterize our financial engagement…" Exhibit A-1 at 32 (WHEELER-00000903).

- [REDACTED]

- [redacted]

  - [redacted]

  - 3/14/17 – 7:27 a.m. – Butowsky sends text to Wheeler: "If you don't get the agreement back this morning I'm going to leave Joel a nice but somewhat uncomfortable message. Basically, saying that since we haven't received back the agreement it appears you don't have an interest. I think that will kickstart him I also believe you'll be something that agreement that is going to really piss us off. But I guess we'll see if _we_ get it and when _we_ get it, but _we need to move on quickly_." Exhibit A-1 at 34 (WHEELER-00000905).

**Butowsky and Zimmerman were interested in Wheeler being able to access additional information because of him "working on the Rich family's behalf"**



**Once the contract was signed, Butowsky, Wheeler and Zimmerman worked together; Butowsky referred to it as "our investigation," discussed what "we" need to do to get the story over the "goal line," and took actions to direct the investigation and the narrative.[1]**



---

[1] This does not appear to be the first time that Butowsky has been instrumental in a media story. In fact, in his first text message to Wheeler he alluded to his involvement in the Benghazi story, explaining: "Behind the scenes I do a lot of work (unpaid) helping to uncover certain stories, my biggest work was revealing most of what we know today about Benghazi." *See* Exhibit A-1 at 20. Then, on May 4, 2017, Butowsky let Wheeler know that he, Adam [Housley] and Zimmerman "lost on one story today because we didn't go at it aggressively enough" then he encouraged Wheeler, "Once we get the story out, you will be one of the most recognized names in America." *See* Exhibit A-1 at 63 (WHEELER-00000934).

- <u>4/18/17</u> – Butowsky texts Wheeler: "Tell Katrina [Pierson][2] that I said hi and "let her know that *we are working on the case together*." Exhibit A-1 at 48 (WHEELER-00000919).

- 

- <u>4/25/17</u> – Wheeler describes meeting with DellaCamera to Butowsky, and Butowsky responds, "a natural next step is Sy Hersh." Exhibit A-1 at 56 (WHEELER-00000927).

- <u>5/4/17</u> – Butowsky writes to Wheeler:

  - **"Sadly, Adam and Malia and I lost on one story today because we didn't go out it aggressively enough.  Once we get the story out, you will be one of the most recognize names in America.  I'm just saying this is a reminder encouragement. Please call me after you meet with Dee O[3].  The main goal with him is to get him to get the FBI record and give us a wink to go story that the emails are there." Exhibit A-1 at 63 (WHEELER-00000934).**

- <u>5/11/17</u> – Wheeler speaks with DellaCamera again and reports back to Butowsky. Exhibit A-1 at 66 (WHEELER-00000937).

- <u>5/15/17</u> – Butowsky texts Wheeler: "Just had a meeting I need to tell you about."  Later that day, after Wheeler goes on local affiliate Fox 5 in DC and Aaron Rich expresses his dissatisfaction, Butowsky responds: "I sure hope this article gets published early tomorrow nobody should call Aaron.  He really doesn't have any credibility because from the beginning he tried managing what we saw but we didn't see and *what <u>we</u> wrote on*." Exhibit A-1 at 66-69 (WHEELER-00000937-40).

- 

- <u>5/16/17</u> – Butowsky to Wheeler: "I'm not sure what's happening with ***our*** *story*."  Wheeler asks Butowsky for permission for what to say about the article when he goes on Fox shows

---

[2] Pierson was national spokesperson for the Trump campaign during the 2016 Presidential election.

[3] On information and belief, "Dee-O" is a code name for Kashyap "Kash" Patel (who, also represented by Steve Biss, has now sued Politico, LLC, and its reporter and owner in the Circuit Court for the County of Henrico, Virginia, *Patel v. Politico, et. al.*, Case No. CL19006745-00 (November 18, 2019)).

later that day.  Butowsky says "somehow *we need to retain ownership of the story.*" Wheeler says he did not get the story Zimmerman submitted and asks Butowsky to send it to him. Exhibit A-1 at 74-75 (WHEELER-00000945-46).

**Butowsky called multiple in-person and Zoom meetings with Wheeler and Zimmerman and directed parts of the FNN investigation by, among other things, putting Wheeler in contact with witnesses.**

- ████████████████████████████████████████

- ████████████████████████████████████████

- 4/1/17 – Butowsky sent Sy Hersh a text asking him to connect with Wheeler.  Exhibit A-1 at 140 (WHEELER-00000130).

- 4/20/17 – Butowsky arranges meeting with Wheeler.  Exhibit A-1 at 51-53 (WHEELER-00000922-24).

**Wheeler and Zimmerman copied Butowsky on information they were obtaining throughout their investigation.**



*See also* next section, *infra*.

**Butowsky repeatedly asked and obtained copies of Wheeler's investigation notes (in violation of the contract) and asked for status reports at least 9 times.**

- 3/21/17 – Butowsky asks Wheeler for his two-page summary.  Exhibit A-1 at 37 (WHEELER-00000908).

- 4/18/17 – Butowsky asks Wheeler if he will be around on Thursday – "I am meeting Sean Spicer and want you with me." He also asks for an updated list that "summarizes where things currently stand and where we are being stonewalled?" Exhibit A-1 at 46-47 (WHEELER-00000917-18).

- 4/19/17 – Butowsky asks Wheeler is his summary done yet. "Just bullet pointed. Just want to make sure we get point to Sean easily." Exhibit A-1 at 50 (WHEELER-00000921).

- 4/26/17 – Butowsky asks Wheeler to "update that document so we have it all in one place." And then claims he has a way to get Rod a position at the White House. Exhibit A-1 at 59 (WHEELER-00000930).

- 5/11/17 – Wheeler spoke with DellaCamera again. He reports back to Butowsky by phone. Exhibit A-1 at 66 (WHEELER-00000937).

- 5/31/17 – Butowsky continues to ask Wheeler for copies of his investigation notes. Exhibit A-1 at 93-94 (WHEELER-00000964).

- █████████████████████

- 6/8/17 – Butowsky texts Wheeler and asks for his notes and agrees that his notes "will not be distributed publicly." Exhibit A-1 at 95 (WHEELER-00000966).

- ████████████████████████████████████████████████████████████████; *see also* Exhibit A-1 at 82 (WHEELER-00000972).

**Butowsky reviewed multiple drafts of the (now retracted) FNN article prior to publication and was involved in its development.**



- ████████████████████

- ████████████████████████

- ████████████████████████

- ████████████████████████



**Butowsky put pressure on Wheeler to make or confirm statements about Rich's involvement in the DNC hack, claiming the pressure came from the White House.**

- 5/14/17 – Butowsky texts Wheeler: "Not to add any more pressure but the president just read the article. He wants the article out immediately. It's now all up to you. But don't feel the pressure." Exhibit A-1 at 66 (WHEELER-00000937).

**Butowsky instructed Wheeler on his narrative for interviews concerning the article.**

- 5/15/17 @ 11:49 p.m. – Butowsky instructs Wheeler on the narrative for the morning shows: "The narrative in the interviews you might use is that your and Malia's work prove that the Russians didn't hack into the DNC and steal the emails and impact our election." … "I'm alerting Fox and Friends about the article so get ready to get up early tomorrow." Exhibit A-1 at 71-72 (WHEELER-00000942-43).

- 5/16/17 – Butowsky advises Wheeler to "try to highlight this puts the Russian hacking story to rest …" Exhibit A-1 at 75 (WHEELER-00000946).