**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ED BUTOWSKY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | |
| **DAVID FOLKENFLIK, ET. AL.,** | § | **4:18-CV-00442-ALM** |
| | § | |
| **Defendants.** | § | |
| | § | |

---

**EXHIBIT LIST TO RULE 11 MOTION**

---

Exhibit A  Declaration of Wesley D. Lewis and accompanying exhibits:

A-1:  Declaration of Rod Wheeler ("Wheeler").



A-2:

A-3:

A-4:

A-5:

A-6:

A-7:

A-8:

---

A-9: 

A-10:

A-11:

A-12:

A-13:

A-14:

A-15:

A-16:

A-17:

A-18:

A-19:

A-20:

A-21:

A-22:

Exhibit B        Declaration of Sally Davis.

Exhibit C        *Statement on coverage of Seth Rich murder investigation*, Fox News (May 23, 2017).

Exhibit D        *Retraction: Aaron Rich and the murder of Seth Rich*, The Washington Times (Sept. 30, 2018).

Exhibit E        *Retraction of Dr. Jerome Corsi* Regarding the Murder of Seth Rich, Infowars (Mar. 4, 2019).

Exhibit F        Screenshot of Butowsky's public Facebook page from June 2019 in which Butowsky lists himself as a public figure.

Exhibit G        ████████████████████████████████████████
                 ██████████

Exhibit H        ████████████████████████████████████████
                 ████████████████████

Exhibit I        Order of Suspension, *In the Matter of Ty Odell Clevenger,* Case Nos. 16-J-17320 (17-J-00289)-CV (St. Bar Court of Cal.).

Exhibit J        Mem. Order, *Hughes v. Twenty-First Century Fox, Inc.,* No. 17-cv-7093, (S.D.N.Y. June 25, 2018) (listing multiple sanctions against Mr. Clevenger for "lack of respect for the judicial process" and "lack of candor").

Exhibit K        *Robertson v. Cartinhour*, 883 F.Supp.2d 121, 123, 128 (D.D.C. 2012), *aff'd*, 554 F. App'x 3 (D.C. Cir. 2014) (sanctioning Clevenger for "vexatious and abusive litigation tactics" and noting previous sanctions).

Exhibit L        Sec. Am. Disciplinary Pet., *Tex. Comm'n for Lawyer Discipline v. Clevenger*, Cause No. 380-01407-2013, Collin County.

Exhibit M        Agreed Judgment of Public Reprimand, *Commission for Lawyer Discipline v. Ty Odell Clevenger*, Cause No. 380-01407-2013.

Exhibit N        Notice of Disciplinary Charges, *In the matter of Ty Odell Clevenger*, Nos. 16-J-17320, 17-J-00289, State Bar Ct. of Cal.

Exhibit O        Resignation with Charges Pending, *In the matter of Ty Odell Clevenger*, No. SBC-19-Q-30424, St. Bar Court of Cal.

Exhibit P        Mem. Order, *Va. St. Bar, ex rel Third Dist. Comm. v. Biss*, Case No. CL07-1846, Cir. Ct. of the Cnty. of Chesterfield (suspending Biss one year and one day).

Exhibit Q        Order of Suspension, *In the Matter of Steven Scott Biss*, VSB Docket No. 09-032-078962 (suspension for, among other things, "conduct involving dishonesty,

fraud, deceit or misrepresentation which reflects adversely on the lawyer's fitness to practice law").

Exhibit R      Mem. Order, *In the Matter of Steven Scott Biss*, VSB Docket No. 07-033-070921 (publicly reprimanding Biss).

Exhibit S      *Lokhova v. Halper*, Cause No. 1:19-cv-00632-LMB-JFA (motion for sanctions and memorandum in support pending against Biss for, among other things, misusing the litigation process to launch politically-motivated attacks and advance an agenda beyond the courthouse).

Exhibit T      Subpoena with proof of service to Chapwood Capital Investment Management, LLC served on November 18, 2019.

Exhibit U      Correspondence from Boies Schiller Flexner LLP to counsel for NPR Defendants regarding Butowsky's objection to third party Aaron Rich's compliance with NPR Defendants' subpoena.

Exhibit V      Aaron Rich's Motion for Sanctions against Butowsky in *Aaron Rich v. Butowsky*, Cause No. 1:18-cv-000681 (D.D.C. 2018), Dkt. 93 (filed 12/30/19).

Exhibit W      [Proposed] Def. Halper's Supp. Mem. in Support of his Mot. for Sanctions, *Lockhova v. Halper*, No. 1:19-cv-00632-LMB-JFA (E.D. Va. Dec. 11, 2019), Dkt. 85-1, at 6-13, 6 n.9 (outlining cases in which, like here, Plaintiff's counsel has targeted media seeking to deter further reporting of differing views).

Exhibit X      February 16, 2020 correspondence from Steven S. Biss to Laura Prather regarding Defendants' Rule 11 Motion for Sanctions.