# EXHIBIT A







**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ED BUTOWSKY,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; AND PALLAVI GOGOI,**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO.**<br><br>**4:18-CV-00442-ALM** |

**DECLARATION OF WESLEY D. LEWIS IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS PURSUANT TO RULE 11 FOR VIOLATIONS COMMITTED BY PLAINTIFF AND HIS COUNSEL**

I, Wesley Darwin Lewis, hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an associate at the law firm of Haynes and Boone, LLP and counsel for Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi (collectively "Defendants") in the action captioned *Butowsky v. Folkenflik*, Case No. 4:18-cv-00442-ALM (E.D. Tex. June 21, 2018), pending in the United States District Court in the Eastern District of Texas. I am fully competent to make this declaration, and all of the facts set forth herein are based on my personal knowledge and are true and correct.

2. Attached to this declaration as Exhibit A-1 is a true and correct copy of the Declaration of Rod Wheeler ("Wheeler") and all accompanying exhibits thereto, which Mr. Wheeler executed on November 18, 2019.

24.     In addition to the exhibits attached to this declaration, Defendants refer to and attach several additional documents in support of their Rule 11 Motion for Sanctions (the "Motion"). Attached as Exhibit B to the Motion is a true and correct copy of the Declaration of Sally Davis, which was executed on November 21, 2019.

25.     Attached as Exhibit C to the Motion is a true and correct copy of Fox News' May 23, 2017 retraction of a May 16, 2017 article written by Malia Zimmerman concerning the Seth Rich murder investigation.

26.     Attached as Exhibit D to the Motion is a true and correct copy of the Washington Times' September 30, 2018 retraction of an article concerning Aaron Rich and the murder of Seth Rich.

27.     Attached as Exhibit E to the Motion is a true and correct copy of Infowars' March 4, 2019 retraction of an article written by Dr. Jerome Corsi regarding the murder of Seth Rich.

28.     Attached as Exhibit F to the Motion is a true and correct screenshot of Plaintiff Ed Butowsky's public Facebook page, which I captured in or around June 2019, in which Butowsky lists himself as a public figure.

29.     Attached as Exhibit G

30.     Attached as Exhibit H

31.     Attached as Exhibit I to the Motion is a true and correct copy of the Order of

Suspension in *In the Matter of Ty Odell Clevenger,* Case Nos. 16-J-17320 (17-J-00289)-CV (St.

Bar Court of Cal.).

32.     Attached as Exhibit J to the Motion is a true and correct copy of a Memorandum

Order in the case *Hughes v. Twenty-First Century Fox, Inc.,* No. 17-cv-7093, (S.D.N.Y. June 25,

2018).

33.     Attached as Exhibit K to the Motion is a true and correct copy of *Robertson v.*

*Cartinhour*, 883 F.Supp.2d 121, 123, 128 (D.D.C. 2012), *aff'd*, 554 F. App'x 3 (D.C. Cir. 2014).

In that decision, the Court sanctions Mr. Clevenger for "vexatious and abusive litigation tactics"

and notes his previous sanctions.

34.     Attached as Exhibit L to the Motion is a true and correct copy of the Second

Amended Disciplinary Petition in *Texas Commission for Lawyer Discipline v. Clevenger*, Cause

No. 380-01407-2013, Collin County.

35.     Attached as Exhibit M to the Motion is a true and correct copy of the Agreed

Judgment of Public Reprimand in *Texas Commission for Lawyer Discipline v. Clevenger*, Cause

No. 380-01407-2013, Collin County.

36.     Attached as Exhibit N to the Motion is a true and correct copy of a Notice of

Disciplinary Charges in the proceeding *In the matter of Ty Odell Clevenger*, Nos. 16-J-17320, 17-

J-00289, State Bar Ct. of Cal.

37.     Attached as Exhibit O to the Motion is a true and correct copy of the Resignation

with Charges Pending in the proceeding *In the matter of Ty Odell Clevenger*, No. SBC-19-Q-

30424, St. Bar Court of Cal.

**DECLARATION OF WESLEY D. LEWIS**                                    **PAGE 6 OF 8**

38.     Attached as Exhibit P to the Motion is a true and correct copy of the Memorandum Order in *Va. St. Bar, ex rel Third Dist. Comm. v. Biss*, Case No. CL07-1846, Cir. Ct. of the Cnty. of Chesterfield (suspending Biss one year and one day).

39.     Attached as Exhibit Q to the Motion is a true and correct copy of the Order of Suspension in *In the Matter of Steven Scott Biss*, VSB Docket No. 09-032-078962, which suspends Mr. Biss for, among other things, "conduct involving dishonesty, fraud, deceit or misrepresentation which reflects adversely on the lawyer's fitness to practice law."

40.     Attached as Exhibit R to the Motion is a true and correct copy of the Memorandum Order in *In the Matter of Steven Scott Biss*, VSB Docket No. 07-033-070921, which publicly reprimands Mr. Biss.

41.     Attached as Exhibit S to the Motion is a true and correct copy of the Motion for Sanctions and Memorandum of Law in support thereof in *Lokhova v. Halper*, Cause No. 1:19-cv-00632-LMB-JFA.

42.     Attached as Exhibit T to the Motion is a true and correct copy of a subpoena and proof of service on Chapwood Capital Investment Management, LLC, which was served on November 18, 2019.

43.     Attached as Exhibit U to the Motion is a true and correct copy of the correspondence from Bois Schiller Flexner LLP, counsel for Aaron Rich, to counsel for NPR Defendants regarding Butowsky's objection to third party Aaron Rich's compliance with NPR Defendants' subpoena in this case.

44.     Attached as Exhibit V to the Motion is a true and correct copy of Aaron Rich's Motion for Sanctions against Butowsky in *Aaron Rich v. Butowsky*, Cause No. 1:18-cv-000681 (D.D.C. 2018), Dkt. 93, which was filed on December 30, 2019.

45.      Attached as Exhibit W to the Motion is a true and correct copy of Defendant Halper's [Proposed] Supplemental Memorandum in Support of his Motion for Sanctions in *Lockhova v. Halper*, No. 1:19-cv-00632-LMB-JFA (E.D. Va. Dec. 11, 2019), Dkt. 85-1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 23rd day of January, 2020 in Austin, Texas.

Wesley D. Lewis

# EXHIBIT A-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **ED BUTOWSKY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | |
| **DAVID FOLKENFLIK; NATIONAL** | § | **4:18-CV-00442-ALM** |
| **PUBLIC RADIO, INC.; EDITH** | § | |
| **CHAPIN; LESLIE COOK; AND** | § | |
| **PALLAVI GOGOI,** | § | |
| | § | |
| **Defendants.** | § | |

### DECLARATION OF ROD WHEELER

1.      My name is Rod Wheeler.  I am over the age of twenty-one (21) years and am fully competent to make this affidavit.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      On or about August 21, 2019, I accepted service of a subpoena issued by the Defendants in the above-captioned litigation, *Butowsky v. Folkenflik*, Civil Action No. 4:18-cv-0442-ALM (E.D. Tex. June 21, 2018), pending in the United States District Court in the Eastern District of Texas (the "Subpoena"). A true and correct copy of the Subpoena is attached as **Exhibit A**. The Subpoena commanded me to produce documents related, among other things, to my investigation of the murder of Seth Rich, my relationship and communications with Plaintiff Ed Butowsky ("Butowsky"), and a 2017 lawsuit I brought against Twenty-First Century Fox, Malia Zimmerman, and Butowsky, *Wheeler v. Twenty-First Century Fox, et. al.*, Civil Action No. 17-05807 (S.D.N.Y. August 1, 2017).

3.      In response to the Subpoena, I agreed to produce documents responsive to their request. Because the volume of the production was too large to efficiently transmit via e-mail, I

requested that Defendants' counsel provide me a secure link to upload documents responsive to their request, which they did.

4.      From October 22, 2019 through October 28, 2019, I produced approximately 300 documents responsive to their request by uploading them through the secure link Defendants provided. To the best of my knowledge, this production constitutes the entirety of the documents in my possession, custody, or control that are responsive to the Subpoena.

5.      As part of my production I included printouts of several iMessage communications between myself and various third parties that were responsive to the Subpoena. In the text message communications I produced, others' text messages to me are displayed in grey bubbles on the left side of the document, and my sent messages are displayed in blue bubbles on the right side of the document. The text message communications I produced include:

(a)     My text message communications with Butowsky, attached hereto as **Exhibit B**. I know that Butowsky sent these messages because I received them from a telephone number that I recognize as belonging to Butowsky, and on several occasions, I had contemporaneous conversations with him regarding the subject matter of these communications.

(b)     A text message chain between a group consisting of Butowsky, his wife, Dani Butowsky, his daughter, and me, attached hereto as **Exhibit C**.

(c)     A text message chain between a group consisting of Butowsky, Malia Zimmerman, and me, attached hereto as **Exhibit D**.

(d)     A March 7, 2017 group iMessage between a group consisting of Butowsky, Malia Zimmerman (sent from the address maliamzimmerman@icloud.com) and me, attached hereto as **Exhibit E**.

(e)      A text message chain between a group consisting of Butowsky, Malia Zimmerman, Adam Housley, and me, attached hereto as **Exhibit F**.

(f)      A text message chain between a group consisting of Butowsky, Malia Zimmerman, Adam Housley, and me, attached hereto as **Exhibit G**.

(g)      A text message that I sent to Joseph DellaCamera on May 15, 2017, attached hereto as **Exhibit H**.

(h)      A text message chain between a group consisting of Butowsky, Larry Friedman, and me, attached hereto as **Exhibit I**.

(i)      My text message communications with Joel Rich, attached hereto as **Exhibit J**.

(j)      A text message chain between a group including Michelle Sigona and me, attached hereto as **Exhibit K**.

(k)      My text message communications with Julieta Chiquillo, attached hereto as **Exhibit L**.

(l)      An April 1, 2017 group text message sent by Butowsky to Seymour "Sy" Hersh and me, attached hereto as **Exhibit M**.

(m)      My text message communications with Michelle Sigona, attached hereto as **Exhibit N**.

(n)      My text message communications with Marina Marraco, attached hereto as **Exhibit O**.

(o)      A text message chain between a group including Butowsky, Katrina Pierson, Advisor to President Trump, and me, attached hereto as **Exhibit P**. Butowsky's comments are in gray.

(p)     A text message chain between a group including Butowsky and me, attached hereto as **Exhibit Q**. Butowsky made the initial comment (in gray) beginning, "Lucas, Rod is very well known as we discussed earlier and is a fox news contributor…." My comments are in blue.

(q)     A text message chain between a group including Butowsky and me, attached hereto as **Exhibit R**. Butowsky made the initial comment (in gray) beginning, "Matt please meet my friend Rod…"

(r)     A text message chain between a group including Butowsky, David Webb and me, attached hereto as **Exhibit S**. Butowsky made the initial comment (in gray) beginning, "Please connect. Rod [sic] I go on the show at 10:20 Eastern time. We should probably start with how you and I met up with me reaching out to you."

(s)     A text message chain between a group including Butowsky, Dee-O (a/k/a D-O or Kash) and me, attached hereto as **Exhibit T**.

- Butowsky's initial comment (in gray) on 4-27-17 12:12p.m.:

   "Gentlemen please meet.  Rod this is my friend who is looking into something we've been working on. I suggest you pick a location and a date and meet in person soon as possible. Rod, feel free to share everything and anything with him."

- Dee-O commented (in gray) on 4-27-17 at 6:08 p.m.:

   "Thanks ed. Rod let me know."

- I responded (in blue) on 4-28-17 at 7:55 a.m.:

   "I am around this afternoon if that works for you.  I can link up anywhere in the D.C. Area or by the National harbor."

- Dee-O responded (in gray) on 4-28-17 at 9:07 a.m.;

"OK, ill let you know.  This afternoon may be tough."

- Butowsky continued (in gray) on 5-1-17 at 9:02 a.m.:

  "Gentlemen, please try to meet early this week even if it's just for 20 minutes. Rod you have a lot of info to get to Dee O. Dee O, this information is really eye-opening."

- Dee-O responded (in gray) continued on 5-1-17 at 9:03 a.m.:

  "Whats your schedule rod?"

- I responded (in blue) on 5-1-17 at 9:07 a.m.:

  "Ed I am in New York today and tomorrow teaching an active shooter Prepardness course at a chemical company. I am free to chat via phone after 5 pm today and tomorrow."

- Dee-O responded (in gray) on 5-1-17 at 9:15 a.m.:

  "Let me know your schedule when you are back in dc area and we will link up"

- I respond (in blue): "10-4"

- Butowsky writes (in gray) on 5-3-17 at 8:32 a.m.:

  "Please connect today"

- I respond (in blue): "Will do"

The remainder of the communications from 5-4-17 are between me (in blue) and Dee-O (in gray).  "Dee-O" (who I was told to call "Kash") is an attorney who works with the House Intelligence Committee, and Butowsky wanted me to talk with him about my investigation into the murder of Seth Rich. I was never given a real name for "Dee-O"/"Kash" although I did meet with him on May 5, 2017.

The copies of the foregoing iMessage and text communications that I produced in response to the Subpoena are true and correct copies of my conversations with those parties. Each of the text

<u>DECLARATION OF ROD WHEELER</u>                                           **Page 5**

messages I received are from telephone numbers that I recognized as belonging to each of the senders.

6.      Additionally, I provided a number of audio files as part of my production in response to the Subpoena. These files include true and correct copies of voicemail messages I received and recordings of telephonic conversations that I had with others, including Ed Butowsky and Malia Zimmerman, that are responsive to the Subpoena. I know that the individuals on the voicemails and recordings are Butowsky and Zimmerman because I know and recognize their voices and because the calls were to or from phone numbers that I know are associated with Butowsky and Zimmerman. These audio files are attached hereto as **Exhibit U**.

7.      As part of my production, I also provided true and correct copies of a number of email conversations responsive to the Subpoena. Those communications include conversations with Butowsky, Malia Zimmerman, and others. I know that Butowsky and Zimmerman sent these emails because I received them from email addresses that I recognize and know belong to them,          including          the          addresses          Malia.Zimmerman@foxnews.com, maliamzimmerman@gmail.com, and maliamzimmerman@icloud.com for Zimmerman, and ebutowsky@gmail.com and ed@chapwoodinvestments.com for Butowsky. Additionally, on several occasions, I had contemporaneous telephonic conversations with them regarding the subject matter of these communications.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November ⟨18⟩, 2019.

ROD WHEELER

DECLARATION OF ROD WHEELER

# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| Ed Butowsky ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  4:18-CV-00442-ALM |
| David Folkenflik, et al., ) | |
| ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                        Roderic "Rod" Wheeler

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A, attached hereto

| Place: Haynes and Boone, LLP, 800 17th Street NW, Ste 500 Washington, D.C. 20006 | Date and Time: 09/12/2019 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: *august 15, 2019*

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Defendants
David Folkenflik, et al.,                                        , who issues or requests this subpoena, are:

Laura Prather, 600 Congress Ave, Ste. 1300, Austin, TX 78701, (512) 867-8400, laura.prather@haynesboone.com

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 4:18-CV-00442-ALM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*                    .

☐ I served the subpoena by delivering a copy to the named person as follows:

_____                    on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because:

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

### (c) Place of Compliance.

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party or a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

### (d) Protecting a Person Subject to a Subpoena; Enforcement.

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

### (e) Duties in Responding to a Subpoena.

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

### (g) Contempt.

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT A TO SUBPOENA TO PRODUCE DOCUMENT, INFORMATION, OR OBJECTS TO RODERIC "ROD" WHEELER

**YOU ARE COMMANDED** to produce at the time, date, and place set forth in the accompanying Subpoena to Produce Documents, Information, or Objects (the "Subpoena") the following documents, electronically stored information, or objects pursuant to Rule 45 of the Federal Rules of Civil Procedure, to Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi (collectively "Defendants").

## I.
## INSTRUCTIONS

1. You are required to produce for inspection and copying true and correct copies of the designated documents at the office of Defendants' counsel, Haynes and Boone, LLP, 800 17th Street NW, Suite 500, Washington, D.C. 20006.

2. In response to this Subpoena, provide all requested documents in your possession, custody or control, including all documents in the possession, custody or control of your attorneys or agents. If your response to this Subpoena is that any requested document or documents are not in your possession, custody or control, identify who has possession, custody or control of the document or documents and the location of the document or documents.

3. If a request seeks a document which to your knowledge does not exist, please state that the document does not exist.

4. Without interfering with the readability of a document, please identify in some manner the request(s) to which the document is responsive.

5. These requests for production are continuing in nature, and you are required to amend or supplement your responses if you or other persons acting on your behalf become aware of additional information between the time your answers are given and the time of trial that renders your responses no longer correct, accurate or complete.

6. If you contend that you are entitled to withhold from production any documents identified in these requests for production on the basis of attorney-client privilege, work product doctrine or any other ground, follow the instructions described in sub-parts (a) - (e) below for each withheld document:

    (a) describe the nature of the document (*e.g.*, letter or memorandum);

    (b) state the date of the document;

    (c) identify the person(s) who sent and received the document and/or any copy thereof;

    (d) without revealing the privileged information, identify the subject matter of the document; and

    (e) state the specific privilege(s) you assert regarding the document.

7. Unless otherwise specified, the time period for these requests is from **July 10, 2016** until the present time.

## II.
## DEFINITIONS

For purposes of these requests, the terms listed below are defined as follows:

1. **You or Your** refers to Rod Wheeler, and each of your agents, representatives, and attorneys and any other individual or entity presently or formerly acting on your behalf or at your request.

2. **Plaintiff or Butowsky** refers to Ed Butowsky, and each of his agents, representatives, and attorneys and any other individual or entity presently or formerly acting on his behalf or at his request.

3.    **Defendants** refers to Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi and any of their officers, employees, agents, representatives, attorneys or any other individual or entity presently or formerly acting on their behalf.

4.    The term **document(s)** shall mean and include all written, typed, printed, recorded, taped, or pictorial matter of any kind or nature whatsoever, however produced or reproduced, in whatever form maintained, including electronically stored information such as metadata, and all identical and non-identical (for whatever reason) copies and prior drafts thereof, in Your possession, custody or control and includes, but is not limited to, correspondence, transcriptions, tapes, notes from telephone conversations, agreements, contracts, records, tape recordings (whether or not transcribed), reports, memoranda, studies, summaries, minutes, notes, agenda, bulletins, calendars, diaries, logs, announcements, instructions, charts, manuals, brochures, schedules, email, blogs, internet postings, text messages, instant messages, computer data (whether on cards, compact disk, DVD, ISP server, or otherwise), telegrams, teletype, photographic matter, financial statements, accounting records, commission worksheets, and any other such documents and tangible things, whether in hard, digital or electronic version. The term "document" also includes copies of documents upon which notations or writings appear that are not present on the originals or other copies of such documents. In all cases where original and/or non-identical copies are not available, "document(s)" also means identical copies of original documents and copies of non-identical copies. A document is deemed to be in Your custody if You have possession of the document or has the right to secure such document from another person having possession thereof. All information available in electronic or magnetic medium should be provided electronically on an external hard drive in their native format.

5.     The term **electronically stored information**, when used in these Requests, refers to information stored on a computer, CD, DVD, disk, hard drive, or other magnetic or electronic device, including, without limitation, voicemail messages and files; email messages and files; deleted files, programs, or e-mails; data files; program files; backup and archival tapes; temporary files; system history files; website information stored in textual, graphical or audio format; website log files; cache files; text messages, instant messages, cookies; writings; drawings; graphs; charts; photographs; sound recordings; images; video recordings; and other data or data compilations stored in any medium from which information can be obtained or translated, if necessary, by You into reasonably usable form.

6.     The term **communication**, when used in these Requests, refers to any oral or written transmission, exchange of information, utterance, notation or statement, by or through any medium, including, but not limited to telephone, telegraph, mail, email, text message, instant messaging, telecopy, and personal conversation(s).

7.     The conjunction **or** as used in these requests should not be read to limit part of the request but, whenever applicable, it should have the same meaning as the word "and." For example, an interrogatory stating "support or refer" should be read as "support and refer," if an answer that does both can be made.

8.     The word **and** means **and/or**.

9.     The term **Person** means any natural person, corporation, firm, association, partnership, joint venture, proprietorship, governmental body, or any other organization, business, or legal entity, and all predecessors or successors in interest.

10.     The term **Wheeler Complaint** refers to Plaintiff's Complaint in *Wheeler v. Twenty-First Century Fox, Inc., et. al.,* Case No. 1:17-CV-05087, filed in the United States District Court for the Southern District of New York on August 1, 2017.

11.     The term **Gottlieb Lawsuit** refers to *Butowsky v. Gottlieb, et al.,* Case No. 4:19-cv-00180, filed in the Eastern District of Texas on March 12, 2019.

12.     The terms **referring to, concerning, relating to,** or **pertaining to** any given subject when used to specify a document, communication, or statement, shall mean or refer to any document, communication, or statement that constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, discusses, mentions, supports, refutes, controverts, depicts, and or is in any manner whatsoever pertinent to that subject.

## DOCUMENTS REQUESTED

Please produce the following documents, records, and information in your possession, custody, or control:

1.     All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, referenced in the Wheeler Complaint or relied on in drafting the Wheeler Complaint.

2.     All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and Ed Butowsky on the other.

3.     All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and Malia Zimmerman on the other.

4.     All non-privileged documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and Douglas Wigdor (or any other partner, associate, or employee of Wigdor, LLP) on the other.

5.   All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and David Folkenflik on the other.

6.   All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and any family member of the Rich family, including but not limited to Joel Rich, Mary Rich, and Aaron Rich, on the other.

7.   All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting your notes, work product or files pertaining to Your investigation of the murder of Seth Rich.

8.   All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, regarding Seth Rich's connection to or communications with Julian Assange or WikiLeaks, directly or indirectly.

9.   All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and Sean Spicer on the other.

10.  All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and any former or current member of the Trump White House Cabinet or their current or former employees on the other relating to your investigation of the murder of Seth Rich.

11.  All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and Marina Marraco on the other.

12.  All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and Fox News, FOXNews.com, or any Fox network affiliate station including any of their officers, employees, agents, representatives, attorneys or any other individual or entity presently or formerly acting on their behalf, regarding the murder of Seth Rich or Fox's coverage thereof, the Wheeler Complaint or Fox's coverage thereof, or the subject matter of this lawsuit.

13.  All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and National Public Radio, Inc., including any of their officers, employees, agents, representatives, attorneys or any other individual or entity presently or formerly acting on their behalf, regarding the murder of Seth Rich or Fox's coverage thereof, the Wheeler Complaint or Fox's coverage thereof, or the subject matter of this lawsuit.

14.  All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and Fox News or FOXNews.com, including any of their officers, employees, agents, representatives, attorneys or any other individual or entity presently or formerly acting on their behalf, regarding actual or potential on-air appearances by You on Fox News.

15.  All employment, paid or unpaid contributor, or independent contractor agreements between You on the one hand, and any 21st Century Fox entity, including any of their subsidiaries, officers, employees, agents, representatives, attorneys or any other individual or entity presently or formerly acting on their behalf.

16.  All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications between You on the one hand, and any writers, journalists, or bloggers regarding the murder of Seth Rich.

17.  All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, constituting or reflecting communications public statements or on-air appearances regarding Your investigation of the murder of Seth Rich.

18.  All video recordings of You referring to or discussing the murder of Seth Rich.

19.  All documents cited, referenced or displayed in any video recordings of You referring to or discussing the murder of Seth Rich.

20.  All social media posts, including but not limited to posts on Facebook, Twitter, Instagram, Snapchat, TikTok, Vimeo, YouTube, Reddit, LinkedIn, Pinterest, and Tumblr, discussing or referring to the murder of Seth Rich.

21.  All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, regarding, constituting or reflecting communications between You on the one hand, and the Federal Bureau of Investigations on the other, regarding the murder of Seth Rich.

22. All documents, including correspondence, emails, video and audio recordings, voicemail, instant messages (including but not limited to Wickr, WhatsApp, Signal, Slack, Snapchat, or Facebook) and text messages, regarding, constituting or reflecting communications between You on the one hand, and the any former or present employee of the Washington D.C. Police Department on the other, regarding the murder of Seth Rich.

23. Documents sufficient to identify the date, amount, and source of all payments made to You in connection with Your investigation of the murder of Seth Rich on behalf of the Rich family.

24. All documents that You have produced or will produce in response to subpoenas and/or pdiscovery requests in the Gottlieb Lawsuit.

# EXHIBIT B

<iMessage>

2017-02-23 07:48 AM

I appreciate you reading this text message. We have many mutual friends including Adam Housley and many others from Fox News. Although I'm not a paid fox contributor, I do appear frequently on the News channel as well as the business channel. I watched your work for years and admire what you wearing on television.

Behind the scenes I do a lot of work, ( unpaid ) helping to uncover certain stories, my biggest work was revealing most of what we know today about Benghazi.

I'm looking for some assistance on something that happened in Washington I would appreciate if you would give me a call at 972.897.0197.

Of all the people you have met in your line of work you have put me right next to those you view as the most confidential.
I am extremely discreet.

Is there a time I can give you a call this morning?

2017-02-23 07:54 AM

I will give you a call in an hour if that's ok. (9:00am edt).

Please do.  Thank you

2017-02-25 06:10 PM

I hope you had a safe return trip. Did you get a chance to listen to the audio I sent you?

2017-02-25 06:53 PM

Thank you.  Just returned today due to weather delays.   Will listen to the audio later this evening.  Anytime to chat tomorrow evening?

2017-02-25 06:54 PM

I'm in empty-nesters and I've been married 34 years. I pray for phone calls. Just say when

2017-02-26 04:43 PM

Ed any chance you can resend the audio?  I wanted to review it again before I called you but I can't seem to find it.  Thanks.

2017-02-26 04:44 PM

On its way

Thanks.  Standing by.

2017-02-26 04:45 PM

Just sent. Please confirm when it has arrived.
Thank you

2017-02-27 10:46 PM

I am staying at the Ritz. I will be in hotel lobby most of Tuesday morning.
I have random meetings throughout the morning including a number of people you will know up until lunch

Would love to meet up if you can .

2017-02-27 10:47 PM

I am in Baltimore for a quick morning meeting but will be back in the DC area by 11:30am. I will reach out to you then to see if you are still around.

Sounds good

Are you at the Ritz on 21st st?

2017-02-27 10:48 PM

Let's plan to have lunch somewhere in D.C.



Yes

2017-02-27 10:49 PM

Ok..know exactly where you are. I will meet you there around 11:45 and we can grab a bite in the area. See you then!

2017-02-27 10:51 PM

Got it

2017-02-28 11:22 AM

Let's meet at the Capitol Hill club\Republican club at 12

2017-02-28 11:23 AM

10-4

2017-02-28 12:02 PM

Be there shortly. On Capitol Hill now.

2017-02-28 12:03 PM

We are running behind as well

2017-02-28 12:28 PM

Walking in in five minutes

Ok

2017-02-28 12:35 PM

2017-02-28 12:37 PM

Lobby

2017-02-28 05:08 PM

Ed, what is jack Burkmans interest in the case? Did you speak with him?  I talked to the Fox 5 reporter and he's willing to talk to me. We're going to meet on Thursday.

2017-02-28 05:13 PM

I do t know who he is ?

2017-02-28 05:14 PM

Ok. 10-4

2017-03-01 11:35 AM

Good morning or afternoon. Are you in DC?

2017-03-01 11:36 AM

Maryland   Plan to be in DC later today.

2017-03-01 11:43 AM

OK. I have a 640 flight out of DCA. I'm with Malia. I think it would be great to meet up again soon today

2017-03-01 11:45 AM

Can we shoot for 3:00

2017-03-01 11:46 AM

Perfect.  Union station entrance

2017-03-01 11:48 AM

10-4

2017-03-01 01:26 PM

Location change : 3 pm at Capitol Hill club. Just got off the phone with Seth's for my girlfriend. We will be there closer to 215 230 in case you're early

2017-03-01 01:44 PM

Ok great.  I may be a little early.

2017-03-01 02:36 PM

We are currently downstairs

2017-03-01 02:47 PM

Coming down now

2017-03-01 07:15 PM

Ed I just got some dynamic information!   Call me when you land.

2017-03-01 08:23 PM

I am on plane.  Can you give me a hint ?

Ive made contact with the lead detective he is willing to meet with me.

2017-03-01 08:24 PM

And I know who is blocking the investigation.

2017-03-01 08:25 PM

Fantastic.  I will call when I land . Do you know him?

No but he knows me.

2017-03-01 08:30 PM

Do you think we can get to file or knowledge to confirm what you and I heard?

Do you use Wickr?

2017-03-01 08:31 PM

I believe we can. I am meeting with 2 inside contacts tomorrow in DC.

2017-03-01 08:32 PM

I will call you when I land

Ok

I think in 90 mins

2017-03-01 09:53 PM

Still in air. Landing soon.

2017-03-01 09:54 PM

Let's shoot for in the morning!  I'm about to do a local fox 5 news segment and I will be a while but I will call you around 7 am your time tomorrow.

2017-03-01 10:03 PM

Got it.

2017-03-03 08:10 AM

Please send me wiring instructions

2017-03-03 08:40 AM

Don't be surprised if you get a call from Joe Rich, Seth's father. Please call me when you have a moment

2017-03-03 08:45 AM

Sounds good.  I will give you a call in about an hour.  Thanks!

2017-03-03 10:02 AM

Please immediately send me something brief for mr.rich to sign

2017-03-03 11:43 AM

Expect a direct call from Joel rich . Please call me prior to give you a few data points.  Make sure to downplay Fox News , don't mention you know Malia .

2017-03-03 01:02 PM

Are you still on with them?

2017-03-03 01:43 PM

Bank account number: ███████████

2017-03-03 02:19 PM

Which bank ?

Citibank

2017-03-04 01:32 PM

Joel ask me to spend time talking with his son aaron.  He also called today to thank me once again. He said he and his wife feel like they have real help now.

2017-03-04 02:05 PM

My mother would be proud of us. Money will be in your account on Monday I couldn't get to the bank to Citibank today. There are not many in Texas.

2017-03-05 03:11 PM

Did you speak with brother? Haven't received the signed agreement from Joel

2017-03-05 03:13 PM

No haven't heard yet. Last communication was yesterday evening from Joel.

2017-03-05 05:01 PM

Don't forget to send the other documents regarding the  venture capital information.  I'd like to start reviewing the details. Thanks!

2017-03-06 01:38 PM

Just briefly talked with Joel.  He want to have a call later this evening to further talk. He said they will get the signed document back to use shortly.

2017-03-06 01:45 PM

K.  I am anxious

2017-03-06 05:11 PM

Citibank branch 913

601 Pennsylvania Ave SE

Washington DC 20003

███████████

Acct# ██████████

Got it. Do you have a second to talk?

I'm driving to my bank right now

2017-03-06 05:39 PM

Wire was just sent . I wanted to get you some money as soon as I could .
Let's see where this Goes in the next few days.
This will either be a short engagement  because we got the email situation complete or a very long one because we want to find the murderer(s) .
Let's agree to determine and characterize our financial engagement on weds .

2017-03-08 08:21 AM

Will call you in 10 mins

2017-03-08 08:22 AM

Please do

2017-03-08 11:15 AM

Just talked with Joel.  He said the agreement will be forthcoming today

2017-03-08 02:18 PM

Great.  Please let me know when it arrives

2017-03-08 02:19 PM

Will do!

2017-03-08 06:33 PM

Sarah Isgur Flores .vcf

2017-03-10 04:14 PM

You might consider leaving a message that you have teed up people from the DC police and are anxious to share info with you they won't until eight you present them with the document. Just a thought

2017-03-11 04:53 PM

Yes I thought the same thing. I called Joel an hour ago and left that msg.   Weird!!

2017-03-11 06:19 PM

Did you get an acknowledgment that you were alive from Joel?

2017-03-11 06:21 PM

I just got a call from aaron.   He said we will have the contract by Monday but he ask for me to call him tomorrow.  I'm at an event right now.

2017-03-11 06:22 PM

Was on fox today talking about the White House fence jumper.

2017-03-14 07:27 AM

If you don't get the agreement back this morning I'm going to leave Joel a nice but somewhat uncomfortable message. Basically saying that since we haven't received back the agreement it appears you don't have an interest. I think that will kickstart him I also believe you'll be something that agreement that is going to really piss us off. But I guess we'll see if we get it and when we got it but we need to move on quickly

2017-03-14 07:30 AM

I agree.  I too suspect the agreement is going to be chocked with legal stuff. Standing by for when it arrives.

2017-03-14 07:54 AM

Good morning Joel. Just want to follow up with regards to the agreement.  Ready to get started today if possible by meeting with the MPD detective.   Thanks!

Sent this to Joel.

2017-03-14 05:06 PM

We are in zoom

2017-03-14 08:58 PM

I think I just had a big breakthrough. If you get a moment please call

2017-03-15 09:12 AM

Good morning.  How was John ash connected to Seth?

2017-03-15 09:41 AM

Basically the manner of death and possible connects. Timeliness, etc.

2017-03-15 03:29 PM



2017-03-19 08:58 AM

Do you have a moment to chat ?

2017-03-19 08:59 AM

Will call you in 20 mins.

2017-03-20 09:09:22 AM

http://www.thegatewaypundit.com/2016/08/breaking-lead-attorney-dnc-fraud-case-found-dead-1-week-serving-dnc-papers/

2017-03-20 09:04 PM

Please call me or FaceTime me

2017-03-21 03:02 PM

Rob, can I please get the two pager summary. I'm almost to Washington. Thank you very much.

2017-03-21 04:38 PM

just emailed you a very brief and quick synopsis. (unedited and with grammatical errors)

2017-03-21 05:40 PM

Ok. Which email address?

2017-03-21 05:41 PM

Gmail

2017-03-22 05:51 PM

Aaron Rich is doing a fox interview tonight.

With who?

2017-03-22 11:36 AM

Todd Patterson   Do you know him he just
retired from DC homicide

2017-03-22 11:39 AM

Tony Patterson

2017-03-22 11:44 AM

Yes

2017-03-22 12:00 PM

Can you call me?

2017-03-22 12:01 PM

Do you know cell?

2017-03-23 08:08 AM

I am having a huge anxiety over Burkman today

Can I call you ?

2017-03-23 08:09 AM

It has to do with recording

2017-03-23 08:17 AM

I'm headed into a meeting.  Can I call you around noon?

2017-03-23 08:26 AM

Did you speak to him about the press conference? I think he's going to play my recording I did not give it to him

2017-03-23 08:38 AM

No haven't ever talked to him.

2017-03-24 08:14 AM

Good morn.   Looks like I will miss the game tomorrow.   Ugh.   Will be heading back to D.C. Late tonight.

2017-03-28 09:08:30 AM

Got it. I just found out the story that was all over the news yesterday is about to go nuclear.

2017-03-28 09:56 AM

I can't face time.  Call me regularly.

2017-03-28 04:39 PM

Do you know Ken Blackwell ?  Former trump transition advisor ?

2017-03-28 04:47 PM

I believe so. Let me look

2017-03-28 04:48 PM

Just wondering.  I'm doing a segment with him tonight on fox regarding sanctuary cities.   I don't know him.

2017-03-28 04:49 PM

Had a good visit with Tucker today.  Will be on his show soon discussing Russia and everything else!

2017-03-28 07:25 PM

Did you speak to Sy?

2017-03-28 09:21 PM

No. I called him a couple of times but he never returned the call. I plan to do a "pop visit" to him tomorrow before I go to NY. I need a good address for him if you have one. Thanks.

2017-03-28 10:19 PM

I do not have one. There's another gentleman you might call let me reach out to him right now

2017-03-29 08:40 AM

Any luck with the other guy? I'm going to try Sy again this morning.

2017-03-29 04:32 PM

Just met via phone with Kelsey. 1.5 hours. Very interesting.

2017-03-30 03:24 PM

It's time to ask the Justice Department to take over this investigation! ( and others- there is something politically shady going on with these cases and I don't think the D.C. PD can handle it!! ).

Can I FaceTime you ?

2017-03-30 03:25 PM

On the airplane.  Landing in 45 mins.

2017-03-30 03:26 PM

Are you still meeting with Kelsey tomorrow correct? Did something happen today? Look forward to hearing from you when you land

2017-03-31 12:27 PM

Go for it !!!!

Make history .. change the world ... save the world from  socialism...

Please call me after you meet

2017-03-31 02:20 PM

One sec

2017-04-04 06:38 AM

Just finished fox and friends. Let's talk anytime today before 9:30 or after 2pm.

2017-04-11 07:01 AM

How was the book signing?

2017-04-12 08:47 AM

The company is called CoastSouthwest.  They are a chemical distributor with a facility in Arlington Texas.

2017-04-12 03:03 PM

@georgewebb journalist @rodwheeler  past DC Homocide detective & knows of  underground corruption group in DC  try to connect would be great

2017-04-12 03:06 PM

Call me please

2017-04-12 08:37 PM

On Fox & friends in the morning.  Probably will stir the pot in support of Sessions!!

2017-04-12 09:22 PM

Stir hard. What time is your hit?

2017-04-12 09:24 PM

7:40

2017-04-12 09:36 PM

I've got to find a way on the trump team.  I really think I could help him with issues of crime and community engagement.

2017-04-12 09:42 PM

In his administration who would be best person to connect with ?

2017-04-12 09:43 PM

Sean Spicer .vcf

I have no idea where you got this from

2017-04-12 09:44 PM

Katrina  Pierson.vcf

This either

2017-04-12 09:45 PM

FEMA is really where I want to be.  FEMA is an agency that is a quiet agency but very powerful.  It can really make the president look good.  Lots of senior admin positions open there.

2017-04-12 09:46 PM

Most people don't think about FEMA until there is a disaster.

2017-04-13 08:00 AM

The best performance I have ever seen you do !!! Way to go

2017-04-13 08:01 AM

Thanks!

2017-04-13 09:35 AM

Please call when you have a minute

2017-04-13 11:34 AM

Will call you shortly!

2017-04-14 02:02 PM

I'm going to meet with the deputy director of public affairs for DOJ next Wednesday.  Can you get a message to Sessions so I can try to meet with him too?  He is the boss of all of these folks.  I'm meeting with Ian Prior and Sarah Flores.

2017-04-14 02:03 PM

Do you know Sarah? I can get you in with Sessions if he's around I believe

2017-04-14 02:04 PM

Sarah and Ian seen me on fox and loved the segment so they reached out to me.   I don't know them but Sessions is their boss.

2017-04-18 07:17 AM

Are you in Washington DC  area on Thursday afternoon ? I am meeting Sean spicer and want you with me

2017-04-18 07:18 AM

Do you have an updated list that summarizes where things currently stand and where we are being stonewalled?

2017-04-18 07:20 AM

Yes.   Are things still a go for the correspondence dinner?

2017-04-18 07:23 AM

Good question. You are a go. Lois like I cannot go.

Looks like

2017-04-18 07:24 AM

I will call you at 8:30 am eastern to update you

Good ?

2017-04-18 07:25 AM

Let me call you.  I may be on a phoner with Fox.  It's been crazy over the past two days with the crazy Cleveland Facebook murderer.  Several segments yesterday!

Will call you around 9:00

I saw. Great work.  Ok

2017-04-18 04:02 PM

So I am confirmed with the AGs office tomorrow.  Sessions has a TV segment at 10:30 so I will meet with his folks right after that over at his office!  I have a fox&friends hit at 8:20.

2017-04-18 04:03 PM

Katrina is on with charles Payne fox business tonite as well as I at 6:10 pm.

2017-04-18 04:26 PM

OK sounds good. Tell Katrina that I said hi and let her know that we are working on that case together. I got her meeting with Sean Spicer for Thursday afternoon around three.

2017-04-18 05:01 PM

Ok super!

2017-04-19 06:39 AM

You looked and sounded great .

2017-04-19 06:40 AM

Thanks!  On again at 8:30

Same subject ? Katrina Pierson  is in San Antonio

Yes.

2017-04-19 07:38 AM

Twitter is on fire with my segment this morning! People loved what I said!!!

2017-04-19 07:40 AM

i agree...it was very powerful and you spoke the truth .

2017-04-19 09:00 AM

For the White House, can you give me your Social Security number?

2017-04-19 09:01 AM

Also your city born in and city  you reside in

2017-04-19 09:07 AM

██████ Born in Cleveland Ohio. Live in Upper Marlboro Md.  do you need the info on the person who will attend the dinner with me?

2017-04-19 09:08 AM

That as well. This is for tomorrow afternoon with Sean spicer . Do you have summary done yet?. Just bulletpointed . Just want to make sure we get point to Sean easily

2017-04-19 09:22 AM

Ok. I will email it to you after my meeting this morning over at Sessions office.

2017-04-19 09:48 AM

For the White House, I think they require a date of birth too.██ 60

2017-04-19 11:44 AM

Sarah Flores says hello.

She's over at DOJ.

2017-04-19 11:47 AM

Yes. She knows me well. Tell her I said hello. Let her know why I was calling her , Seth  Rich.
Ask her to keep it quiet because we don't know the who the good or  the bad people are anymore.
But we know she's one of the really good ones

2017-04-19 11:52 AM

Got it.   Told her you will be in DC tomorrow.

2017-04-19 12:20 PM

How do you know so many people?   Lol.

2017-04-20 09:36 AM

Caught up Det Della camera today.  We are going to have lunch on Monday.

2017-04-20 09:38 AM

great... i land at 11:10.. taking cab directly to trump hotel. dellacamera?

2017-04-20 09:40 AM

Yep. I called a senior official at MPD yesterday that I know and told him dellacamera has not called me.  He said he would get right on it. Dellacamera just called.

2017-04-20 10:11 AM

based on what he says , we almost are required to do a story explaining in detail what we are enduring. lets discuss when we are together at hotel

2017-04-20 10:12 AM

in the lobby of hotel

2017-04-20 04:16 PM



2017-04-24 01:04:18 PM



2017-04-24 01:25 PM

Caught up with Dellacamera by phone again. He is not in court-where I am now in the courthouse.. He said he was pulled away. Didn't have time to talk. Will meet me @9am in the morning.

2017-04-24 01:48 PM

I think this fucker needs to know the police code. You don't fuck around with your brothers in blue. I'm happy your meeting up with him tomorrow.

2017-04-24 02:19 PM



2017-04-24 02:20 PM

Over 5000 views and over 100 likes on the picture from last week!  Wow. That's a record!

2017-04-24 02:21 PM





2017-04-25 09:38 AM

How is it going ?

2017-04-25 10:28 AM

Any update ?

2017-04-25 10:29 AM

We just concluded our meeting.

Well ? I am on plane

2017-04-25 10:30 AM

Give me a little idea

Not a bad meeting but he could not admit or deny that emails were found.

2017-04-25 10:31 AM

Did he give us anything new?

Not really.

2017-04-25 10:32 AM

Did he concur that he has been restrained on investigation?

2017-04-25 10:33 AM

I can get my doj guy to get file from cyber yet

Not really.  He did say the FBI is not involved.

We know that but they were involved with opening computer

2017-04-25 10:34 AM

I think a natural next step is sy Hersh

He was extremely nervous and worried about his job

He said the FBI has not assisted at all to his knowledge.

2017-04-25 10:35 AM

Why would he be nervous ?

I will call you when i land

2017-04-25 10:40 AM

So in solving this case I need to "rule out" that Seth's death was the result of his job and emails sent to wiki leaks.  Can I finally rule that out". (Answer-No). Anything is still possible".

2017-04-25 10:42 AM

Hmmm. He negatively said yes

Exactly.  A few times.

2017-04-25 02:27 PM

Watch this video on Vimeo: https://vimeo.com/ 208142240. Don't have the Vimeo app? Get it from the App Store: http://bit.ly/vimeo_ios

2017-04-25 07:33 PM

Who are you bringing to white dinner Saturday ?

2017-04-25 07:36 PM

I think Megan Novak but will not know until tomorrow. Is that ok?

2017-04-25 07:37 PM

Yes. But early in day if possible .

2017-04-25 07:39 PM

My friend running the Russian investigation now with Trey gowdy wants to connect with you. Can I send in text message introduce you 2?

Absolutely!

2017-04-25 07:41 PM

The White House needs a point person to be the face of all of these investigations.  Hint hint.

2017-04-26 08:19 AM

Rod, please share your data birth again and they need your guest name and date of birth this morning.

2017-04-26 08:21 AM

You know I've been thinking more about the conversation I had yesterday with DellaCamera, and here's a thought if emails were not a part of the investigation why does he want to speak with Julie assuage so bad?

2017-04-26 08:23 AM

Exactly. By the way tell him I can help him speak to us on. Can you update that document so we have it all in one place? And I have a way to get you possibly spacethat position at the White House

2017-04-26 08:28 AM

He he wants to speak to him to get the emails because his own department won't give them to him

2017-04-26 08:40 AM

I think he has the emails but he wants to speak to Julian  because he wants to see if there is any leads Julian can get him in terms of who could've committed the murder but DellaCamera has the emails

2017-04-26 08:59 AM

My guest is Megan Rose Novak. DOB is ████982

2017-04-27 10:37 AM

Just tried calling you.

2017-04-27 12:54 PM

This report of the discussion is good.  Sending it over shortly. Lots of good stuff.

2017-04-27 05:47 PM

Did you receive the report?  Any thoughts?

2017-04-27 06:59 PM



Good job

2017-04-27 07:05 PM

Thanks.  The report was shocking, ya?

2017-04-27 07:07 PM

Very very much. I think it's important to get in front of the person that I shared his info with you earlier. I think you both have already made introductions to each other.

2017-04-29 08:02 PM

All good?

2017-04-29 08:31 PM

Great

2017-04-29 11:57 PM

Hope you had a great time

2017-04-30 10:36 AM





2017-04-30 10:38 AM

You all look great . So happy you went

2017-04-30 10:45 AM

Did people recognize you ? Besides Lucas ,
which Fix people were there

2017-04-30 10:46 AM

Just the regular fox folks mainly from the D.C.
Bureau.  Of course Jennifer griffin and Harris
Faulkner ....longtime fox friends

2017-05-04 07:24 AM

Sadly adam and Malia and I lost on one story
today because we didn't go out it aggressively
enough.
Once we get the story out, you will be one of the
most recognize names in America. I'm just
saying this is a reminder encouragement. Please
call me after you meet with Dee O.
The main goal with him is to get him to get the
FBI record and give us a wink to go tstory that
the emails are there

2017-05-05 10:30 AM

Just finished meeting with D-O

2017-05-05 10:44 AM

Can I call u ? Was it good ?

Yes

3 mins

2017-05-05 10:45 AM

Can you FaceTime in 3 mins?

No FaceTime but I can talk

Ok.  Just finishing a meeting

2017-05-05 01:40 PM

Ed take a look at the following three companies which are all very strong African-American owned SBA 8a certified tech companies. I'm meeting with the CEOs together of these three companies on Monday, May 15 here in DC. I think there is a huge opportunity for your organization to help these companies with money management or something like that. I do know that all three companies are very financially strong.  Www.ssicom.com, www.taino.com, www.versatech.com

2017-05-10 04:07 PM

Calling you now

2017-05-10 05:17 PM

Pete just called me.   I'm meeting with his team tomorrow morning!

At MPD headquarters.

2017-05-10 10:38 PM

I cant wait to hear from this.. can we chat for a moment prior to you going in?

2017-05-10 10:41 PM

Sure I will call you in the AM around 10am.

2017-05-10 10:42 PM

I need to get in to see Sean spicer to give an update on Friday if I can.  Is it ok to cal him tomorrow?

2017-05-10 11:02 PM

of course.. lets make it happen..

2017-05-11 10:31 AM

A lady was the police chief who took a job at the NFL. The Clintons arranged it and she's making $2 million a year. It was all hush money

2017-05-11 12:40 PM

?

2017-05-11 02:44 PM

Della camera just called me.

2017-05-11 02:55 PM

Give me a call when you can.  Della camera just called.

2017-05-14 09:10 PM

Not to add any more pressure but the president just read the article. He wants the article out immediately. It's now all up to you. But don't feel the pressure

2017-05-15 01:11 PM

Just had a meeting I need to tell you about . Did u meet up with Dellacamera ?

2017-05-15 08:28 PM

Aaron rich just called and blast me out!

2017-05-15 08:31 PM

I told you he would

Not Joel but aaron.

2017-05-15 08:32 PM

He said several fox reporters have been calling him.  He hasn't talked with Joel

I know. I knew his father will tell him. That only gives us more comfort in knowing that our story is right

I guess the fox Washington people just called him.

2017-05-15 08:33 PM

No he said they caught him this morning

He's a dangerous guy and will probably speak out against the article

Called

That's really odd.

He will he's really already defending everything in the article because he said Fox emailed him a copy of the article already

2017-05-15 08:34 PM

He also said the fact that Donna Brazil card is not a big deal she's been a friend for a long time and they talk often

Called

Who would've done that?

Seems like a revealing way too much of our hand.

2017-05-15 08:35 PM

I sure hope this article gets published early tomorrow nobody should call Aaron . He really doesn't have any credibility because from the beginning he tried managing what we saw but we didn't see and what we wrote on

How did Fox Washington get a draft of the story

?

2017-05-15 08:36 PM

He also said he was very familiar with video from the body cameras and he already has talk to the police officers on the scene. When I asked him which police officers he said he could not tell me

And I don't think fox Washington has the story because I haven't talk to them unless someone else talk to them

I would shut down all communication with that guy

2017-05-15 08:37 PM

Aaron was upset that Joe shared with me that Donna had called him. Aaron said there was no need for me to know that

2017-05-15 08:48 PM

That's bullshit who the fuck does this guy think he is deciding what you should know when what you should do now? Sure looks like Aaron had a roll him his death or possibly in selling the wiki leaks

2017-05-15 10:48 PM

Can you text me Adams number.

2017-05-15 11:15 PM

I just blasted the local reporter!  She put that information without me giving her shit.  I'm pissed.  I talked to Malia too.

2017-05-15 11:27 PM

On the local Fox website it looks like our story.

2017-05-15 11:28 PM

Yes I see what happened.  Disappointed.

2017-05-15 11:34 PM



Hopefully we get our story out early tomorrow on FOXNews.com.

2017-05-15 11:35 PM

I'm done Ed. I feel aweful. It clearly was not my intent. She pulled my responses to other questions and spliced it to make it appear I was referring to emails.  Wow.  I feel like a hill.

2017-05-15 11:49 PM

Let's chat in the morning. We will get past this very quickly and focus back on what the story is. Let's not forget if it wasn't for your work we wouldn't have a story.

Keep your head up and keep going forward. The narrative in the interviews you might use is that your and Malia's work prove that the Russians didn't hack into the DNC and steal the emails

and impact our election.

Comey FBI report is just filled with suggestions , innuendos and hypotheticals. his report is what senators and congressmen used when they said that the Russians hacked the DNC emails that destroyed the election for Hillary.

2017-05-15 11:50 PM

I'm alerting Fox and friends about the article so get ready to get up early tomorrow.

2017-05-15 11:53 PM

I've already called her boss and left a message. I've known her boss for 20 years.  This was wrong.  It really makes me mad Malia because I did not say anything about the emails.  Listen closely to the story and it sounds like I don't know about the emails and I was saying we need more information and cooperation. Many people are tweeting that I never said anything about finding emails!

2017-05-15 11:54 PM

Can I do Hannity tomorrow night?  They just called.

2017-05-16 12:07 AM

Yes

2017-05-16 12:25 AM

I'm getting death threats

2017-05-16 12:27 AM

From who?

Multiple places online. Lots of support too.

Some are saying I'm next to die!

2017-05-16 12:28 AM

I just can't win.

A lot of tweets from Robyn about you too online.

2017-05-16 12:37 AM

She's a nut. I responded a little bit because she said I threatened her. Get some sleep

2017-05-16 06:13 AM

Are you going on Fox and friends?

2017-05-16 06:27 AM

Just woke up. Had my phone off. So can I go with the story now or hold off?

2017-05-16 06:28 AM

Fox and friends just had you on from your clip from Fox Washington. Did  Fox and friends call you this morning?

Yep

2017-05-16 06:29 AM

I'm not sure what's happening with our story. FOXNews has another story up there based on the Fox Washington report.

I would absolutely go on the show and will find out if our stories getting up or not. But you are certainly front and center on this

2017-05-16 06:30 AM

So to be clear I can talk about the details in Malia's report?

I was told the story was going up on Fox News.com early this morning. I would start heading down and hopefully will find out on your way down there. But somehow we need to retain ownership of the story versus Fox five

2017-05-16 06:42 AM

Can you email me the story Malia submitted so I'm consistent with her latest report.  I never got it.

2017-05-16 07:16 AM

If you can, try to highlight this puts the Russian hacking story to rest

2017-05-16 07:31 AM

Can you talk?

2017-05-16 07:32 AM

Yes

2017-05-16 08:38 AM

Just reflecting: we need to emphasize the FBI has a report that has been suppressed that shows that Seth rich did this. With Comey recently being fired this will gain a lot of attention and it's true. Separately the DC police department has the same information and was told to drop the case.

The above and stating that the Russian hacking narrative  of stealing the records from the DNC is officially dead.

2017-05-16 09:24 AM



2017-05-16 10:35 AM

Call me ASAP ASAP

2017-05-16 10:43 AM

If you send a copy of the contract between you and Joel out, please delete my name from it.

2017-05-16 01:53 PM

Ron, speak to no one before you talk to me. Please call

2017-05-16 02:40 PM

Call me call me call me

2017-05-17 02:41 PM

Can you FaceTime me

2017-05-17 10:16 PM

The reporter at fox 5 D.C. Just blasted me on the news.  I need an attorney immediately to sue the hell out of her.  She is trying g to ruin my reputation.

2017-05-17 10:24 PM

I have somebody who will do it immediately.

Larry Friedman and Shauna Izadi.

Call me in the morning and will get them on it immediately. And then will send out a press release that will help you quite a bit if you want

2017-05-17 10:36 PM

That would be great.  This reporter just made me look like shit.  I talked to her today with her news director and I have the tape as to what was said and I want the world to know!

2017-05-17 11:01 PM

It's on the fox 5 website.

2017-05-17 11:41 PM

I have a plan. I watched it. Let's facetime tomorrow morning early.

Ok

2017-05-17 11:43 PM

Get some sleep. We will get you interviewed by Kerri picket , daily caller . She is on our team. We will layout the truth about some things and go after others.

2017-05-17 11:44 PM

10-4

2017-05-18 09:02 AM





2017-05-18 09:03 AM



2017-05-18 12:47 PM



Anonymous (ID: ) 05/17/17(Wed)21:12:50 No.

4th year surgery resident here who rotated at WHC (Washington
to identify me but I feel that I shouldn't stay silent.

Seth Rich was shot twice, with 3 total gunshot wounds (entry and
emergently where we performed an exlap and found a small inju
packed and several small bowel injuries (pretty common for guns
which we resected ~12cm of bowel and left him in discontinuity (
intent of performing a washout in the morning. He did not have a
seen dozens of worse cases than this which survived and nothin
he'd sustained a fatal wound.

ICU and transfused 2 units of blood when his post-surgery crit ca
. About 8 hours after he arrived we were swarmed by LEOs and p
U (disallowing visiting hours -normally every odd hour, eg 1am, 3a
we were instructed not to round on the VIP that came in last nigh
dent had any idea who he was talking about).

pt for my attending when he died. No code was called. I rounded
. I've never seen anything like it before, and while I can't say 100
ake it how you may, /pol/, I'm just one low level doc. Something's

view.

2017-05-18 01:16 PM

Sides are cut off   Please resend.  It is really important

2017-05-18 05:09 PM

Please call me asap asap

2017-05-19 07:23 AM

Are you up? I think I have something that could help us right away

2017-05-19 07:24 AM

Ok. Yes

2017-05-19 08:12 AM

LFriedman@fflawoffice.com

2017-05-19 01:11 PM

From Ed Butowsky

I appreciate you reading this text message. We have many mutual friends including Adam Housley and many others from Fox News. Although I'm not a paid fox contributor, I do appear frequently on the News channel as well as the business channel. I watched your work for years and admire what you wearing on television.

Behind the scenes I do a lot of work, ( unpaid ) helping to uncover certain stories, my biggest work was revealing most of what we know today about Benghazi.

I'm looking for some assistance on something that happened in Washington I would appreciate if you would give me a call at 972.897.0197.

Of all the people you have met in your line of work you have put me right next to those you view as the most confidential.
I am extremely discreet.

Is there a time I can give you a call this morning?

2017-05-19 05:13 PM

Really quick. Please text me Seymour Hirsch number that i sent you

2017-05-19 05:19 PM

Ed I'd like to chat with you without Malia on the line.

2017-05-19 10:27 PM

Gentlemen
I have contacted some Marines who are now FBI SA's they said it was the Technical branch who work with D.C. Police so they are hunting them down for me.
We tracked down a bridge chain looking for a payment of some kind from Wikileaks but that one was a dry hole. So we are looking for others to track down.
Will touch base tomorrow.

2017-05-20 09:18 AM

For those of you who are interested and have been following this story , please enjoy. I believe this article is fair but still misses many key points.
The story Fox News Channel published is 100 percent correct.
Nothing is wrong with it at all.

The DNC public relations attempt to divert from the facts is masterful but it won't stand up for very long especially when more info comes out VERY soon.

CNN, NBC and Washington Post all purposefully misquoted Rod Wheeler when he said that Fox 5 "misquoted" him. Those outlets reported that Wheeler said Fox News misquoted him thus concluding  and barking out the Fox News published story was incorrect.

In this story , as in many others, DNC PUBLICIST Bauman tries to create some conspiracy saying that I knew Rod Wheeler for years and that we conspired to do something mean to the Rich family. Still don't have any idea what my  sinister master plan could have been. It is all made up out of nowhere . Bauman is a bad and dangerous man. I remember Mr. Joel Rich ( Seth's father) telling me that he was assigned to them and didn't know where he came from. Bauman is paid by the DNC.

Think for a moment, if Seth Rich murder was just a regular robbery gone bad then why does the family have a PR person assigned to them from the DNC to speak for the family.

Last point to make at this time. Rod Wheeler spoke to Joel Rich and Aaron ( Seth's brother ) each separately for 18 and 21 minutes the evening prior to article from Fox News being published . Both liked it and in fact Joel wanted to supplement the article with some additional info.

All that happened overnight was their DNC publicist "created angst and despair"  that didn't exist 9 hours prior.



2017-05-20 04:10 PM

This was just emailed to me.

https://twitter.com/KimDotcom/status/
865989988554428416

2017-05-20 04:11 PM

Can you FaceTime me for two minutes so I can share something with you?

give me 5 mins..

I'm walking to my car

2017-05-20 05:31 PM

Rod, please send me so I Herschel's phone number ASAP. Additionally Kerri Picket is our friend

Seymour hirsch

2017-05-20 06:03 PM

Can't find a text    About how long ago did you text it.

2017-05-20 06:04 PM

(202) 872-0703

2017-05-20 09:41 PM

I am in movie.

2017-05-20 09:42 PM

I am in D.C. Tomorrow at around 2

Anything new ?

2017-05-20 09:49 PM

What is going on?

2017-05-20 09:50 PM

People are calling me about "my response".  I never instructed Malia to go with that response. Remember I asked her to wait until I talked to Larry.

2017-05-21 11:42 AM

I land at 1 at Dca. Staying at Ritz on 22nd

2017-05-21 11:43 AM

CAll me. We can talk by phone but I cannot make it downtown today. Finishing up my investigation report for Larry.

2017-05-21 11:46 AM

Ok

2017-05-21 03:24 PM



Thanks

2017-05-21 03:25 PM

Your welcome.

2017-05-22 09:37 AM

Rod, please give me a status on your statement.

The silence is so bad

2017-05-23 06:53 AM

https://amp.reddit.com/r/The_Donald/

comments/6cj9l3/

sethrich_complete_timeline_all_the_facts_in_on

e/

Reddit - The_Donald - #SethRich COMPLETE

TIMELINE - All the facts in one place

2017-05-23 06:58 AM

"did you see the statement made by the DC

police commander, "it appears he was

targeted"   That is significant..

2017-05-23 08:35 AM

I'm going on David Webb show at 10:20 maybe

you should call Lynn and do it with me

2017-05-23 08:36 AM

Call in

2017-05-23 08:38 AM

That works for me.  Number?

2017-05-23 08:41 AM

I'm doing the Brian Pritchard show in 20 mins.

He's a very fair guy.

2017-05-23 08:45 AM

Ok. I will get it for u

2017-05-23 08:47 AM

Something that really catches people is they don't know that you spoke to Mr. Wheeler and Aaron nine hours before the article went out and they had already read the article and had no problem with you going on and talking about the subject matter obviously Seth had wish you didn't talk about the emails but hewas OK after you discussed it with him Mr. Rich had zero problems and actually added and wanted to add Info to the article

2017-05-23 10:03 AM

2126074063

2017-05-23 05:36 PM

I heard you are NOT being fired

2017-05-25 05:31 AM

You're about to look like a fucking hero around

the world. Call me

2017-05-25 01:28 PM

I think you should get this unbelievable

information from me.

2017-05-26 02:00 PM



Do you remember when Sean Spicertold me

they call me Reporter set the Russians were

involved? And I told him it's not true

2017-05-27 08:49 AM

Please give me a call about a Washington area reporter who called me

2017-05-27 08:51 AM

I'm free now if u can call.

2017-05-29 04:22 PM

Did document I sent you look legitimate

2017-05-29 07:43 PM

Please look at the document that I emailed you from D.C. Police .

Is it legitimate ?

2017-05-29 07:48 PM

It appears to be legitimate..

Do recognize any of the names on it ?

2017-05-29 07:49 PM

So nothing on it jumps out as " that looks weird"?

2017-05-29 07:50 PM

no it looks legitimate

2017-05-30 11:12 AM

I have whistleblower protection set up. You might call Joey Dellacamera  and tell him he needs to meet you someplace very public , very quickly

2017-05-31 07:19 AM

Also, can we get your notes out? I think they are so so important right now

2017-05-31 07:20 AM

Also, please make sure they are updated including Dellacamera asking you to come to D.C. Police at 10 am that Monday

2017-05-31 07:21 AM

It will show that you really didn't best to geisha and you really have breaking information no one else has. It will go in a huge way for everyone including and most importantly  you

2017-05-31 01:11 PM

Please listen to my message

2017-06-02 11:34 PM

http://www.washingtoncitypaper.com/news/city-desk/article/20863214/nownotorious-private-investigator-in-seth-rich-case-is-unlicensed-in-dc

Now-Notorious 'Private Investigator' in Seth Rich Case is Unlicensed in D.C.

2017-06-02 11:35 PM

 This is why we need to get your notes out ASAP. We need to show you did a great investigation work

2017-06-03 08:25 AM

U up?

2017-06-03 08:38 AM

Yes

Can I call you?

If not, that's ok

Just want to run something by you

2017-06-03 08:39 AM



2017-06-07 08:43 PM

I am flying up to confront Aaron Rich on Friday.

New Yorkers don't let people screw with them without a good fight.

2017-06-08 09:00 AM

Here's another thought since you're ignoring me maybe this will get you to respond. Let's use your updated notes to help people on background look into things. And agree that your notes Will not be distributed publicly.

2017-06-08 09:02 AM

I'm sure you can empathize with me and that I also as a result of all of this crap that happened when the story came out has had my life threatened my children's life threatened and my reputation destroyed.

2017-06-08 09:03 AM

I have tried to figure out the best way forward to help everybody and prove where everybody knows to be the truth. I think everyone is a victim here based on all the events but the best way forward is to work together and satisfy what's needed for everyone to redeem their reputations. Really not sure how I got put in the do not call list from you but please remove me from that list immediately

2017-06-08 09:10 AM

ED..I just want Malia and Fox to apologize to me. Malia knows full well she lied about those quotes from me and as a result, destroyed my reputation and credibility. To add insult to injury, she said to me and you on a call that "her bosses at Fox" told her to add the quotes. I don't believe that either.

2017-06-08 03:29 PM

Just saw where you called.  I can't do FaceTime but I can do a regular call

call me so we can move forward. i spoke to her

2017-06-08 10:04 PM

I have not stopped thinking about this.
I cannot find the  story version that was printed on Fox News .com
Please email it to me if you have it. I am looking back st old emails to do a comparison for someone in nyc fox

2017-06-08 10:06 PM

I don't see the " bad quotes" in any version prior to article being printed

2017-06-08 10:12 PM

I didn't see them either because I never made the quotes. I first saw these quotes once the story was published and the damage had begun. Did you talk to Malia today?

2017-06-08 10:14 PM

I agree. I just cannot find the quotes in any version of the story. Since story got pulled I cannot find the version with the quotes in it. I had it but j cannot find it .

2017-06-08 10:16 PM

I haven't spoken to her. I spoke to moody and adam Housley.
I am trying to recreate what happened.
I am not interested in speaking to her right now... at least until I have this straight

2017-06-08 10:17 PM

I think you sent me version with the quotes in the article but I cannot find it in my emails

2017-06-08 10:21 PM

actually you read it to me yesterday.  i did could not find a copy of it on my computer

Ok.  I will look again

2017-06-08 10:45 PM

http://www.fox5dc.com/news/local-news/254852337-story

2017-06-08 10:46 PM

do you have the original story.. look at this was
updated on may 17

2017-06-09 12:23 PM

I think I solved something. Please call me right
away

2017-06-10 07:57 AM

Who are the 2 guest on this show?

http://www.fox5dc.com/news/255072791-video

2017-06-10 09:06 AM

http://constitution.com/potus-urged-50k-
americans-investigate-seth-rich-murder/

2017-06-10 05:39 PM

Did you find the quote that you said that you
saw all the emails? Can you please send it to
me.

I'm flying up to Washington on Monday and
meeting with people who will push the story
forward.
I'm going to meet with Brad Bauman on
Tuesday as well at his office

The way I see it the number one thing that needs to happen is getting more information out and restoring reputation. You did fantastic at work but no one will know it. As of now , the one thing that I can see that you are disputing is the quote about " you believe there was an exchange of emails between wiki leaks and Seth."

Regardless of whatever you want to do related to that it shouldn't preclude in anyway pushing forward. I'm not sure why you won't share the updated case notes but I really want you to reconsider and share them with me. Those notes will not be given to anyone but will be used to help direct people to write on the story and make you look good.

Rod, this isn't like I'm asking you to cut off your left arm and hand it to me. I'm just asking for updated detailed notes so we can go and restore ourselves and especially you. Do your best to separate your anger towards Malia and Fox from some updated notes to restore your reputation.  Remember if you bring a lawsuit there will be discovery and they have text messages from you where you're admitting on May 15 what happened. I really believe that  the bad quote came from channel 5.

You can do all the thank you ed's later.. Ha ha

2017-06-11 02:47 PM

good thing I caught this in time .

my phone must've been set up to block calls and messages from you. But I fixed it.

2017-06-13 10:01 AM

I am meeting at 2:45 today with Fox five Marina and her boss. What do you want me to secure from them?

2017-06-13 10:06 AM

I want the full copy of the UNEDITED tape from the interview that day including B Roll footage.

2017-06-13 10:07 AM

Ok

2017-06-13 10:08 AM

I just left a meeting with judicial watch. I'm also meeting with Sara Carter from Circa. The more I can give them the more they can restore credibility to the story and to you

Fox five boss. Good guy? That guy? You can tell me verbally if you want just don't know what I'm walking into

2017-06-13 10:10 AM

I've never had an issue with anyone at Fox 5. I've been doing segments for them for years. Marina is the only one that ever lied directly to my face. A "Teaser".   Yeah right.  Exclusive story.

I was warned by other cops to be careful with her.

2017-06-13 10:11 AM

I will also try to get a hold of the original May 15 story. I bet that's where the quote was put giving you Credit for what the federal investigator said. By the way I just learned the division is called CART at the FBI. It stands for computer analysis response team

2017-06-13 10:12 AM

The person I just met with said the same about Marina

2017-06-13 10:13 AM

More than 5 cops warned me.   They said she would throw me under the bus to bolster her story.  You live: You learn.



2017-06-13 10:25 AM



These are the texts where she said it would just be a teaser. Show them this!

2017-06-13 10:26 AM

I will and anything else you want me to

2017-06-13 10:28 AM

Fox News bosses are aware of these texts. They don't think Morocco need to make decisions for them as to what's conspiracy theories or not.  She says this in her texts as to making the decision to go full blown with the story.  Again she doesn't need to make that decision for Fox.

2017-06-13 10:32 AM

I'm a little confused. Only one text came through the Drudge Report and I'm not sure what you mean by her decisions.

2017-06-13 10:34 AM

Look at the text that says the story has has already blown up. She attempts to justify why she decided to go full blown with the story versus what she said, a teaser.



2017-06-13 10:44 AM

Notice she says in her text "just for local 10:00pm'. But at 9:48pm she blasts the story out to the world via a tweet!!   (Just for local huh?)

2017-06-13 11:25 AM

She's a real problem. The combination of weird

stuff continues to blow me away on this

2017-06-13 04:20 PM



2017-06-13 04:22 PM

Just got done at fox 5.

In this story you said the above about learning

about the emails between Wikileaks and Seth

Rich.

2017-06-13 04:23 PM

how did it go

2017-06-13 04:30 PM

Real well.

2017-06-13 06:01 PM



See note on Thursday at 4:50 pm? That was as soon as we hung up

2017-06-13 06:39 PM

Who is this from

2017-06-14 06:40 PM

It's from me to adam I was just showing you that when I hung up the phone I asked Adam to meet privately with me over the phone. I'm simply showing you that I don't walk around with a Malia doll

2017-06-14 01:12 PM

Why is someone claiming that Malia and I conspired against you? What the hell is going on

2017-06-14 01:13 PM

I am blown away that somebody is claiming to people at Fox that Malia had anything to do with you being hired by the rich family. Why are you telling people that. You're not being straight with me nor honest.

2017-06-14 06:39 PM

Why did your " lawyer" say that you had dinner with me and the Rich's family in Washington DC along with Malia ?

2017-06-14 06:44 PM

Ed, where are you getting your information from? Im not aware of any of this.

2017-06-14 06:47 PM

You should really find out what's going on Rod. Because you are being trashed by somebody real badly

2017-06-14 09:55 PM

Somebody is speaking on your behalf but has really really screwed your allegations up and It far surpasses bizarre.
I think you need to identify what is going on.

2017-06-15 04:03 PM

nice article in big league politics . i guess you have been holding out ...not sure what your game is nor what the rules are but i hope you are doing well at it. i guess that " i am always honest with you , Ed " comment had a time limit.. ha ha

2017-06-15 07:21 PM

You are a piece of work. Trying to trash me?
Making up stories about me? Making up
meeting that didn't take place ? Making up
statements that didn't happen.
Making up dinners that never occurred? Making
up so much you cannot keep track of your
stories.
( btw, the meeting with Ken Paxton was for
malia not you . We just let you hang with us)

All this because you leaked a story to a girl you
wanted to have sex with.
Now , as you told me  last week, that you are
trying to squeeze money out of Fox and Malia.
You can judge the true character of a person by
how they handle themselves when they screw
up and get caught in lies.

You have shown your true character.

# EXHIBIT C

<iMessage>

2017-03-26 11:37 AM

Starting tomorrow for a couple of days I will not have my phone with me. That doesn't mean I'm not able to talk nor does it  mean I won't be of good mind and body. I will just be in the hospital for a day or so.

My wife's phone number is ███████ her is name is Dani.

My daughter's number is ███████

If there is anything going on you want to tell me or need help with please don't hesitate to reach out. I have brought my wife and daughter in on this thread as well

2017-03-26 11:40 AM

Thanks.  Hope all is well. Talk soon.

2017-03-26 11:42 AM

Everything is very good. Just wanted you to have the numbers OK something is going on that we need to chat about.

# EXHIBIT D

<SMS>

2017-03-14 12:38 PM



2017-03-14 12:39 PM

Thanks Malia.  Just received the document from Joel.

2017-03-14 12:40 PM

Great! Was it what you expected?

2017-03-14 12:41 PM

No.  I actually thought it was going to be a lot of legal mumbo jumbo but it wasn't too bad.  I'm going to get this right back to them and try to meet with the detective today or tomorrow.

2017-03-14 12:43 PM

Great!

2017-03-14 02:35 PM

Thoughts on the agreement?

2017-03-14 02:36 PM

I didn't see it

2017-05-15 03:59 PM

Can you read the story now?

Yes

Get back to me as soon as you can so I can turn it in

Thanks!

Reading it now

2017-05-15 04:25 PM

Malia you can add that I do strongly believe that the answers to who murdered Seth sits on his computer on a shelf at the D.C. Police or FBI headquarters!

2017-05-15 04:27 PM

Ok I'll add it

2017-05-16 03:45 PM

Can we have a call now?

Calling you in 5

2017-05-16 03:47 PM

Rod did you just go on CNN? My top boss in the Company said you were just on and said there are mistakes in my story.

2017-05-16 04:12 PM

Let us know if there are mistakes thanks

2017-05-16 04:15 PM

No

I can't do other networks

Ok thanks. I wonder why he thought that. That was from Jay wallace

2017-05-16 04:19 PM

Rod I need to talk to you immediately

2017-05-19 03:21 PM

Rod can you check your email real quick

# EXHIBIT E

<iMessage>

2017-03-07 07:58 AM

 IMG_0749.MOV.mov

# EXHIBIT F

<iMessage>

2017-05-16 05:13 PM



Rod you could mention that Wikileaks retweeted
the story

2017-05-16 05:14 PM

Or we should use this opportunity to restate
what in the story which is what is relevant. We
need to say that the DC police is suppressing
the investigation and the same thing with the
cyber unit at the FBI. That's the story not ed
Butowsky and Rod's relationship

2017-05-16 05:15 PM

Who is the other number on this text besides

Rod and Malia

Adam

Got it thanks

2017-05-16 05:16 PM

Yes

# EXHIBIT G

&lt;SMS&gt;

2017-03-09 06:45 PM

Please all check email. I am on right now . Not sure if you are free but sent anyway

# EXHIBIT H

&lt;SMS&gt;

2017-05-15 09:09 AM

Joe can we meet at  la colombe coffee shop in blagden alley, behind 9th and N. at 6pm?

# EXHIBIT I

<iMessage>

2017-05-21 12:20 AM



2017-05-21 11:08 AM

Send me draft of statement so I can work with Rod

2017-05-22 10:13 AM

I don't know how strongly I can see this. You must get a statement out FOXNews is about to go nuclear on Rod for not clarifying this. It also is killing just throwing our credibility and reputation. This should've been out a long time ago according to Fox. We have no time

EXHIBIT J

<iMessage>

2017-03-04 12:43 PM

Rod

It was very helpful visiting with you yesterday.

This may help get some answers.

Our son Aaron may reach out to you in the next

day or so. I gave him your phone number.

Thanks again for your concern!

2017-03-04 01:25 PM

Joel it was my pleasure to spend time with you
as well especially under these circumstances.
I'm glad I can help.  Stay strong my friend.

2017-03-14 07:54 AM

Good morning Joel. Just want to follow up with
regards to the agreement.  Ready to get started
today if possible by meeting with the MPD
detective.   Thanks!

2017-03-14 11:44 AM

We should be sending it to you and Ed within
the hour

2017-03-14 11:57 AM

Thank you sir.

2017-03-14 11:59 AM

Can you please send me your email address?

2017-03-14 12:01 PM

Rod@rodwheeler.com

I.e.

2017-03-14 12:03 PM

Thanks

2017-03-14 12:25 PM

I just sent the agreement to you and Ed. Please send us a copy after you have a chance to sign it. Thanks for your help!

2017-03-15 11:40 AM

Are we going to talk at 1:15 this afternoon, Omaha time?

2017-03-15 11:43 AM

Yes I will send you a link momentarily for the call.

2017-03-15 12:26 PM

Hi there,

Rod Wheeler is inviting you to a scheduled Zoom meeting.

Topic: Meeting with Rod Wheeler, Aaron and Joel Rich
Time: Mar 15, 2017 2:00 PM Eastern Time (US and Canada)

Join from PC, Mac, Linux, iOS or Android: https://zoom.us/j/5785754621

Or iPhone one-tap (US Toll):  +16465588656,5785754621# or +14086380968,5785754621#

Or Telephone:
    Dial: +1 646 558 8656 (US Toll) or +1 408 638 0968 (US Toll)
    Meeting ID: 578 575 4621
    International numbers available: https://zoom.us/zoomconference?m=Oic_AbAYaEHU19NSv0cV_poyzt7YK-cD

2017-04-13 10:30 PM

Hi Joel.  I received your message.  Been tied up in an investigation here in Portland Oregon all week.  I will give you a call to catch up tomorrow afternoon if ok.   Thanks my friend.

2017-04-13 10:31 PM

That will be fine.

2017-04-13 10:32 PM

Thank you.

# EXHIBIT K

<SMS>

2017-02-02 02:49 PM

Hi rod what's your suite number

210

2017-02-02 02:50 PM

We're in

2017-02-02 02:51 PM

Ok thanks

I'm on the way be there soon

# EXHIBIT L

<iMessage>

2017-05-18 01:10 PM

Hi Mr. Wheeler. My name is Julieta, and I'm a reporter with The Dallas Morning News. I'm writing about your statements this week regarding Seth Rich, and Ed Butowsky asked me to call you. Can we talk today? My office number is 214-977-8709. Thanks.

2017-05-18 03:55 PM

Hi Julieta.  I will call you around 4:45 today. Is that ok?

2017-05-18 04:00 PM

I have a meeting at that time. What about 5:30 EST?

2017-05-18 05:42 PM

I'm available now

2017-05-19 09:02 AM

Hi Julieta. My apologies for yesterday. I was on an airplane returning to DC. Any chance we can talk today?

2017-05-19 09:04 AM

Yes. When can we talk?

2017-05-19 09:07 AM

Now? 3013902881 home phone

2017-05-19 10:22 AM

Can you clarify this comment in a Malia Zimmerman story?

The revelation is consistent with the findings of Wheeler, whose private investigation firm was hired by a third party on behalf of Rich's family to probe the case.

"My investigation up to this point shows there was some degree of email exchange between Seth Rich and WikiLeaks," Wheeler said. "I do believe that the answers to who murdered Seth Rich sits on his computer on a shelf at the DC police or FBI headquarters."

# EXHIBIT M

<SMS>

2017-04-01 09:29 AM

Mr. Hersh, please connect with my friend Rod
who is on this thread. He has some information
for you but I think you'll find breathtaking and
troubling  at the same time

EXHIBIT N

<iMessage>

2014-08-27 02:27 PM

Hi rod! Hope you are well. Michelle here from the TV One Fatal Attraction show - just checking your availability for next week. I think we are going to shoot at the national harbor. Do you have any time on Wednesday, Sept 3 in the early afternoon? I'm working to lock in some of the schedules

2014-08-27 03:00 PM

Hi Michelle. I sent you an email on Monday in regards to Wesnesday.  Not sure if you seen it.  I will be in Atlanta Ga on weds and Thurs of next week working on a case.  I will be back in DC late Thursday evening.  I'm wide open on Friday. Will that work?

2014-08-27 03:41 PM

Hi there! I will check that email.. I have a feeling your messages have been going to spam! It is my Jupiter email for these shoots. So sorry, will check that now.

2014-08-27 03:42 PM

Friday afternoon may work - let me check - we are interviewing both prosecutors from 10-2

2014-08-27 03:50 PM

Sounds good.  Let me know.

2014-09-01 10:42 AM

Hi there! Sending a police report your way now. Also thinking Friday around 330 pm may work for you - will know for sure tomorrow

Sounds good!

2014-09-04 01:47 PM

Hi Michelle.  Were you able to confirm a time and location for tomorrow?

2014-09-04 01:57 PM

Hi there! Call you in a few to brainstorm ! Sorry for the delay :)

2014-09-04 04:58 PM

Can we come to you around 245 pm

2014-09-04 05:01 PM

Yes that's good

2014-09-04 05:16 PM

Awesome. If you could send me your address again that would be great we are coming from the states attorney's office in upper Marlboro Maryland

2014-09-04 07:05 PM

14006 Silver Teal Way. Upper Marlboro

2014-09-05 02:11 PM

Hi there. Please call or text me when you are on your way!  Thanks.

2014-09-05 02:14 PM

Will do! Cleaning up here now. We may be a tad bit late

2014-09-05 02:15 PM

No worries. Take your time.

2014-09-05 03:09 PM

Heading your way

Sound good

2015-01-15 06:17 PM

Hey Rod! It's Michelle I may have another show for you, possibly, just want to check first - it would be with 48 hours can you call me?

2015-01-16 01:39 PM

Hi Michelle. This is Rod. I spoke with Marci at CBS as well as Fox News this morning.  Are you free for a quick call around 3:00 today? I want to get your opinion about something before I call Marci back. Let me know.  Thanks.

2015-01-16 01:40 PM

Yes! Call me at 3! Sorry I was crashing on a hit when you called :)

Will do! 

2015-02-02 12:16 PM

Fox has agreed to allow me to do 48 hours!

(Your advice worked) I left a message for Marci!

Thanks.

2015-02-02 12:26 PM

Wahoooooooo

I'm so glad!! You are a natural!!!!

2016-11-10 08:59 AM



Rod - we are going to interview mom and wrap with her around 1:15 p.m. - could you come here to this conference room?

6363 oxon hill road oxon hill

2016-11-10 09:00 AM

Yes! I will arrive around 1pm if that works for you!

2016-11-10 09:07 AM

Ok great! I think that could work! We may run a little over but at least you will be there

2016-11-10 10:42 AM

What is your email? I can forward you police report

2016-11-10 10:50 AM

Rod@rod007.com

2016-11-10 05:14 PM

Michelle, thanks so much for the invite today. It was great seeing you! Be safe but have fun in the Cayman Islands!!  (Rod)

2016-11-15 09:27 PM

Rod so sorry for the delay it's been a little crazy!! Karen turned in your w-9 when you have a moment can you submit an invoice to us so we can get it processed asap?

Crime Watch Daily

Warner bros. Telepictues

1840 victory blvd

Glendale, CA


Invoice PO number:


Date:


Your name

Address

Phone



Email to:

2016-11-15 09:28 PM

Michelle.sigona@crimewatchdaily.com

2016-11-30 12:59 PM

Hi rod! The story airs on Friday!

2016-11-30 01:00 PM

We are Getting your payment processed with the holiday a little behind

2016-11-30 01:03 PM

Ok thanks!  Will be watching out for the show.  Is there a trailer for that segment?  I'd like to advertise it!

2016-11-30 01:05 PM

Let me check!

2016-12-15 07:35 PM

Hi Michelle!  I hope you are well.  FYI I never received that payment so whenever you get some time, please check on it for me. Thank you. Also FYI, I have a new office over at the national harbor so if you ever need a location to film, I have plenty of space over there and you are more than welcome. Thanks my friend.

2016-12-16 09:03 AM

Rod! I'm on this today - let me find status ASAP!

2016-12-16 09:06 AM

That's awesome about your new office I cannot wait to see it! You did an awesome job on the piece will send you YouTube links today

Our office is on west coast time - will send my message to them at 9 am their time

2016-12-20 02:49 PM

Hi rod! Check was mailed last Thursday

Did you get it?

2016-12-20 02:50 PM

Yes it came yesterday! Thank you so much Michele and please don't hesitate to call me if you need me again. Have a wonderful and safe Christmas holiday.

Yay!!! Ok merry Christmas :)

2017-01-27 05:38 PM

Hi rod I may have a case for you next week

2017-01-27 06:57 PM

Hi Michelle.  Send me the info and let's connect via phone over the weekend. I'm available all next week.

Ok great

2017-01-31 11:28 AM

Hi rod will have those documents shortly

2017-01-31 11:30 AM

Ok great.  I read up on the case in the Washingtonian.  Very crazy case!

It's so crazy

There's a fantastic Washingtonian article

2017-02-01 01:56 PM

Hi call you in 10

2017-02-01 02:37 PM

Yes! A conference room would be great could we set up with you at 3 pm?

2017-02-01 04:27 PM

Everything is set!  There will be a few onlookers present if that's okay.  A few people are excited about meeting you! ( a star!). Also a couple of police detectives would like to watch the filming if ok.

2017-02-01 04:34 PM

Of course anyone is totally ok

Thank u again for setting this up

2017-02-01 04:35 PM

Anytime!  You know you're my favorite !

You are too kind!

Did you get the documents

2017-02-01 04:36 PM

Yea!  Reading them now!

Thanks.

Ok great!!! Thanks again!!

You rock!!

2017-02-01 04:53 PM

What's your address there?

2017-02-01 04:56 PM

6710 Oxon Hill RD. ( the building across from Tangier Outlets).

2017-02-08 07:59 AM





2017-02-27 11:28 AM

Our story Airs tomorrow !

Excellent!  Thanks!

2017-03-01 05:14 PM

Hi Michelle. Great story that aired yesterday. Good work as always. Hey I want to ask you about another case that you did a story on regarding a guy by the name of Seth Rich. Seth was murdered in DC he was shot in the back several times last year. The case remains unsolved but I've been doing some work on that case and I can tell you more when I talk talk with you. Are you around tomorrow for a quick call?

2017-03-02 08:52 AM

For sure. I actually flew to Nebraska and Interviewed seths family and DC police

2017-04-25 04:23 PM

Hi Michelle!  I hope you are well.  Hey I wanted to check in with you as I never received the honorarium from our last segment!  If you can check into this that would be awesome!  Thanks so much.  Rod-

2017-04-25 05:14 PM

Oh wow! Will do ASAP!!

2017-04-25 05:20 PM

Thank you so much!  Don't forget to call me if you need me for another case!   Lol.

For sure!!

2017-04-25 08:07 PM

Rod when did you send it? The date? I'm digging back thru my emails to see when I sent it to production sorry for delay

2017-04-25 08:08 PM

I found it

2017-04-25 08:09 PM

Ok great!  Let me know if you need anything else from me.  Thanks so much!

2017-04-27 05:21 PM

It's being rushed thru so very sorry for the delay/ it's so hard sometimes having an office 3000 miles away

2017-04-27 05:24 PM

No worries! Thanks for the follow up!

# EXHIBIT O

&lt;iMessage&gt;

2017-03-01 05:52 PM

ETA 6:45

2017-03-01 06:00 PM

ETA 6:50!

2017-03-01 06:06 PM

Got it.

2017-03-01 06:44 PM

Not sure if we're at the right place

The old town inn at the extended stay

2017-03-02 02:20 PM

Hi Marina.  Did the guy from Homicide ever get back to you?  I think his name was Dellacamera?

2017-03-05 06:27 PM

Hey there ! Let's talk tomorrow. VCB detective says he's unaware of this new info

2017-03-05 06:29 PM

Ok super.  Thanks.

2017-03-09 12:18 PM

I may not be there by 1.   I will text you later to see if you are still there before I come out that way.  Thanks.

2017-03-09 12:20 PM

Ok

2017-03-21 05:49 PM

Aaron is doing an interview with us tonight

2017-05-10 08:21 PM

Hey Rod, it's Marina are you in DC right now by chance?

2017-05-10 08:22 PM

On an airplane enroute back to Reagan.  I land @9:45

2017-05-10 08:23 PM

No worries! Have a safe Flight. Talk soon

2017-05-10 08:24 PM

Ok.  Got some new info on the Rich case as well. Will be breaking on FNC on Tuesday. Meeting with Neushem on Friday.

Nice! Good work. Call you tomorrow

2017-05-15 04:22 PM

The story will break tomorrow morning!  Got confirmation that Rich did in fact send info to Wikileaks!

2017-05-15 04:23 PM

Can you talk to us tn??

Let me check with the FNC producer.

2017-05-15 04:24 PM

Just for local. 10pm we can tease to whatever show you'll be doing tomorrow. Publicity

2017-05-15 06:17 PM

Hey, we are parked outside the Hyatt in our live truck

2017-05-15 10:50 PM

FNC is pissed we went with the story before them.  Oops!

2017-05-15 10:51 PM

The story has already BLOWN up. This will only give credence to the story. If FNC broke it -- it would seem like conspiracy theories. Tomorrow will be huge for you guys. Can't wait

2017-05-15 11:07 PM

I'm getting slammed.  Fox may not go with the story tomorrow because they said it was suppose to be exclusive but it's out now. Sounds like I screwed up.

2017-05-15 11:10 PM

What?

2017-05-15 11:12 PM

They are saying they did not want it reported yet about the actual emails. They thought I was just going to talk about the culture of corruption but not about the emails. They are not happy at all. I just got a call from the director of the D.C. Bureau for Fox.

2017-05-15 11:26 PM

This was just a teaser. We barely scratched the surface.

2017-05-15 11:37 PM

This is the lead story on Drudge.



2017-05-16 11:56 AM

Can you talk today? Are you going to WMAL studios?

2017-05-16 10:24 PM

Saw your segment just now.  It was good.  Im in Chicago - preplanned visit.  I dont mind chatting with you whenever you want.

2017-05-17 02:53 PM

Are you available?

# EXHIBIT P

&lt;iMessage&gt;

2017-05-27 09:24 AM

Katrina, please meet my friend Rod. I think you're both probably know each other but just in case I wanted to introduce you.

Katrina I think it's crucial to get Rod in front of Steve Bannon mediately. Please connect

2017-05-27 10:11 AM

Hi guys. I call you in 10 Ed

2017-05-27 10:24 AM

(202) 368-3007

# EXHIBIT Q

&lt;iMessage&gt;

2017-04-29 03:23 PM

Lucas, Rod is very well known as we discussed earlier and is a fox news contributor. He and Curtis have talked into going to meet at some point before going into the dining area. Ride I also introduced curtis via text to Lucas. I think Lucas knows the lay of the land and can get you possibly into some places you wouldn't go to . Basically I think you guys should connect at some point early on as well.

2017-04-29 03:24 PM

Rod I also introduced

Sounds great, Ed. Thank you. Rod, I have been a fan for years. Looking forward to hanging out.

2017-04-29 04:11 PM

Thanks Lucas!  A pleasure to meet you.  I am meeting Ellen Ratner @6:15 at the lobby Resturant at the hotel if you have arrived by then!

2017-04-29 05:27 PM

LT is code 3 e/r !

2017-04-29 05:43 PM

Heading to WSJ pre party downstairs to link up with Griffin

2017-04-29 05:44 PM

10-4

She has my tickets

Ok.

2017-04-29 06:35 PM

Can we get into the wsj party?  We're at the door

2017-04-29 06:37 PM

Yes!

2017-04-29 06:40 PM

I am standing by the bar.

2017-04-29 06:41 PM

Ok

2017-04-29 07:19 PM

Rod. We are all out in hallway

2017-04-29 07:24 PM

Ok super.  We are in the ballroom at the table.

# EXHIBIT R

<iMessage>

2017-05-27 09:22 AM

Matt please meet my friend Rod. MATT I saw the new position for Steve and Rod need to sit with him ASAP. Please talk to each other as soon as possible.

Rod, MATT is one of the good guysand can be completely trusted. He also is not writing anything and long until much later on the story.

2017-05-27 08:21 PM

???

# EXHIBIT S

<iMessage>

2017-05-23 09:49 AM

Please connect. Ron I go on the show at 10:20 Eastern time. We should probably start with how you and I met up with me reaching out to you

Ok

# EXHIBIT T

<iMessage>

2017-04-27 12:12 PM

Gentlemen please meet. Rod this is my friend who is looking into something we've been working on. I suggest you pick a location and a date and meet in person soon as possible. Rod, feel free to share everything and anything with him.

2017-04-27 06:08 PM

Thanks ed. Rod let me know

2017-04-28 07:55 AM

I am around this afternoon if that works for you. I can link up anywhere in the D.C. Area or by the National harbor.

2017-04-28 09:07 AM

Ok, ill let you know. This afternoon may be tough

2017-05-01 09:02 AM

Gentlemen, please try to meet early this week

even if it's just for 20 minutes.

Rod you have a lot of info to get to Dee O.

Dee O, this information is really eye-opening

2017-05-01 09:03 AM

Whats your shedule rod?

2017-05-01 09:07 AM

Ed I am in New York today and tomorrow teaching an active shooter Prepardness course at a chemical company.  I am free to chat via phone after 5pm today and tomorrow.

2017-05-01 09:15 AM

Let me know your schedule when you are back in dc area and we will link up

10-4

2017-05-03 08:32 AM

Please connect today

2017-05-03 09:10 AM

Will do

2017-05-04 07:06 AM

D-O are you available to connect at 1:00pm today?   Somewhere in the D.C. area?

2017-05-04 07:09 AM

Im in hearings all day today. How about tomorrow at 930am near the capitol?

2017-05-04 07:11 AM

That works for me!  Corner bakery downstairs at the Fox Building. 400 N. Capitol.   Good?

2017-05-04 07:17 AM

Any chance we can meet on the steps of the library of congress and duck inside there to chat. I have an 11 back inside the dome i need to make

2017-05-04 07:20 AM

Sure. No worries.  See you then @9:30am tomorrow.  Have a great day!

Awesome. Thanks

# EXHIBIT A-2

# EXHIBIT A-3

# EXHIBIT A-4

# EXHIBIT A-5

# EXHIBIT A-6

# EXHIBIT A-7

# EXHIBIT A-8

# EXHIBIT A-9

# EXHIBIT A-10

# EXHIBIT A-11

EXHIBIT A-12

EXHIBIT A-13

# EXHIBIT A-14

# EXHIBIT A-15

# EXHIBIT A-16

EXHIBIT A-17

# EXHIBIT A-18

# EXHIBIT A-19

# EXHIBIT A-20

# EXHIBIT A-21

# EXHIBIT A-22