# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NATIONAL | § | 4:18-CV-00442-ALM |
| PUBLIC RADIO, INC.; EDITH | § | |
| CHAPIN; LESLIE COOK; AND | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF SALLY DAVIS

1. My name is Sally Davis. I am over the age of twenty-one (21) years and am fully competent to make this affidavit. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. In the 1990's Ed Butowsky became my financial advisor. Over time, I worked primarily with Ed's partner, Kim Sams. Over the years, Mr. Butowsky and Ms. Sams moved companies several times, and each time, I moved my account with them. I developed a relationship and friendship with Ms. Sams during that time and came to trust her.

3. When Ms. Sams and Mr. Butowsky created Chapwood Capital Investment Management, LLC ("Chapwood"), I moved my account to Chapwood and continued to work primarily with Ms. Sams.

4. Throughout the 2016 presidential election, I followed the entire flow of misinformation, and I felt a particular connection to the Seth Rich controversy because my nephew was a congressional staffer. When I learned of Mr. Butowsky's involvement in the controversy, I was upset and sent an email on August 3, 2017 to Mr. Butowsky and Ms. Sams

indicating that I had asked Schwab to remove Chapwood as the advisor on my Schwab account. In that same email I indicated that I would follow up with a phone call the next day.[1]

5.  I did, in fact, call the next day and spoke at length with Ms. Sams. Ms. Sams was not contesting my decision but rather was saying that she felt bad. Over the course of the next several days, she and I had a few more conversations, and Ms. Sams offered to take over my account. I decided to take her up on her offer and ultimately decided to keep my account at Chapwood. A few days after sending the email, I simply changed my official financial advisor to Ms. Sams – who had already been acting as my primary contact for several years.

6.  To this day, my account continues to be managed by Chapwood, and, despite my initial email, the account never left Chapwood.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2019.

_____
SALLY DAVIS

---

[1] A have reviewed Plaintiff's Second Amended Complaint and a true and correct copy of my email is included in footnote 4.

DECLARATION OF SALLY DAVIS                                                                                  Page 2