IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:18-cv-442 |
| | § | |
| v. | § | Judge Mazzant/Magistrate Judge Craven |
| | § | |
| DAVID FOLKENFLIK, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO FILE RULE 11 MOTION UNDER SEAL

On this day, the Court considered the Defendants' Motion to File Rule 11 Motion Under Seal (Dkt. #95) filed by Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi in the above-captioned cause. After due consideration, the Court finds that good cause exists to grant Defendants' Motion. Accordingly, it is hereby:

**ORDERED** that the Motion is **GRANTED**.

**SIGNED** this 21st day of February, 2020.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE