IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>    Plaintiff,<br><br>v.<br><br>**David Folkenflik, et al.,**<br><br>    Defendants | Case No. 4:18-cv-442-ALM |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to grant a seven-day extension of time to respond to the MOTION FOR SANCTIONS PURSUANT TO RULE 11 FOR VIOLATIONS BY PLAINTIFF AND HIS COUNSEL ("MOTION FOR SANCTIONS")(Doc. No. 100):

The Plaintiff's response to the Motion for Sanctions is due on March 3, 2020, and the undersigned must participate in several depositions during that same week, therefore the Plaintiff moves the Court to extend the response deadline until March 10, 2020. The Plaintiff further moves the Court to extend the deadline for the Defendants' reply from March 17, 2020 until March 26, 2020. The Plaintiff has conferred with counsel for the Defendants, and they do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for the Defendants via email and they do not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on February 28, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger
Ty Clevenger