# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**  Plaintiff,  v.  **David Folkenflik, et al.,**  Defendants | Case No. 4:18-cv-442-ALM-CMC |

## ORDER

Plaintiff's Unopposed Motion for Extension of Time is before the Court (Dkt. #102). The Court is of the opinion the unopposed motion should be **GRANTED**. Accordingly, it is

**ORDERED** that Plaintiff's deadline for responding to the Motion for Sanctions Pursuant to Rule 11 for Violations by Plaintiff and His Counsel (Dkt. #96) is extended from March 3, 2020 until March 10, 2020. Defendants' reply deadline is extended until March 26, 2020.

**SIGNED this 2nd day of March, 2020.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE