IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>       Plaintiff,<br><br>v.<br><br>**David Folkenflik, et al.,**<br><br>       Defendants | Case No. 4:18-cv-442-ALM |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to extend the deadline for his reply in support of his motion to amend his complaint (Doc. No. 98) from March 10, 2020 until March 13, 2020. Plaintiff's Counsel worked through the previous weekend preparing for four depositions this week, plus a response to the Defendants' motion for sanctions that is due today. The Plaintiff requests three additional days to complete his reply, and the Defendants do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

- 2 -

## CERTIFICATE OF CONFERENCE

      I certify that I conferred with Counsel for the Defendants via email and they do not intend to oppose this motion.

                                          **/s/ Ty Clevenger**
                                          Ty Clevenger

## CERTIFICATE OF SERVICE

      I certify that a copy of this document was filed electronically with the Court's ECF system on March 10, 2020, which should result in automatic notification to all counsel of record.

                                          **/s/ Ty Clevenger**
                                          Ty Clevenger