# Exhibit 5

### Re: Julian Assange deposition

| | |
|---|---|
| From: | Ty Clevenger (tyclevenger@yahoo.com) |
| To: | Laura.Prather@haynesboone.com |
| Cc: | bodneyd@ballardspahr.com; wesley.lewis@haynesboone.com; stevenbiss@earthlink.net |
| Date: | Tuesday, February 11, 2020, 06:33 PM CST |

So electronic copies are a no?

[Sent from Yahoo Mail on Android](#)

> On Tue, Feb 11, 2020 at 4:26 PM, Ty Clevenger <tyclevenger@yahoo.com> wrote:
>
>> Thank you, Laura. I'll get a copy of the final application / declaration from Eden. Would you mind sending electronic copies of the Rule 11 exhibits? I'm leaving soon, and wondering if I need to pack the extra pounds. Thanks.
>>
>> Ty
>>
>> On Tuesday, February 11, 2020, 04:06:09 PM EST, Prather, Laura <laura.prather@haynesboone.com> wrote:
>>
>> Hi Ty,
>>
>> My apologies for not getting back with you earlier. I was out the latter part of last week and am just now able to start catching up on emails.
>>
>> In reviewing the materials you sent, it references a Declaration of Eden P. Quainton but there is none attached.  Can you please send that (or any other attachments you anticipate filing with the Request) so we can review?
>>
>> Once we've had a chance to review that, I will get back to you quickly.
>>
>> Thanks and take care,
>>
>> Laura
>>
>> **Laura Lee Prather**, Appellate Law Board Certified
>> Partner
>> (t) +1 512.867.8476

Licensed in Texas, California, New York, and D.C.

**From:** Ty Clevenger <tyclevenger@yahoo.com>
**Sent:** Thursday, February 6, 2020 3:38 PM
**To:** Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** David J. Bodney <bodneyd@ballardspahr.com>; Lewis, Wesley <Wesley.Lewis@haynesboone.com>; Steven S. Biss <stevenbiss@earthlink.net>
**Subject:** Fw: Julian Assange deposition

**EXTERNAL:** Sent from outside haynes*boone*

Laura,

Please let me know whether your clients would oppose a similar request in the Folkenflik case. Thanks.

Ty

----- Forwarded Message -----

**From:** Ty Clevenger <tyclevenger@yahoo.com>

**To:** Fuller, Marc <mfuller@velaw.com>; Joiner, Jamison <jjoiner@jw.com>

**Cc:** Leatherbury, Tom <tleatherbury@velaw.com>; Coker, Megan <megancoker@velaw.com>; Kerns, Devin <dkerns@velaw.com>; Latham, Bob <blatham@jw.com>; Steve Udick <SUdick@skiermontderby.com>; Paul Skiermont <pskiermont@skiermontderby.com>

**Sent:** Tuesday, January 7, 2020, 08:36:30 AM EST

**Subject:** Julian Assange deposition

All,

I intend to ask the Court to request, pursuant to the Hague Convention, the deposition of Julian Assange. I've attached a letter drafted by Eden Quaintan, Mr. Butowsky's counsel in DC, and I intend to follow the same outline. Please let me know whether you clients intend to oppose the motion. Thanks.

Ty

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.