# Exhibit 8

RE: Re:

From:  Prather, Laura (laura.prather@haynesboone.com)

To:    tyclevenger@yahoo.com

Cc:    bodneyd@ballardspahr.com; stevenbiss@earthlink.net

Date:  Friday, February 14, 2020, 12:01 PM CST

Hi Ty,

I am out of town until Tuesday but cannot properly evaluate your request without knowing what you plan to amend. Please send us a draft of the amended Complaint so that we can do so.

With regard to the service of the Rule 11 Motion, it was served pursuant to Rule 5 on January 23rd. Under Rule 5, service is effective when sent.  The 21-day cure period expired yesterday. As a professional courtesy, however, we will withdraw the motion filed this morning and review any draft of the amended Complaint you get us today or over the weekend.

**Laura Lee Prather**, Appellate Law Board Certified
Partner
(t) +1 512.867.8476

Licensed in Texas, California, New York, and D.C.

---

**From:** Ty Clevenger <tyclevenger@yahoo.com>
**Sent:** Friday, February 14, 2020 9:08 AM
**To:** Prather, Laura <Laura.Prather@haynesboone.com>
**Cc:** David Bodney (PHX) <bodneyd@ballardspahr.com>; Steven S. Biss <stevenbiss@earthlink.net>
**Subject:** Re:

---

**EXTERNAL:** Sent from outside haynes*boone*

---

Rule 11 grants 21 days from the time a draft motion was served. Steve was served on January 24, 2020, and that means our response is not due until today. Please advise on why the motion already has been filed.

On Friday, February 14, 2020, 08:14:14 AM EST, Prather, Laura <laura.prather@haynesboone.com> wrote:

Per your request.


Typos courtesy of iPhone


Begin forwarded message:


**From:** "Prather, Laura" <Laura.Prather@haynesboone.com>
**Date:** February 13, 2020 at 7:03:49 PM CST
**To:** "Steven S. Biss" <stevenbiss@earthlink.net>
**Cc:** "David J. Bodney (bodneyd@ballardspahr.com)" <bodneyd@ballardspahr.com>




Hi Steve,


Please see attached and let us know whether you consent or oppose.


Thanks,

Laura




CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.


CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.