# Exhibit 9

## Motion for Leave to File TAC

| | |
|---|---|
| From: | Steven S. Biss (stevenbiss@earthlink.net) |
| To: | Laura.Prather@haynesboone.com; BodneyD@ballardspahr.com |
| Cc: | ebutowsky@gmail.com; tyclevenger@yahoo.com |
| Date: | Monday, February 17, 2020, 03:57 PM CST |

Laura,

Attached in RTF is our Motion for Leave to File Third Amended Complaint and a proposed Order.

We would like to file today, but will await to hear from you.

Please call me to discuss or let me know via email if you oppose the motion and, if so, why, so I can complete the certificate. Thank you.


Steven S. Biss
(Virginia State Bar # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: stevensbiss@protonmail.ch
www.linkedin.com/in/steven-s-biss-6517037

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, immediately stop reading this email and delete it from your system.


Plaintiff's Motion for Leave to File TAC.doc
181kB


[Plaintiff's Proposed] Order Granting Plaintiff's Motion for Leave to File TAC.DOC
48kB