# Exhibit 10

| | |
|---|---|
| From: | Ty Clevenger (tyclevenger@yahoo.com) |
| To: | Laura.Prather@haynesboone.com |
| Cc: | bodneyd@ballardspahr.com |
| Date: | Friday, February 14, 2020, 08:54 AM CST |

Laura,

What is your availability for a conference call to discuss our motion to amend the pleadings? I plan to file such a motion today.

Ty

> On Friday, February 14, 2020, 08:14:14 AM EST, Prather, Laura <laura.prather@haynesboone.com> wrote:
>
> Per your request.
>
> Typos courtesy of iPhone
>
> Begin forwarded message:
>
>> From: "Prather, Laura" <Laura.Prather@haynesboone.com>
>> Date: February 13, 2020 at 7:03:49 PM CST
>> To: "Steven S. Biss" <stevenbiss@earthlink.net>
>> Cc: "David J. Bodney (bodneyd@ballardspahr.com)" <bodneyd@ballardspahr.com>
>>
>> Hi Steve,
>>
>> Please see attached and let us know whether you consent or oppose.
>>
>> Thanks,
>>
>> Laura
>>
>> CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.