# Exhibit 11

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Edward Butowsky, <br><br> Plaintiff, <br><br> v. <br><br> David Folkenflik, et al., <br><br> Defendants | Case No. 4:18-cv-00442-ALM |

### DECLARATION OF EDWARD BUTOWSKY

My name is Edward Butowksy, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

I am the Plaintiff in the case identified above.

From my first conversation with Joel and Mary Rich, I agreed to cover the cost of a private investigation into the murder of their son, Seth Rich. I have never hidden the fact that I paid Rod Wheeler to investigate on their behalf, and I mentioned that in the original complaint that I filed in the case identified above.

I paid for Mr. Wheeler's services, I shared tips with him, and I facilitated virtual meetings with him and Malia Zimmerman, but I did not direct or control his investigation. I did not interview any witnesses on Mr. Wheeler's behalf, nor did I accompany him or assist him with any witness interviews. Likewise, I did not tell him what witnesses he should interview.

I did not sue the Defendants in this case for the purpose of silencing them. I sued them because they smeared me, damaged my reputation, and hurt my family and my business.

Contrary to the suggestion of the Defendants, I did not try to conceal Rod Wheeler's relationship with Fox News from the Rich family. As I recall, Joel Rich had already seen Mr. Wheeler on Fox News. I encouraged Mr. Wheeler to downplay his connection with Fox News in order to avoid alienating the Riches. Whereas Fox News is generally perceived to be conservative / Republican, the Riches are very liberal / Democratic.

I was not involved in the negotiations over the terms of the contract between Mr. Wheeler and the Rich family. Some time around early March of 2017, Mr. Wheeler sent me a copy of his standard retainer contract and I forwarded it to Joel Rich. So far as I know, the standard retainer agreement was never executed. I later learned that Molly Rich, the wife of Aaron Rich, negotiated a different contract with Mr. Wheeler. Around the time Fox News published its story about the Seth Rich investigation, I received a call from MSNBC claiming that I was the person responsible for paying Mr. Wheeler's bill. I had no idea where the MSNBC reporter got that information, but the reporter stated that it was in the contract between Mr. Wheeler and the Rich family. I then looked for the contract in my emails and found it in my spam filter around May 16, 2017. That was the first time

I saw the contract between Mr. Wheeler and the Rich family, *i.e.*, after it had already been executed.

After Sally Davis sent her August 3, 2017 email to Kim Sams and me, our company (Chapwood) persuaded Ms. Davis to remain a customer but with a different advisor. Even so, Chapwood lost millions of dollars in investments from Ms. Davis and I lost income as a direct result

DECLARANT SAYS NOTHING FURTHER.

March 9, 2020

Edward Butowsky

- 2 -