IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,** | |
| Plaintiff, | |
| v. | Case No. 4:18-cv-442-ALM |
| **David Folkenflik, et al.,** | |
| Defendants | |

## UNOPPOSED MOTION TO EXCEED PAGE LIMIT

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to permit him to exceed the 15-page limit for the PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS (Doc. No. 110). *See* Local Rule CV-7(a)(2). In that document, the Plaintiff had to respond to a motion for sanctions (Doc. No. 100) that incorporated a six-page, single-spaced appendix, plus hundreds of pages of exhibits. The response that the Plaintiff filed is approximately twenty pages (not counting the certifications). The Plaintiff further moves the Court to extend the Defendants' page limit for their reply to ten pages.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

# CERTIFICATE OF CONFERENCE

I certify that I conferred with Counsel for the Defendants via email and they do not intend to oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

# CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on March 11, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger