## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**Edward Butowsky,**

    Plaintiff,

**v.**

**David Folkenflik, et al.,**

    Defendants

**Case No. 4:18-cv-442-ALM-CMC**

## ORDER

The Plaintiff's UNOPPOSED MOTION TO EXCEED PAGE LIMIT is now before the Court. The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion (Dkt. # 112) should be **GRANTED**. It is

**ORDERED** that Plaintiff is permitted to file the PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS (Dkt. # 110) as currently written.  It is further

**ORDERED** that Defendant are permitted to file a reply of not more than ten pages.

**SIGNED this 12th day of March, 2020.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE