**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ED BUTOWSKY,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:18-cv-00442-ALM |
| | § | |
| **DAVID FOLKENFLIK; NPR, INC.; NPR.ORG; JARL MOHN; STACEY FOXWELL; MICHAEL ORESKES; CHRISTOPHER TURPIN; EDITH CHAPIN; LESLIE COOK; HUGH DELLIOS; PALLAVI GOGOI; and SARAH GILBERT,** | § § § § § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

David H. Harper, State Bar Number 09025540, of Haynes and Boone, LLP, 2323 Victory Ave., Suite 700, Dallas, Texas 75219, (214) 651-5000, hereby appears as an attorney of record for Movants David Folkenflik; National Public Radio, Inc.; Edith Chapin; Leslie Cook; and Pallavi Gogoi. Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

Dated: March 19, 2020

                                            Respectfully Submitted,

                                            By: */s/ David H. Harper*
                                            Laura Lee Prather
                                            State Bar No. 16234200
                                            laura.prather@haynesboone.com
                                            Wesley D. Lewis
                                            State Bar No. 24106204
                                            wesley.lewis@haynesboone.com
                                            HAYNES AND BOONE, LLP
                                            600 Congress Avenue, Suite 1300
                                            Austin, Texas 78701
                                            Telephone:   (512) 867-8400

    Telecopier:   (512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
State Bar No. 24075080
stephanie.sivinski@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:   (214) 651-5000
Telecopier:   (214) 651-5940

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On March 19, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    */s/ David H. Harper*