# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **ED BUTOWSKY,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:18-cv-00442-ALM |
| | § | |
| **DAVID FOLKENFLIK; NPR, INC.;** | § | |
| **NPR.ORG; JARL MOHN; STACEY** | § | |
| **FOXWELL; MICHAEL ORESKES;** | § | |
| **CHRISTOPHER TURPIN; EDITH** | § | |
| **CHAPIN; LESLIE COOK; HUGH** | § | |
| **DELLIOS; PALLAVI GOGOI; and** | § | |
| **SARAH GILBERT,** | § | |
| | § | |
| Defendants. | § | |

## EXHIBIT LIST TO SUR-REPLY

Exhibit A    Declaration of Laura Lee Prather

    Exhibit A-1.    Ty Clevenger LawFlog Blogpost entitled "Why won't Seth Rich's brother authorize Wikileaks to tell what it knows?" dated June 11, 2018

    Exhibit A-2.    Email from Ty Clevenger to Bill Binney, Kirk Wiebe and Butowsky dated June 27, 2019 (BINNEY 00009)

    Exhibit A-3.    Email from Butowsky to Wheeler dated May 16, 2017 encouraging Wheeler to re-sign an altered copy of the contract (WHEELER 0000348-49)

    Exhibit A-4.    Dkt. 54-1, Butowsky's Motion to Dismiss in *Joel & Mary Rich v. Fox News, et al.*, Civil Action No. 1:18-cv-2223 pending in the U.S. District Court, Southern District of New York

    Exhibit A-5.    ███████████████████████████████████████ (BUTOWSKY 0000473-76)

    Exhibit A-6.    ███████████████████ (BUTOWSKY 0000978-80)

    Exhibit A-7.    ██████████ (BUTOWSKY 0000456-57)

Exhibit A-8.  ██████████ (WHEELER 0000903)

Exhibit A-9. ██████████ (BUTOWSKY 0000574)

Exhibit A-10. ██████████ (BUTOWSKY 0000910)

Exhibit A-11. Email from Butowsky to Zimmerman, Wheeler, and Adam Housley dated March 29, 2017 commanding a four-way Zoom meeting (WHEELER 0000177)

Exhibit A-12. ██████████ (WHEELER 0000039, 47, 98, 159, and 182)

Exhibit A-13. ██████████ (BUTOWSKY 0000068)

Exhibit A-14. ██████████ (BUTOWSKY 0000442-43)

Exhibit A-15. ██████████ (WHEELER 0000877-80)

Exhibit A-16. Text messages between Butowsky, Wheeler and Kash Patel (aka Dee O.) in which Butowsky repeatedly insists that Wheeler meet with Patel dated April 27, 2017 – May 4, 2017 (WHEELER 0000940-41)

Exhibit A-17. ██████████ (BUTOWSKY 0000061-62)

Exhibit A-18. ██████████ (BUTOWSKY 0000066)

Exhibit A-19. ██████████ (BUTOWSKY 0000296)

Exhibit A-20. ██████████ (BUTOWSKY 0000992)

Exhibit A-21. ████████ (BUTOWSKY 0000871)

Exhibit A-22. ████████ (BUTOWSKY 0000869)

Exhibit A-23. ████████ (BUTOWSKY 0000340-43)

Exhibit A-24. ████████ (BUTOWSKY 00001180)

Exhibit A-25. ████████ (WHEELER 0000493-99)

Exhibit A-26. ████████ (BUTOWSKY 0000953-58)

Exhibit A-27. ████████ (BUTOWSKY 00001044-45)

Exhibit A-28. Declaration of Edward Butowsky, Docket Entry 32-1 in the action *Clevenger v. U.S. Dep't of Justice, et al.*, Case No. 1:18-cv-1568-LB (E.D.N.Y. Sept. 17, 2019)

Exhibit A-29. ████████ (BUTOWSKY 0001089-94)

Exhibit A-30. Email between Wheeler and Butowsky dated May 20, 2017 in which Wheeler states: "I just noticed 'my response' posted on your Facebook page … I never approved of this 'response.'" (WHEELER 0000419-20)

Exhibit A-31. ████████ (BUTOWSKY 00001132-33)

Exhibit A-32. ████████ (BUTOWSKY 0000370-71)

Exhibit A-33.  ████████████████████████████ (BUTOWSKY 0001036-38)

Exhibit A-34.  ████████████████████████████ (BUTOWSKY 00000835)

Exhibit A-35.  ████████████████████████████ (BUTOWSKY 0001413)

Exhibit B      Sally Davis Declaration dated March 13, 2020

**EXHIBIT LIST TO SUR-REPLY**                                    **Page 4**