# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **ED BUTOWSKY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CASE NO. 4:18-cv-00442-ALM** |
| | § | |
| **DAVID FOLKENFLIK, et al.,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## EXHIBIT LIST TO REPLY

Exhibit A          Declaration of Laura Lee Prather



Exhibit A-1.          ████████████████████████████████
████████████████████████ (Butowsky 442-443)

Exhibit A-2.          ████████████████████████████████
████████████████████ (Wheeler 877-880)

Exhibit A-3.          Text messages between Butowsky, Wheeler and Kash Patel dated April 27, 2017 – May 4, 2017 (Wheeler 940-941)

Exhibit A-4.          ████████████████████████████████
██ (Butowsky 296)

Exhibit A-5.          ████████████████████████████████
████████████████████████████████
██████████ (Butowsky 992)

Exhibit A-6.          ████████████████████████████████
██████████ (Butowsky 871)

Exhibit A-7.          ████████████████████████████████
████████████████████████████████
████ (Butowsky 869)

Exhibit A-8.      (Butowsky 1044-1045)

Exhibit A-9.     Email between Wheeler and Butowsky dated May 20, 2017 in which Wheeler states: "I just noticed 'my response' posted on your Facebook page … I never approved of this 'response.'" (Wheeler 419-420)

Exhibit A-10.    (Butowsky 402)

Exhibit A-11.    (Butowsky 1089-1091)

Exhibit A-12.    (Butowsky 978-980)

Exhibit A-13.    (Butowsky 340-343)

Exhibit A-14.    Copy of contract between Wheeler and the Rich family, filed by Butowsky in *Rich, et al. v. Fox News Network LLC*, Case No. 1:18-cv-02223-GBD (S.D.N.Y.) (Dkt 54-1).

Exhibit A-15.    (Wheeler 390-392)

Exhibit A-16.    Email correspondence from Butowsky to Wheeler dated May 16, 2017 suggesting to Wheeler, "You might print off and sign your name then take a picture of it and send it to wherever it needs to be.  I think that would be a very smart idea." (Wheeler 348-349)

Exhibit A-17.    (Butowsky 473-476).

Exhibit B     Sally Davis Declaration dated March 13, 2020