# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NATIONAL | § | 4:18-CV-00442-ALM |
| PUBLIC RADIO, INC.; EDITH | § | |
| CHAPIN; LESLIE COOK; AND | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF SALLY DAVIS

1. My name is Sally Davis. I am over the age of twenty-one (21) years and am fully competent to make this affidavit. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am a customer of Chapwood Capital Investment Management, LLC ("Chapwood") and have been since its inception. Chapwood charges me a fee of a small percentage of the funds under its advisement. In August 2017, I directed the brokerage where the investments were held, Schwab, that I was terminating Chapwood as my adviser. Within 10 days or less, Schwab was notified of Chapwood's reinstatement as my adviser after I was assured that Kim Sams would formally be responsible for my account. *See* Exhibit A. No money was removed from the account; I moved *everything* back to Chapwood. I do not understand how Chapwood could have lost millions of dollars from a brief cessation of the fee on my holdings.

3. As I stated in my prior Declaration, attached hereto as Exhibit B, I had primarily worked with Ms. Sams for several years, before and after Mr. Butowsky and Ms. Sams created Chapwood. *Id.* at para. 2-3. As I previously stated, to this day my account continues to be

managed by Chapwood. I simply changed my official financial advisor to Ms. Sams – who had already been acting as my primary contact for several years. *Id.* at para. 5-6.

4. I directed no change at all in the amount of my investments or deposits with Chapwood.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ~~November~~ March 13, 2020.

_____
SALLY DAVIS

**From:** Amy Suhr <amy@chapwoodinvestments.com>
**Subject: Re: Things have finally settled down here ...**
**Date:** August 16, 2017 at 1:52:24 PM MDT
**To:** Kim Sams <kim@chapwoodinvestments.com>, Sally Davis <sallyhi-d@comcast.net>
**Cc:** Brittney Harrison <brittney@chapwoodinvestments.com>

Hi Sally,

Please see the attached form that Schwab needs signed for us to move the accounts.  We do need to do a separate form for each account and I will add the account numbers.  Print, sign and return page 4 to me.  Please let me know if you have any questions.

Thank you,


Amy Suhr

Chief Compliance Officer
Chief Operations Officer

Chapwood Investments, LLC
15455 N. Dallas Pkwy., Suite 1200
Addison, TX 75001
amy@chapwoodinvestments.com
972-865-2226 - Direct
972-386-9285 – Fax

Chapwood Investments is a Federally Registered Investment Advisory Firm.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law.   If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED.   If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.  This communication/material serves to provide general information and does not constitute investment advice or an endorsement with respect to any investment strategy or vehicle, and is not intended to be legal or tax advice for any particular person. It is not intended to be an offer or solicitation for the purchase or sale of any financial instrument, fund (offered only by memorandum) or product and is not an official transaction confirmation or account statement.  The information contained herein is not complete, does not contain certain material information about any particular investment or Fund, including important disclosures and risk factors associated with a particular investment or Fund, does not take into account the particular investment objectives or

**EXHIBIT A**

financial circumstances of any specific person who may view it and is subject to change without notice.   Before making an investment, prospective investors are advised to thoroughly and carefully review each investment, including Fund Memorandum, with their financial, legal and tax advisors to determine whether an investment is suitable for them. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice.  Any comments or statements made herein do not necessarily reflect those of Chapwood Capital Investment Management, LLC.   E-mail sent through the Internet is not secure.  Please, DO NOT transmit orders, instructions (e.g. fund transfers, stop payment, etc.) or identifying information (e.g. SS#, passwords, etc.) regarding your account(s) by voice mail, email,  text message, instant messaging or facsimile.  Chapwood Capital Investment Management, LLC cannot be held responsible for carrying out such orders and/or instructions.  To be removed from our mailing list, reply to this email and add the word "REMOVE" in the Subject line.

This video provided herein is for information and entertainment purposes only and should not be considered an individual recommendation or personalized investment advice.  All investment strategies have the potential for profit or loss. Examples used are hypothetical and provided for illustrative purposes only. No client or prospective client should assume that any information presented and/or made available serves as receipt of, or a substitute for, personalized individual advice from the advisor or any financial professional.


On 8/16/17, 1:38 PM, "Kim Sams" <kim@chapwoodinvestments.com> wrote:

   We will get the forms prepared and will emailed to you today.

   Thank you again.

   Kim

   -----Original Message-----
   From: Sally Davis [mailto:sallyhi-d@comcast.net]
   Sent: Wednesday, August 16, 2017 1:02 PM
   To: Kim Sams <kim@chapwoodinvestments.com>
   Subject: Re: Things have finally settled down here ...

   Kim,
   I called Schwabb and they tell me this has to originate with you, with me signing paperwork that you send me.
   I'm sorry to have to do all this again. If we can do this electronically, that's great with me.
   Thanks,
   Sally


      On Aug 16, 2017, at 9:57 AM, Kim Sams <kim@chapwoodinvestments.com> wrote:

Thank you for circling back.  Yes, you have my word.  It will be just me and my support Amy and Brittney.

I didn't want to bother you with everything you had going on.  Thank you for reconsidering and this means more to me than you know.

Thank you.

Kim

-----Original Message-----
From: Sally Davis [mailto:sallyhi-d@comcast.net]
Sent: Wednesday, August 16, 2017 10:43 AM
To: Kim Sams <kim@chapwoodinvestments.com>
Subject: Things have finally settled down here ...

and I want to check in with you before I move my account back to Chapwood. You will be responsible for my account, not Ed? If so, I will move everything back.

Thank you, Kim.

All the best,
Sally

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. |
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; AND PALLAVI GOGOI, | § § § § § § | 4:18-CV-00442-ALM |
| Defendants. | § § § | |

### DECLARATION OF SALLY DAVIS

1.  My name is Sally Davis. I am over the age of twenty-one (21) years and am fully competent to make this affidavit. The facts stated in this declaration are within my personal knowledge and are true and correct.

2.  In the 1990's Ed Butowsky became my financial advisor. Over time, I worked primarily with Ed's partner, Kim Sams. Over the years, Mr. Butowsky and Ms. Sams moved companies several times, and each time, I moved my account with them. I developed a relationship and friendship with Ms. Sams during that time and came to trust her.

3.  When Ms. Sams and Mr. Butowsky created Chapwood Capital Investment Management, LLC ("Chapwood"), I moved my account to Chapwood and continued to work primarily with Ms. Sams.

4.  Throughout the 2016 presidential election, I followed the entire flow of misinformation, and I felt a particular connection to the Seth Rich controversy because my nephew was a congressional staffer. When I learned of Mr. Butowsky's involvement in the controversy, I was upset and sent an email on August 3, 2017 to Mr. Butowsky and Ms. Sams

DECLARATION OF SALLY DAVIS                                                                                    Page 1

indicating that I had asked Schwab to remove Chapwood as the advisor on my Schwab account. In that same email I indicated that I would follow up with a phone call the next day.[1]

5. I did, in fact, call the next day and spoke at length with Ms. Sams. Ms. Sams was not contesting my decision but rather was saying that she felt bad. Over the course of the next several days, she and I had a few more conversations, and Ms. Sams offered to take over my account. I decided to take her up on her offer and ultimately decided to keep my account at Chapwood. A few days after sending the email, I simply changed my official financial advisor to Ms. Sams – who had already been acting as my primary contact for several years.

6. To this day, my account continues to be managed by Chapwood, and, despite my initial email, the account never left Chapwood.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2019.

_____
SALLY DAVIS

---

[1] A have reviewed Plaintiff's Second Amended Complaint and a true and correct copy of my email is included in footnote 4.

DECLARATION OF SALLY DAVIS                                                                 Page 2