IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>    Plaintiff,<br><br>v.<br><br>**David Folkenflik, et al.,**<br><br>    Defendants | Case No. 4:18-cv-442-ALM |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LENGTH**

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to grant him permission to exceed the page limit found in Local Rule 7(a)(2):

The Plaintiff filed an unopposed motion for leave to exceed the page limits set forth in Local Rule 7(a)(2), and it included a request to extend the page limit for the Defendants' reply in support of their motion for sanctions. *See* Unopposed Motion for Leave to File Excess Pages (Doc. No. 112).  The Court granted that motion. *See* Order (Doc. No. 113).  In light of the Defendants' ten-page reply, the Plaintiff requests that the Court grant him leave to exceed the page limit on the Plaintiff's Sur-Reply in Opposition to Defendant's Motion for Sanctions (Doc. No. 125), namely to file a ten-page sur-reply. The undersigned has conferred with counsel for the Defendants, and the Defendants do not oppose this request.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
*stevenbiss@earthlink.net*

**Attorney for Plaintiff Edward Butowsky**

### CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Defendants via email, and the Defendants do not oppose this motion.

**/s/ Ty Clevenger**
Ty Clevenger

### CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on April 20, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger