IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:18-cv-00442-ALM |
| | § | |
| DAVID FOLKENFLIK; NPR, INC.; | § | |
| EDITH CHAPIN; LESLIE COOK; and | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED REQUEST FOR HEARING

Pending before the Court are three fully briefed motions in this case: (1) Defendants' Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 37 (Dkt. 85), (2) Defendants' Motion for Sanctions Pursuant to Rule 11 for Violations Committed by Plaintiff and his Counsel (Dkt. 96), and (3) Plaintiff's Motion for Leave to Amend (Dkt. 98) ("the Pending Motions"). Due to the important and interrelated issues raised in those briefs, and the substantial evidentiary record involved, Defendants believe oral argument would be useful and therefore request that the Court set the Pending Motions for hearing. As referenced in the Court's General Order 20-03, the parties welcome a telephonic hearing if the Court deems such a hearing appropriate. Plaintiff does not oppose this request for hearing.

Respectfully submitted,

**HAYNES AND BOONE, LLP**

By:*/s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:        (512) 867-8400
Telecopier:       (512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:        (214) 651-5000
Telecopier:       (214) 651-5940

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:       602.798.5400
Fax:             602.798.5595

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 21, 2020, a true and correct copy of the foregoing document was sent to counsel of record through the Court's ECF system.

*/s/ Laura Lee Prather*
Laura Lee Prather