# EXHIBIT 1

| | |
|---|---|
| **From:** | ed butowsky (ebutowsky@gmail.com) |
| **Sent:** | Sunday, August 20, 2017 11:07:46 AM |
| **To:** | Malia Zimmerman (maliamzimmerman@gmail.com) |
| **Cc:** | |
| **Bcc:** | |
| **Subject:** | FW: From ed butowsky ... for your eyes only ( your family can see ) |

---

**From:** ed's gmail <ebutowsky@gmail.com>
**Date:** Saturday, March 4, 2017 at 5:36 PM

**Subject:** From ed butowsky ... for your eyes only ( your family can see )

> Ed, remember I have to confirm the emails between Seth and Wikileaks and also confirm Rod's quotes. He might want some of these to not be attributed to him.
>
> --
>
> The Democratic National Committee staffer who was gunned down on a Washington, D.C., street 8 months ago just steps from his home in the cozy Washington DC's Columbia Heights neighborhood, did, in fact, provide some 30,000 internal emails between DNC party leaders to WikiLeaks, Fox News has confirmed.
>
> Seth Rich, 27, who was murdered July 10, worked as a DNC data analyst and completed a database for spurring voter turnout. During a forensic search of Rich's work computer, two FBI cyber experts uncovered correspondence between Rich and Wikileaks and a Dropbox where documents were uploaded from Rich's computer to Wikileaks. The FBI cyber unit performed an analysis at the request of DC police.
>
> While this could be a politically related hit, a source close to the investigation said the police chief, at the direction of the DC mayor, is keeping any information related to the case in his office, under lock and key, with only one DC detective allowed access.
>
> "The DC mayor is really monitoring this case very closely and officers are restricted in terms of what they can say or not say to

the family and the public," said a source close to the investigation. "It appears that the investigators are walking on eggshells with regard to the case."

The emails published July 22, 12 days after Rich's death, and just before the Democratic Party Convention, showed top DNC officials conspired to stop Sen. Bernie Sanders of Vermont from becoming the party's presidential nominee. That controversy resulted in Debbie Wasserman Schultz resigning as DNC chairperson during the convention. A number of Sanders supporters refused to support party nominee, Hillary Clinton, and some subsequently formed groups to work against Clinton and their party.

Former Washington DC Homicide Detective Rod Wheeler, who now runs his own private detective service, said detectives normal look at several possible working theories.

For example, police could look into whether Rich was killed by someone he knew for personal reasons, possibly out of jealously, betrayal or anger. They could also investigate whether he was murdered for political reasons, either out of revenge for him releasing DNC emails to Wikileaks or to prevent him from sending additional files.

DC police have stuck to the theory that Rich's murder was the result of a botched robbery, despite the fact that the dual assailants who shot Rich twice in his back, did not take his wallet, cell phone, keys, watch or $2,000 necklace.

Wheeler said the botched robbery theory, which police have pursued for 8 months, doesn't seem to be panning out.

Police should consider a political angle, he said, especially in light of WikiLeaks' founder Julian Assange alleging Rich was source.

During an Aug. 9 interview from Ecuador's London embassy with a Dutch television reporter, Assange hinted that Rich was the source of those emails and announced Wikileaks put up a $20,000 reward

Butowsky 0000341 (Confidential)

for information leading to a conviction in Rich's murder case.

The Dutch journalist looked astonished, and asked Assange, "What are you suggesting?"

"I am suggesting," Assange replied, "that our sources take risks, and they, they become concerned to see things occurring like that."

On Twitter, Wikileaks noted the reward and Assange's statement "should not be taken to imply that Seth Rich was a source for WikiLeaks or to imply that his murder is connected to our publications." Wikileaks has a policy not to release the names of its sources, even after their death.

But in subsequent appearances on Fox News Channel, Assange confirmed, "We're interested in anything that might be a threat to alleged WikiLeaks sources."

D.C. police have offered a $25,000 reward. That, with the Wikileaks fund, and $130,000 from Republican lobbyist Jack Burkman, amounts to $175,000, the largest reward in such a case in the nation's capital.

Wheeler said several other leads could be followed in the case, such as a review of all of Rich's actions the night of his death. A bar tender at Lou's City Bar told Fox News this week that Rich sat on the patio, not inside at his usually seat at the bar, before he leaving about 1:15 a.m. to walk home.

Police did not obtain security footage from the area or the restaurant to see if Rich met anyone or was in a confrontation with anyone who walked by or was a patron in the bar, according to the bartender on duty.

Rich took his time walking home, calling several people, including his father, who he missed because he had gone to sleep. He phoned a fraternity brother, and his girlfriend, Kelsey Mulka, who was out of town. Around 4:17 a.m., when Rich was about a block

Butowsky 0000342 (Confidential)

from his home, Mulka, still on the phone with him, heard voices in the background, but Rich reassured her he was steps away from being at his front door.

Two minutes later, Rich was shot twice in the back. Because DC has an alert system that detects gunshots, police were on the scene within 3 minutes. Rich, who had sustained bruising on his hands and face, remained conscious, but died at a nearby hospital about an 1 hour and 40 minutes later. Police and EMS personnel will not say whether Rich provided them with any clues about the identities of his attackers or their motivation.

Police also have refused to release security footage from a market on the corner of the crosswalk where Rich was killed to either the family or the media. The footage shows two people following Rich across the tiny crosswalk just moments before he was attacked. The camera captured the assailants' legs and Rich as he fell backwards into the street after being shot.

Wheeler said normally police would release the footage to the media to see if anyone remembers anything from that night or recognizes assailants. The family also should be privy to the entire case jacket, with all the details of the case, unless they are considered suspects, Wheeler said. However, according to Joel Rich, Seth Rich's father, they have not received a copy of the tape or many of the details related to their son's murder case.

Butowsky 0000343 (Confidential)