# EXHIBIT 2

| | |
|---|---|
| **From:** | Zimmerman, Malia McLaughlin (Malia.Zimmerman@FOXNEWS.COM) |
| **Sent:** | Friday, May 19, 2017 2:39:21 PM |
| **To:** | Ed Butowsky (ed@chapwoodinvestments.com); Rod Wheeler (rod@rodwheeler.com) |
| **Cc:** | |
| **Bcc:** | |
| **Subject:** | Fw: follow up |

please let me know if you have a response

---

**From:** Brad Bauman <brad.m.bauman@gmail.com>
**Sent:** Friday, May 19, 2017 12:35 PM
**To:** Zimmerman, Malia McLaughlin
**Subject:** Re: follow up

FYI:


http://www.nbcnews.com/politics/justice-department/slain-dnc-staffer-s-family-orders-blabbing-detective-cease-desist-n762211

On Fri, May 19, 2017 at 10:48 AM Zimmerman, Malia McLaughlin <Malia.Zimmerman@foxnews.com> wrote:
> Joel
>
> Thank you. I received this and have forwarded to my editors.
>
> I appreciate you getting back to me so quickly.
>
> Just as an aside, I don't believe we have anything to do with content on Fox5 in DC, because we are the national version of Fox, and they are local, and have their own programming, as do we, but I can double check that.
>
> Malia
>
> ---
> **From:** Joel Rich <jrich12105@gmail.com>
> **Sent:** Thursday, May 18, 2017 8:43:37 PM
> **To:** Zimmerman, Malia McLaughlin
> **Cc:** Brad Bauman
> **Subject:** Re: follow up
>
> Malia
>
> The Rich family is deeply disappointed at Mr. Wheeler and his conduct over the past several days. The family believes that Rod's deeply harmful and untruthful statements to the press both represent a breach of contract with the family and have done harm to the legacy of our son.
>
> We engaged Rod in this investigation at the urging of Mr. Ed Butowsky, who approached us as a friend, led us towards an independent investigation, introduced us to Mr. Wheeler and offered to pay for his services.
>
> We are asking for Fox News and the Fox5 affiliate for a retraction of the story. While we understand that both

Butowsky 0000337 (Confidential)

Fox and Fox5 were also misled in this matter, we feel that it is important for Fox News to do the right thing so we can definitively fight back against the untruthful rumors that continue to haunt our family and Seth's memory, which causes us great pain. In addition, we ask for your help and the general public's help in shielding us from further harm and hardship by sticking to the facts, and only the facts, surrounding our son's murder.

Joel Rich
402-639-7768
Sent from my iPhone

On May 18, 2017, at 4:31 PM, Zimmerman, Malia McLaughlin <Malia.Zimmerman@FOXNEWS.COM> wrote:

> Hi Joel,
>
> I just wanted to check in with you again. I already wrote to Brad today.
>
> We process of reviewing our story in the interest of ensuring fairness and accuracy, based on the press release and statements Brad has been making.
>
> As you know, much of our information came from a private investigator, Rod Wheeler, who we understand was working on behalf of you.
>
> Can you clarify from your perspective Rod Wheeler's role, both in service to your family, and regarding this story?
>
> We have a copy of the employment contract, but wanted to get your perspective.
>
> We would also be interested in anything else you would like to say.
>
> We included Brad's comments that he sent after the story was published Tuesday.
>
> I already reached out to him as I mentioned but hoping to hear directly from you since you had the contract with Rod and not Brad.
>
> Thanks,
>
> Malia
>
> Malia Zimmerman
> Investigative Reporter,
> FoxNews.com
>
> 2044 Armacost Avenue
> Los Angeles, CA 90025
>
> O: 310-571-2042
> M: 808-306-3161
> E: Malia.Zimmerman@foxnews.com

Butowsky 0000338 (Confidential)

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.

Butowsky 0000339 (Confidential)