# EXHIBIT 3

# Please read and watch .. from ed butowsky

**From:** <ebutowsky@gmail.com>  Mon, Jun 26, 2017 at 8:12 AM CDT (GMT-05:00)
To: Greg Wilson <Greg.wilson@foxnews.com>

What is relevant and important about this is that Rod Wheeler   Has asserted  that Malia assigned a quote to him that he never said. This is  one of the main reason why Fox pulled the story. This audio proves he said it. (I believe / I think are synonymous.) So he said that he didn't say what is said by him on this youtube

**** he now says that the quote in controversy came from me and that Fox ,Malia and I set him up


https://www.youtube.com/watch?v=xJVfbxbFRW4&sns=em