# EXHIBIT 5

| | |
|---|---|
| **From:** | ebutowsky@gmail.com (ebutowsky@gmail.com) |
| **Sent:** | Monday, February 12, 2018 7:59:10 AM |
| **To:** | Seymour Hersh (syhersh@gmail.com) |
| **Cc:** | |
| **Bcc:** | |
| **Subject:** | Re: - |

Now that congress has proven that the story of Trump's breaking in to server at DNC is a lie , why not clear things up , including your reputation by sharing what your FBI informaNt told you .

On Jun 2, 2017, at 9:22 AM, Seymour Hersh <syhersh@gmail.com> wrote:

> ed --you have a lousy memory...i was not read anything by my fbi friend..i have no firsthand information and i really wish you would stop telling others information that you think i have...please stop relaying information that you do not have right...and that i have no reason to believe is accurate...
>
> On Fri, Jun 2, 2017 at 9:02 AM, <ebutowsky@gmail.com> wrote:
>> I am curious why you haven't approached the house committee telling them what you were read by your FBI friend related to Seth Rich that you in turn read to me.
>> Based on all your work, it appears that you care about the truth.
>> Even though , as you said you couldn't get a second, shouldn't you tell them so they could use their powers to determine the truth?

Butowsky 0000867 (Highly Confidential - Attorney Eyes Only)