# EXHIBIT 6

# Fwd: I am meeting with a senior trump person for dinner at 7:30

**From:** Ed Butowsky <ebutowsky@gmail.com>  Mon, Aug 5, 2019 at 1:18 PM CDT (GMT-05:00)
**To:** Maria Puente <maria@chapwoodinvestments.com>

---------- Forwarded message ---------
From: **Rod wheeler** <rod@rodwheeler.com>
Date: Tue, Mar 21, 2017 at 4:39 PM
Subject: Re: I am meeting with a senior trump person for dinner at 7:30
To: <ebutowsky@gmail.com>
Cc: Rod wheeler <rod@rodwheeler.com>


Yes….

> On Mar 21, 2017, at 5:38 PM, ebutowsky@gmail.com wrote:
>
> Did you send the 2 pager ?
>
>> On Mar 21, 2017, at 5:06 PM, Rod wheeler <rod@rodwheeler.com> wrote:
>>
>> ok. let me know if i need to be available for any questions..I will be sitting at the pool…drinking lemonade…
>>
>>
>> rod
>>> On Mar 21, 2017, at 5:03 PM, Ed Butowsky <ebutowsky@gmail.com> wrote:
>>>
>>>
>>>
>>> Sent from my iPad
>>


--
Ed Butowsky

confidential                                                                                                                                                          BUTOWSKY0004879