# EXHIBIT 9

7:44 AM

    

Malia    Rod

iMessage
Mon, May 15, 3:59 PM

Malia McLaughlin Zimmerman
**Can you read the story now?**

Malia McLaughlin Zimmerman
**Get back to me as soon as you can so I can turn it in**

Rod Wheeler
**Thanks!**

Rod Wheeler
**Reading it now**

Malia McLaughlin Zimmerman
**Malia you can add that I do strongly believe that the answers to who murdered Seth sits on his computer on a shelf at the D.C. Police or FBI headquarters!**

Malia McLaughlin Zimmerman
**Ok I'll add it**





confidential

BUTOWSKY0001816