# EXHIBIT 12

| | |
|---|---|
| **From:** | ed butowsky <ebutowsky@gmail.com> |
| **Sent:** | Tuesday, April 24, 2018 12:56 PM |
| **To:** | Lewis, Andrea |
| **Subject:** | Re: CNN interview request |

Good morning.. 2 things, watch for a big lawsuit being filed tomorrow by me. Perhaps you might want to give it the intense coverage you gave the initial now debunked lawsuit filed by wigdor and wheeler.

Also, if you are having a brunch Saturday morning, please let me know if you have a few empty seats. I would love to attend and meet the "team". 972.897.0197

---

**From:** Andrea Lewis <Andrea.Lewis@turner.com>
**Date:** Tuesday, August 1, 2017 at 12:33 PM
**To:** Ed Butowsky <ed@chapwoodinvestments.com>
**Subject:** CNN interview request

Mr. Butowski,

Chris Cuomo is hosting "CNN Tonight" at 10pm et tonight and we would love to have you on the show to address Rod Wheeler's lawsuit. Are you interested in doing an interview tonight?

Thanks,

Andrea Lewis
Editorial Producer, CNN
720-475-1232
andrea.lewis@cnn.com