# EXHIBIT 13

| | |
|---|---|
| **From:** | Ed Butowsky <ebutowsky@gmail.com> |
| **Sent:** | Monday, August 05, 2019 6:43 PM |
| **To:** | Maria Puente |
| **Subject:** | Fwd: urgent request |

---------- Forwarded message ---------
From: **Zimmerman, Malia McLaughlin** <Malia.Zimmerman@foxnews.com>
Date: Fri, May 19, 2017 at 2:18 PM
Subject: urgent request
To: Rod Wheeler <rod@rodwheeler.com>, ed butowsky <edbutowsky@icloud.com>


Rod,

Fox wants a response to Joel Rich's comments below. Please call me asap.

Thanks,
Malia

**From:** Joel Rich <jrich12105@gmail.com>
**Cc:** Brad Bauman
**Subject:** Re: follow up

Malia

The Rich family is deeply disappointed at Mr. Wheeler and his conduct over the past several days. The family believes that Rod's deeply harmful and untruthful statements to the press both represent a breach of contract with the family and have done harm to the legacy of our son.

We engaged Rod in this investigation at the urging of Mr. Ed Butowsky, who approached us as a friend, led us towards an independent investigation, introduced us to Mr. Wheeler and offered to pay for his services.

We are asking for Fox News and the Fox5 affiliate for a retraction of the story. While we understand that both Fox and Fox5 were also misled in this matter, we feel that it is important for Fox News to do the right thing so we can definitively fight back against the untruthful rumors that continue to haunt our family and Seth's memory, which causes us great pain.

In addition, we ask for your help and the general public's help in shielding us from further harm and hardship by sticking to the facts, and only the facts, surrounding our son's murder.

Joel Rich
402-639-7768
Sent from my iPhone

RESPONSE FROM ED BUTOWSKY


EB
Ed Butowsky <ebutowsky@gmail.com>

|
Today, 3:26 AM

Total BS.

I had never spoken with Rod Wheeler until AFTER I suggested Mr. Rich get a private investigator. I didn't know any Private investigators, but told him I would help out and search.

I told Joel Rich about multiple firms including G2 Global solutions, Brasidias and The Wolfe Group. My friend Tom McInerney( friend I met through Fox News and is a Fox News contributor) 202. 256.1039 is his cell, texted me and suggested for me to call Rod Wheeler.  This was the first time I ever thought of Rod Wheeler.

I called him ( first time ever ) and told him about Mr. Rich and how the DC police wasn't getting him any answers. I connected the two of them and they spoke privately without me.

At that point I sat to receive bills to pay that never came. Mr. Joel Rich asked me to contribute to a fund in Seth's name and I did so happily.

By the way, Joel didn't write this letter, the PR guy did. Mr. Rich had read the story  the night prior to it going out and told Rod he liked it and wanted to add to it. Since then the DNC has taken over and have tried to redirect the story away from the great work you and Rod have done on it.

I didn't tell you yet but the federal government is involved at this moment, behind the scene and believe your story, Malia.

Malia Zimmerman
Investigative Reporter,
FoxNews.com

2044 Armacost Avenue

Los Angeles, CA 90025

O: 310-571-2042
M: 808-306-3161
E: Malia.Zimmerman@foxnews.com



This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.


--
Ed Butowsky