# EXHIBIT 14

| | |
|---|---|
| **From:** | ed butowsky <edbutowsky@icloud.com> |
| **Sent:** | Sunday, July 02, 2017 3:52 AM |
| **To:** | ed's gmail |
| **Subject:** | Fwd: From ed butowsky |

Sent from my iPad

Begin forwarded message:

> **From:** ed butowsky <edbutowsky@icloud.com>
> **Date:** March 5, 2017 at 2:24:32 PM CST
> **To:** joel rich <joelrich48@gmail.com>
> **Subject: Re: From ed butowsky**
>
> Please let me know if you are ok with me hiring Rod on your behalf. You will have no obligations of any kind.
>
> As I said previously, I am certain he will get you answers and I am footing the bill.
>
> I know he already has info for you and I am sure he will share regardless if he is retained. But their will be a lot more info coming as he gets Involved and we can finally, for your family, solve this.
>
>
> On Mar 3, 2017, at 7:26 PM, joel rich <joelrich48@gmail.com> wrote:
>
>> Thanks for sending the form. I did feel the conversation was good. We'll look over the form and get it back to you.
>>
>> Joel
>>
>> On Fri, Mar 3, 2017 at 1:26 PM, ed butowsky <edbutowsky@icloud.com> wrote:
>> I understand you had a nice and rather fruitful conversation with Rod Wheeler.
>>
>> We are going to get to the bottom of this. Rod is simply the best .
>>
>> Attached is the basic agreement for Rod. With this, he can and will aggressively get you a lot of pertinent information. I said from the beginning , I will do whatever I can to help get you and your family the knowledge of what happened.
>>
>> After reading and " running it by " whomever you feel needs to see it , please sign and send back to me.
>>
>> You can fax it 972.386.9285 or nowadays you can just take a picture of the

document and text or email it back to me.

I am paying all bills.

Please let me know when you have sent the signed document. The moment it is received, Rod will immediately take it downtown and start his work.

You will be pleased .