IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:18-cv-442-ALM-CMC |
| | § | |
| DAVID FOLKENFLIK; NPR, INC.; | § | |
| EDITH CHAPIN; LESLIE COOK; and | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE NOTICE OF SUPPLEMENTAL EVIDENCE
IN SUPPORT OF MOTION TO COMPEL UNDER SEAL**

On this day, the Court considered the Defendants' Unopposed Motion for Leave to File Notice of Supplemental Evidence in Support of Motion to Compel under Seal (Dkt. # 131) filed by Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi in the above-captioned cause. The Court, having considered the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**. It is

**ORDERED** that Defendants' Unopposed Motion for Leave to File Notice of Supplemental Evidence in Support of Motion to Compel under Seal (Dkt. # 131) is **GRANTED**. It is further

**ORDERED** that on or before May 15, 2020 Plaintiff may file a response to the Notice of Supplemental Evidence in Support of Motion to Compel (Dkt. # 132).

**SIGNED this 11th day of May, 2020.**

*[Signature]*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE