# EXHIBIT A

# **Responsible Third Parties Designated by Defendants**[1]

Wigdor, the Wigdor LLP Defendants, and Wheeler[2]

1. Douglas Wigdor[3]
2. Jeanne Christensen
3. Michael Willemin
4. David Gottlieb
5. Lawrence Pearson
6. Wigdor LLP
7. Rod Wheeler

Susman Godfrey, LLP[4]

8. Susman Godfrey, LLP

*Gottlieb* and *CrowdStrike* Defendants[5]

9. Michael Gottlieb
10. Meryl Governski
11. Boies Schiller Flexner LLP
12. Brad Bauman
13. The Pastorum Group
14. Leonard A. Gail
15. Eli J. Kay-Oliphant
16. Suyash Agrawal
17. Massey & Gail LLP
18. Arun Subramanian
19. Elisha Barron
20. Gloria Park
21. Gregory Y. Porter
22. Michael L. Murphy
23. Bailey & Glasser LLP
24. Turner Broadcasting System, Inc.
25. Anderson Cooper
26. Gary Tuchman

---

[1] This list of RTPs is grouped according to the discussion of each RTP in Defendants' Motion for Leave to Designate RTPs. *See* Dkt. 81 at 9-15.
[2] *Butowsky v. Wigdor*, Cause No. 4:19-cv-577-ALM (E.D. Tex. July 31, 2019) (motion to dismiss pending).
[3] The Magistrate Judge granted the RTP motion as to Douglas Wigdor, Jeanne Christensen, Wigdor LLP, and Rod Wheeler, but required Defendants to replead as to Michael Willemin, David Gottlieb, and Lawrence Pearson.
[4] *Butowsky v. Susman & Godfrey, LLP*, No. 416-01222-2019 (416th Dist. Ct., Collin County, Tex. March 6, 2019) (dismissed under the Texas Citizens Participation Act).
[5] *Butowsky v. Gottlieb*, Cause No. 4:19-cv-180-ALM (E.D. Tex. July 31, 2019) (motions to dismiss pending); *Butowsky v. Democratic National Committee, CrowdStrike, Inc., and Perkins Coie LLP*, No. 4:19-cv-582-ALM (E.D. Tex. Aug. 1, 2019) (case dismissed Dec. 20, 2019).

27. Oliver Darcy
28. Tom Kludt
29. The New York Times Company
30. Alan Feuer
31. Vox Media, Inc.
32. Jane Coaston
33. The Democratic National Committee
34. CrowdStrike, Inc.
35. Perkins Coie LLP

*Schwab* Defendants[6]

36. Charles Schwab Corp.
37. Charles Schwab & Co., Inc.
38. Schwab Institutional Enterprise
39. Charles R. Schwab
40. Walter W. Bettinger, II
41. Bernard J. Clark
42. Jonathan M. Craig
43. Joseph R. Martinetto
44. Nigel J. Murtagh
45. William Bell
46. Kevin Lewis

Five Others Enabling Butowsky's Role in the Retracted Article

47. Fox News Network
48. Malia Zimmerman
49. Seymour Hersh
50. Julian Assange
51. Ellen Ratner

---

[6] *Chapwood Capital Inv. Mgmt., LLC v. Charles Schwab Corp.*, Cause No. 4:18-cv-00287-RAS (E.D. Tex. April 23, 2018) (notice of voluntary dismissal filed); *Chapwood Capital Investment Management, LLC v. Charles Schwab Corporation*, No. 4:18-cv-00548-ALM-KPJ (E.D. Tex. Aug. 3, 2018) (referred to arbitration by JAMS).