# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**Edward Butowsky,**

    Plaintiff,

**v.**

                                      **Case No. 4:18-cv-442-ALM**

**David Folkenflik, et al.,**

    Defendants

## PLAINTIFF'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to grant him an extension of time to respond to the Defendants' Notice of Supplemental Evidence in Support of Motion to Compel (Doc. No. 131):

Since May 4, 2020, Plaintiff's Counsel has been staying with elderly family members in Texas, one of whom is unable to care for herself. These duties require round-the-clock attention and, as a result, Plaintiff's Counsel is largely unable to work. Another family member is scheduled to take over these responsibilities on May 18, 2020, at which point Plaintiff's Counsel will return to his home in New York. The Plaintiff moves the Court to (1) extend the deadline for responding to the Defendants' Notice of Supplemental Evidence in Support of Motion to Compel from May 15, 2020 until May 20, 2020, and (2) extend the Defendants' deadline for a reply until May 29, 2020. The Plaintiff has conferred with counsel for the Defendants, and the Defendants do not oppose this request.

- 1 -

Respectfully submitted,

**/s/ Ty Clevenger** _____
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
_tyclevenger@yahoo.com_

**Attorney for Plaintiff Edward Butowsky**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Defendants via email, and the Defendants do not oppose this motion.

**/s/ Ty Clevenger** _____
Ty Clevenger

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on May 14, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger** _____
Ty Clevenger