IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>     Plaintiff,<br><br>v.<br><br>**David Folkenflik, et al.,**<br><br>     Defendants | Case No. 4:18-cv-442-ALM |

# ORDER

The Plaintiff's UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND (No. 137) is now before the Court. The motion is granted, and the Plaintiff's deadline for responding to the Defendants' NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION TO COMPEL (Doc. No. 131) is extended from May 15, 2020 until May 20, 2020. The deadline for the Defendants' reply is extended until May 29, 2020.

It is SO ORDERED.

**SIGNED this 15th day of May, 2020.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE