IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Edward Butowsky, | |
| Plaintiff, | |
| v. | Case No. 4:18-cv-442-ALM |
| David Folkenflik, et al., | |
| Defendants | |

### DECLARATION OF EDWARD BUTOWSKY

My name is Edward Butowsky, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

I am the plaintiff in the case identified above.

In 2017, I had an unsuccessful hip implant surgery that caused a life-threatening infection. I have had ten surgeries and 33 other medical procedures since that time, resulting in numerous extended stays at a Plano hospital. At the moment, I do not have a hip, and I am awaiting another surgery to insert another artificial hip. I have been incapacitated by some of the medications that I have taken, even at times when I was not in the hospital.

If the Court wishes, I will provide the Court with records documenting my medical condition.

THE DECLARANT SAYS NOTHING FURTHER.

Date: May 20, 2020

Edward Butowsky

- 8 -