IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:18-cv-00442-ALM |
| | § | |
| DAVID FOLKENFLIK; NATIONAL | § | |
| PUBLIC RADIO, INC.; EDITH | § | |
| CHAPIN; LESLIE COOK; and | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| Defendants. | § | |

### UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF OBJECTIONS TO ORDER ON MOTION FOR LEAVE TO DESIGNATE <u>RESPONSIBLE THIRD PARTIES</u>

Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi ("Defendants") hereby submit this Unopposed Motion for Leave to File Reply in Support of Objections to Order on Motion for Leave to Designate Responsible Third Parties ("Motion"). On March 28, 2020, the Magistrate Judge erred in recommending that the Court deny in part Defendants' Motion for Leave to Designate Responsible Third Parties (Dkt. 130). Defendants have filed objections to the Magistrate Judge's order (Dkt. 135), and Plaintiff Ed Butowsky ("Plaintiff") has responded to Defendants' objections (Dkt. 141). Plaintiff's response further establishes that the Magistrate Judge applied the wrong legal standards to Defendant's request to designate responsible third parties, and, mischaracterizes the relevant alleged harm. Plaintiff does not oppose this Motion, and Defendants respectfully request leave of Court to file the attached reply.

DATED: June 8, 2020

Respectfully submitted,

**HAYNES AND BOONE, LLP**

By:*/s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:     (512) 867-8400
Telecopier:     (512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:     (214) 651-5000
Telecopier:     (214) 651-5940

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:     602.798.5400
Fax:     602.798.5595

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h).  On June 5, 2020 the parties conferred by e-mail.  Plaintiff is unopposed to the relief sought in this Motion.

      /s/ *Laura Lee Prather*
      Laura Lee Prather

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on June 8, 2020, the foregoing document was electronically submitted to the Clerk of the U.S. District Court for the Eastern District of Texas, using the electronic case filing system, which will send notification of such filing to all counsel of record.

      */s/ Laura Lee Prather*
      Laura Lee Prather