**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| ED BUTOWSKY, § | |
| § | |
| Plaintiff, § | |
| v. § | CASE NO. 4:18-cv-00442-ALM |
| § | |
| DAVID FOLKENFLIK; NPR, INC.; § | |
| EDITH CHAPIN; LESLIE COOK; and § | |
| PALLAVI GOGOI, § | |
| § | |
| § | |
| Defendants. § | |

**ORDER GRANTING JOINT UNOPPOSED MOTION
TO RE-SET HEARING**

On this day, the Court considered the Joint Unopposed Motion to Re-Set Hearing (Dkt. #146) filed by the parties in the above-captioned cause. After due consideration, the Court finds that good cause exists to grant the Motion. Accordingly, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and the hearing currently scheduled for July 7, 2020 is moved to July 21, 2020 at **10:00 a.m.**

**SIGNED this 9th day of June, 2020.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE