IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK, NPR, INC.; | § | 4:18-CV-00442-ALM |
| EDITH CHAPIN; LESLIE COOK; and | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION FOR SANCTIONS

Pending before the Court is Defendants NPR, Folkenflik, Chapin, Cook, and Gogoi's (collectively, "NPR") Motion for Sanctions Pursuant to Rule 11 for Violations Committed by Plaintiff and His Counsel (Dkt. 96) ("Sanctions Motion"). Since briefing on the Sanctions Motion closed, NPR has discovered additional knowingly false statements of which this Court should be aware. NPR obtained evidence from third parties showing that Butowsky falsely denied Requests for Admission about his involvement in creating, operating, and maintaining two websites—debunkingrodwheelersclaims.com and debunkingrodwheelersclaims.net. The Court appears to have relied on Butowsky's representations about those two sites when ruling on NPR's Motion to Dismiss. Given the upcoming hearing on NPR's Sanctions Motion, NPR requests leave to present this additional evidence to the Court through the concurrently filed Notice of Supplemental Evidence in Support of Motion for Sanctions (the "Notice").

NPR also respectfully request that the Court permit NPR to file the Notice and accompanying exhibits under seal. NPR's filing relies on and discloses documents and

information that have been designated confidential pursuant to the Stipulated Protective Order entered in this case on August 8, 2019 (Dkt. 67).  NPR will file a redacted version of the Notice within two business days pursuant to this Court's local rule CV-5(a)(7)(E) regarding filing of documents under seal.

Respectfully submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com

HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:	(512) 867-8400
Telecopier:	(512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:	(214) 651-5000
Telecopier:	(214) 651-5940

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:	(602) 798-5400
Fax:	(602) 798-5595

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on June 12, 2020 counsel for Defendants complied with the meet-and-confer requirement in Local Rule CV-7(h). Plaintiff is not opposed to the relief requested in this Motion.

*/s/ Laura Lee Prather*
Laura Lee Prather

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2020, a true and correct copy of the foregoing document was e-filing and therefore provided to the following counsel of record via the Court's ECF system.

*/s/ Laura Lee Prather*
Laura Lee Prather