**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ED BUTOWSKY,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. | |
| § | | |
| **DAVID FOLKENFLIK, ET AL.,** § | 4:18-CV-00442-ALM | |
| § | | |
| Defendants. § | | |

## NOTICE OF APPEARANCE OF COUNSEL

Stephanie N. Sivinski, State Bar Number 24075080, of Haynes and Boone, LLP, 2323 Victory Ave., Suite 700, Dallas, Texas 75219, (214) 651-5000, hereby appears as an attorney of record for Defendants David Folkenflik; National Public Radio, Inc.; Edith Chapin; Leslie Cook; and Pallavi Gogoi.  Counsel hereby requests notice and copies of all communications and other documents filed in this matter.

Respectfully Submitted,

By: */s/ Stephanie N. Sivinski*
Laura Lee Prather
State Bar No.  16234200
laura.prather@haynesboone.com
Wesley D.  Lewis
State Bar No.  24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:   (512) 867-8400
Telecopier:   (512) 867-8470

    David H. Harper
    State Bar No. 09025540
    david.harper@haynesboone.com
    Stephanie N. Sivinski
    State Bar No. 24075080
    stephanie.sivinski@haynesboone.com
    HAYNES AND BOONE, LLP
    2323 Victory Avenue, Suite 700
    Dallas, Texas 75219
    Telephone:   (214) 651-5000
    Telecopier:   (214) 651-5940

    David J. Bodney
    *admitted pro hac vice*
    bodneyd@ballardspahr.com
    Ian O. Bucon
    *admitted pro hac vice*
    buconi@ballardspahr.com
    BALLARD SPAHR LLP
    1 E. Washington Street, Suite 2300
    Phoenix, Arizona 85004-2555
    Telephone:   (602) 798-5400
    Telecopier:   (602) 798-5595

    ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

On June 15, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, and therefore have served all counsel of record electronically through the Court's ECF system.

    */s/ Stephanie N. Sivinski*