**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:18-cv-00442-ALM |
| | § | |
| DAVID FOLKENFLIK; NPR, INC.; | § | |
| EDITH CHAPIN; LESLIE COOK; and | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO**
**FILE NOTICE OF SUPPLEMENTAL EVIDENCE**
**IN SUPPORT OF MOTION FOR SANCTIONS UNDER SEAL**

On this day, the Court considered the Defendants' Motion for Leave to File Notice of Supplemental Evidence in Support of Motion for Sanctions Under Seal (Dkt. # 154) filed by Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi in the above-captioned cause. After due consideration, the Court finds that good cause exists to grant Defendants' Motion. Accordingly, it is hereby:

**ORDERED** that the Motion is **GRANTED**.

**SIGNED** this 16th day of June, 2020.

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE