**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ED BUTOWSKY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | |
| **DAVID FOLKENFLIK, ET AL.,** | § | **4:18-CV-00442-ALM** |
| | § | |
| **Defendants.** | § | |

---

**JOINT REPORT ON PARTIES' CONFERENCE REGARDING THE PRODUCTION OF
ELECTRONICALLY STORED INFORMATION AND HARD COPY DOCUMENTS**

---

Pursuant to the Court's sealed June 5, 2020 Order granting in part and deferring in part Defendants' Motion to Compel Discovery (Dkt. 147), counsel for Plaintiff Ed Butowsky ("Plaintiff" or "Butowsky") and counsel for Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook and Pallavi Gogoi (collectively, "Defendants" or "NPR") (and, together with Plaintiff, the "Parties"), met and conferred to formulate a draft ESI protocol to govern the discovery and examination of items subject to disclosure as a result of the Court's Order on Defendants' Motion to Compel Discovery (Dkt. 85) (the "Motion").

The Parties have developed the attached Joint Stipulation and Proposed Order Regarding E-Discovery (the "ESI Protocol") to govern discovery in this case. The ESI Protocol contemplates a forensic examination of Plaintiff's accounts and devices and includes key word searches so as to control costs and to keep discovery proportional to the needs of this case. The Parties' agreed-upon search terms are incorporated in the Agreed Order accompanying this report and attached hereto as Exhibit A.  The Parties respectfully request that this Court enter the accompanying proposed Agreed Order to govern discovery procedures in this litigation in this case.

Respectfully Submitted,

By: */s/ Laura Lee Prather*

Laura Lee Prather
State Bar No.  16234200
laura.prather@haynesboone.com
Wesley D.  Lewis
State Bar No.  24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:      (512) 867-8400
Telecopier:     (512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
State Bar No. 24075080
stephanie.sivinski@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:      (214) 651-5000
Telecopier:     (214) 651-5940

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:      (602) 798-5400
Telecopier:     (602) 798-5595

**Attorneys for Defendants**

By: /s/ *Ty Odell Clevenger*

Ty Odell Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, NY 11202-0753
979-985-5289 (phone)
979-530-9523 (fax)
tyclevenger@yahoo.com

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
*(admitted pro hac vice)*

**Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

On June 25, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, and therefore have served all counsel of record electronically through the Court's ECF system.


*/s/ Laura Lee Prather*
Laura Lee Prather