# Exhibit A

## Search Locations and Terms

The search terms will be applied to the following accounts, platforms, and devices:

**Messaging services and platforms:**
Signal
Wickr
Gizmo
Telegraph
Zoom

**Social Media Platforms:**
Facebook messenger and private posts
Twitter direct message and private tweets
Instagram
Snapchat
TikTok
Vimeo
YouTube
Reddit
LinkedIn direct message and private posts
Pinterest
Tumblr
NextDoor

**Email accounts:**
googie18@aol.com
Butowsky32@gmail.com
ebutowsky@gmail.com
ed@chapwoodinvestments.com
edwardbutowsky@gmail.com
googie32@protonmail.com
gizmo32@protonmail.com
ebutowsky@icloud.com


**Devices:**
Phones
iPads
Hard drives
Computer, both personal and work

**SEARCH TERMS:**

1. Couch
2. Lyons
3. Fairbanks
4. Howley
5. Hoft
6. Wheeler
7. Zimmerman
8. Housley
9. *@foxnews.com
10. Seth
11. Aaron
12. Mary
13. Joel
14. Julian OR Assange
15. WikiLeaks
16. Powe
17. Ratner
18. Talk AND Media
19. Kunstler
20. Hersh
21. Sy
22. Della*Camera
23. DNC
24. Isikoff
25. Cuomo
26. Marraco
27. Spicer
28. Sessions
29. *donaldtrump.com
30. *.gov
31. "White House"
32. Kash
33. "McInerney" AND ("Rich" OR "Wheeler")
34. "vmaya" AND ("Rich" OR "Wheeler")
35. "Peter Berg" AND ("Rich" OR "Wheeler")
36. "Kim Sams" AND ("Rich" OR "Wheeler" OR "NPR" OR term! OR "services agreement")
37. McCabe
38. Ebay
39. Dropbox
40. Debunking
41. Johnson AND Larry
42. Binney
43. Loomis

44. Wiebe
45. Schoenberger
46. Defango
47. Chavez
48. Manuel
49. Manny
50. Flippo
51. Burkett
52. Fitzgibbons
53. Shadowbox
54. Googie
55. FBI
56. Whysprtech*
57. David AND Edwards
58. "Googie 32"
59. "Googie32"
60. "Googie 18"
61. "Googie18"
62. "Googie L.P."
63. "Googie LLP"
64. ("pay" or "payment" or "paid" or "money" or "deposit" or "donate" or "donation") and ("Couch" or "AFM" or "AFMG" or "America First" or "DC Patriot")
65. ("investigate" or "investigation" or "investigator") and "Rich"
66. ("recording" or "video" or "audio" or "file") and ("Aaron" or "Rich")
67. Doug AND Berlin
68. Thin Blue
69. ThinBlue
70. Reaganite
71. "Judicial Watch"
72. Fitton
73. "Judicialwatch.org"
74. ("video chat" or "video call" or "zoom" or "invited you to a meeting") and "Rich"
75. "13 Hours"
76. "Benghazi" and ("book" or "movie" or "deal" or "idea")
77. "Mulroy"
78. "Berg" and ("Rich" or "DNC" or "Russia" or "hack" or "Trump" or "WikiLeaks" or "Assange")
79. "Patel"
80. ("Devin" or "Nunes") and ("Rich" or "DNC" or "Russia" or "hack" or "Trump" or "WikiLeaks" or "Assange")
81. "Dee-O" OR "Dee O." OR "D.O."
82. Fox
83. "death" or "die"
84. purple
85. Rich and (.gov or Nunes or committee or congress! or Graham or Rep! or Senat!)

86. "video message"
87. "goo.gl"
88. "please watch"
89. "Jonathan Rich"
90. Malia
91. Beth AND (Bogaerts or Blackburn)
92. Orone OR Laizerovich
93. ILI AND Solutions
94. Wigdor
95. *@wigdor
96. Christensen
97. Willemin
98. Folkenflik
99. NPR
100. "National Public Radio"
101. Democratic /3 National
102. Nunes
103. Retract!
104. Reputation!
105. Kelsey w/3 Mulka
106. Bill AND Shine
107. Kathryn AND Murdoch
108. Dianne AND Brandi
109. Burkman
110. Wasserman*Schultz
111. Brazile
112. Blaugrund
113. McGovern
114. VIPS
115. Deborah AND Sines
116. (Shawn or Sean) AND Lucas
117. Mueller
118. Chapin
119. Gogoi
120. Cook w/3 ("Leslie" OR "Les")
121. BuzzFeed
122. Brian AND Stelter
123. Soledad AND O'Brien
124. Bannon
125. Flores
126. Lie
127. Lying
128. Misrepresent
129. False
130. Truth

131. Defam!
132. Libel
133. Slander
134. Brad AND Bauman
135. Pastorum
136. Darcy
137. "New York Times"
138. "Media Matters"
139. Police Department AND (Washington OR Metro OR Metropolitan) DC
140. "Morgan Stanley"
141. Sally AND Davis
142. Blake AND Hounshell
143. Claudia AND Koerner
144. Ingrisano
145. Susman AND Godfrey
146. Gottlieb AND Michael
147. Governski
148. Boies AND Schiller
149. Leonard AND Gail
150. Kay-Oliphant
151. Agrawal
152. Massey AND Gail LLP
153. Subramanian
154. Elisha AND Barron
155. Gloria AND Park
156. Turner AND Broadcasting
157. Anderson AND Cooper
158. Tuchman
159. Kludt
160. Feuer
161. Vox
162. Coaston
163. Bailey AND Glasser
164. Greg! AND Porter
165. Michael AND Murphy
166. CrowdStrike
167. Perkins*Coie
168. Gottlieb AND David
169. Lawrence AND Pearson
170. Schwab AND (term! OR "NPR" OR "Rich" OR "Woodhcap" OR "services agreement")
171. Chris AND Richie (term! OR "NPR" OR "Rich" OR "Woodhcap" or "services agreement" OR "Woodchap")
172. Bart AND Crowder (term! OR "NPR" OR "Rich" OR "Woodchap" OR "services agreement")
173. David AND Webb

174. Corsi
175. Refet AND Kaplan
176. Greg AND Wilson
177. Sammon AND (Bill OR William)
178. Zweifach
179. Michael AND Clemente
180. John AND Moody
181. Jay AND Wallace
182. Robert AND Hannigan
183. Porter AND Berry
184. Briganti
185. Steve AND Doocy
186. Ainsley AND Earhardt
187. Gavin AND Hadden
188. Griff AND Jenkins
189. Brian AND Kilmeade
190. Napolitano
191. Tom AND Lowell
192. Forensicator
193. Welltraveledfox
194. Adelson AND (Sheldon OR Matan) AND ("NPR" OR "Rich" OR "Wheeler" OR "Wigdor" OR "Folkenflik" OR "Assange" OR "Trump")
195. Jonah AND Goldberg AND ("NPR" OR "Rich" OR "Wheeler" OR "Wigdor" OR "Folkenflik")
196. Fujihara AND ("FINRA" OR "license" OR "Woodchap" OR term! OR "Rich" OR "NPR" OR "damages")
197. Jeff AND Spears AND ("FINRA" OR "license" OR "Woodchap" OR term! OR "Rich" OR "NPR" OR "damages")
198. Fastball
199. Morgan AND Arnold
200. Jeff AND Morgan
201. Bale AND (Gary OR Linda) AND (cancel! OR fraud! OR term! OR complain! OR damages OR sue OR lawsuit OR fine)
202. Janet Mariani AND (cancel! OR fraud! OR term! OR complain! OR damages OR sue OR lawsuit OR fine)
203. Granderson AND (refer! OR customer! OR cancel! OR complain! OR sue OR lawsuit OR "NPR" OR "Wheeler" OR "Rich")
204. Winfred AND Tubbs AND (refer! OR customer! OR cancel! OR complain! OR sue OR lawsuit OR "NPR" OR "Wheeler" OR "Rich")
205. Frances AND Mitchell AND AND (cancel! OR fraud! OR term! OR complain! OR damages OR sue OR lawsuit OR fine)
206. Michael AND Bay AND ("Rich" or "DNC" or "Russia" or "hack" or "Trump" or "WikiLeaks" or "Assange" or "NPR" or "Folkenflik")
207. Woodchap AND ("Schwab" or "Waterford" or "SEC" or "FINRA" or "RIA" or complain!)

208. Waterford AND ("FINRA" OR "license" OR "Woodchap" OR term! OR "Rich" OR "NPR" OR "damages")
209. David AND O'Connor AND ("FINRA" OR "license" OR "Woodchap" OR term! OR "Rich" OR "NPR" OR "damages")
210. Knippa AND ("Schwab" or "Waterford" or "Woodchap" or "SEC" or "FINRA" or "RIA" or complain! or fraud! or cancel! or term! or damages OR sue or lawsuit or fine)
211. Corey AND Smith AND ("Schwab" or "Waterford" or "Woodchap" or "SEC" or "FINRA" or "RIA" or complain! or fraud! or cancel! or term! or damages OR sue or lawsuit or fine)
212. Kinsale AND ("Schwab" or "Waterford" or "Woodchap" or "SEC" or "FINRA" or "RIA" or complain! or fraud! or cancel! or term! or damages OR sue or lawsuit or fine)
213. Cholene AND Espinoza AND ("Rich" or "Ratner" or "Wheeler" or "Wigdor")
214. Bill AND Pierce AND ("Rich" or "Ratner" or "Wheeler" or "Wigdor" or "Zimmerman" or "Housley" or "DNC" or "Russia" or "hack" or "WikiLeaks" or "Assange")
215. Lara AND Logan AND ("Rich" or "DNC" or "Russia" or "hack" or "Trump" or "WikiLeaks" or "Assange" or "NPR" or "Folkenflik" or "Zimmerman" or "Wheeler" or "Wigdor")
216. Robert AND Tobey AND ("cease and desist" or "Blaugrund" or lawsuit or sue or defam!)
217. Lindeman AND ("Rich" or "Couch" or "Wheeler" or "Wigdor" or "Zimmerman" or "Housley" or "DNC" or "Russia" or "hack" or "WikiLeaks" or "Assange")
218. Turnage AND ("Zimmerman" or "Rich" or "WikiLeaks" or "Assange" or "Wheeler")
219. Owl AND Cybersecurity AND ("Zimmerman" or "Rich" or "WikiLeaks" or "Assange" or "Wheeler")
220. Peter AND Newsham AND ("Rich" or "WikiLeaks" or "DNC" or "Assange" or hack or "Russia")
221. Craig AND Murray AND ("Rich" or "WikiLeaks" or "DNC" or "Assange" or hack or "Russia" or "Couch" or "Zimmerman")
222. Lindsay AND Ram AND ("Rich" or "WikiLeaks" or "DNC" or "Assange" or hack or "Russia")
223. Grott AND (fraud! or "Ratner" or sue or lawsuit)
224. Zac AND Crain AND ("D Magazine")

- Words in all caps are connectors
- * is a wildcard
- ! is a root expander
- /# means the terms appear with # words of each other