IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; AND PALLAVI GOGOI, | § § § § | 4:18-CV-00442-ALM |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' NOTICE REGARDING REDACTIONS TO SEALED ORDER

COME NOW, Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi (collectively, "Defendants" or "NPR"), by their undersigned counsel, and respectfully notify the Court that Defendants do not request any redactions to sealed Order (Dkt. 147) granting in part and deferring in part Defendants' Motion to Compel Discovery (Dkt. 85).

Respectfully submitted,

By: */s/ Stephanie N. Sivinski*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:   (512) 867-8400
Telecopier:   (512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
State Bar No. 24075080
stephanie.sivinski@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:   (214) 651-5000
Telecopier:   (214) 651-5940

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:   602.798.5400
Fax:               602.798.5595

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of June, 2020, I served the foregoing document on all counsel of record by filing it with the Court's ECF system.

      */s/ Stephanie N. Sivinski*
      Stephanie N. Sivinski