IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,** | |
| Plaintiff, | |
| v. | Case No. 4:18-cv-442-ALM |
| **David Folkenflik, et al.,** | |
| Defendants | |

### PLAINTIFF'S PROPOSED REDACTED ORDER

NOW COMES Edward Butowsky, the Plaintiff, submitting a proposed redacted version of the Court's June 5, 2020 sealed Order (Doc. No. 147). The proposed order is attached as Exhibit 1. The Plaintiff only seeks to redact his personal email addresses for reasons of privacy. Such redactions are fairly standard, *see, e.g., Jones v. Steel Fabricators of Monroe LLC*, CIV.A. 14-3175, 2015 WL 5676838, at *5 (W.D. La. Sept. 25, 2015), report and recommendation adopted, CIV.A. 14-3175, 2015 WL 6023143 (W.D. La. Oct. 14, 2015), and there is no legitimate reason for disclosure of such information. The undersigned overlooked the date for submitting a redacted order and apologizes to the Court for its tardiness.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**

## CERTIFICATE OF SERVICE

I certify that a copy of this document was filed electronically with the Court's ECF system on June 29, 2020, which should result in automatic notification to all counsel of record.

**/s/ Ty Clevenger**
Ty Clevenger
