

**RIVIA Medical PLLC**
274 Madison Avenue
15th floor Suite 1501
New York, NY 10016
Tel: 212-203-1773
Fax: 646-665-4427
info@riviamed.com
www.riviamedical.com

July 2, 2020

The Hon. Caroline M. Craven, Magistrate Judge
U.S. District Court for the Eastern District of Texas
500 North State Line Ave, Room 401
Texarkana, Texas 75501

    Re:    Ty Clevenger

Judge Craven:

    I am Jianne Lo, a psychiatric nurse practitioner with Rivia Medical in New York, New York, and Ty Clevenger is one of my patients. I have been working with him since 5/2020, and has been tapering down his antidepressant which he has been taking for 15 years because it was not effective and has overall worsened symptom presentation. He has been experiencing withdrawal effects physically (GI) and emotionally (worsening symptom presentation); and we plan to take the tapering process slower and with addition of new medications.

    I believe that the current symptoms has severely limited Mr. Clevenger's functional level and I recommend that he take leave from most or all of his work responsibilities for approximately four weeks while we work to improve his symptom presentation. Feel free to contact me for additional information.

Sincerely,

*Jianne Lo*

Jianne Lo, NP

RIVIA Medical PLLC,
274 Madison Ave (between 39th st and 40th st), Suite 1501, 15th floor
New York, NY 10016
https://riviamedical.com/appointment
Tel: 212-203-1773
Fax: 646-665-4427