**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; AND PALLAVI GOGOI, | § § § § | 4:18-CV-00442-ALM |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANTS' REQUEST FOR HEARING

Pursuant to the Court's Order dated July 7, 2020 (Dkt. 172, n.1), Defendants hereby request that the Court hear Defendants' Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 (Dkt. 161) and the evidence presented in the Notice of Supplemental Evidence in Support of Motion for Sanctions (Dkt. 155) at the hearing set for August 18, 2020 on Defendants' Motion for Sanctions Pursuant to Rule 11 for Violations Committed by Plaintiff and His Counsel (Dkt. 96) and Plaintiff's Motion for Leave to File Third Amended Complaint (Dkt. 98). Defendants' Application for Attorney's Fees (Dkt. 164) does not require a hearing and can be decided on the papers unless the Court has questions about Defendants' submission. Defendants will file a timely reply in support of their Application for Attorney's Fees. Plaintiff's counsel does not object to this Request.

Respectfully submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No. 16234200
laura.prather@haynesboone.com
Wesley D. Lewis
State Bar No. 24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:   (512) 867-8400
Telecopier:   (512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
State Bar No. 24075080
stephanie.sivinski@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:   (214) 651-5000
Telecopier:   (214) 651-5940

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:   602.798.5400
Fax:              602.798.5595

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

      The undersigned certifies that on July 13, 2020 counsel for Defendants complied with the meet-and-confer requirement in Local Rule CV-7(h). Plaintiff is not opposed to the relief requested in this Motion.

                                    */s/ Laura Lee Prather*
                                    Laura Lee Prather

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of July, 2020, I served the foregoing document on all counsel of record by filing it with the Court's ECF system.

                                      */s/ Laura Lee Prather*
                                    Laura Lee Prather