IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK, ET AL., | § | 4:18-CV-00442-ALM |
| | § | |
| Defendants. | § | |

## ORDER REGARDING REQUEST FOR HEARING

The Court ORDERS as follows:

Defendants' Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 (Docket Entry #161) and the Notice of Supplemental Evidence in Support of Motion for Sanctions (Docket Entry #155) are set for hearing on August 18, 2020 at the same time as the hearing regarding Defendants' Motion for Sanctions Pursuant to Rule 11 for Violations Committed by Plaintiff and His Counsel (Docket Entry #96) and Plaintiff's Motion for Leave to File Third Amended Complaint (Docket Entry #98). Accordingly, it is

**ORDERED** that the MOTION for Hearing Defendants' Request for Hearing by Edith Chapin, Leslie Cook, David Folkenflik, Pallavi Gogoi, NPR, Inc.(Docket Entry #175) is **GRANTED.**

SIGNED this 14th day of July, 2020.

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE