# EXHIBIT A

**Haynes and Boone, LLP**
**Fees Billed by Matter - NPR/Butowsky (57448.2)**
**For the Period 12/1/2019 and 6/9/2020**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Wesley Lewis | 11/12/2019 | Draft chronology of discovery requests, meet and confers and other discovery-related communications with opposing counsel for purpose of drafting Motion to Compel. | $325.00 | 2.7 | $877.50 |
| Laura Prather | 11/12/2019 | Outline chronology of Plaintiff's promises to produce documents to support Motion to Compel. | $475.00 | 0.4 | $190.00 |
| Laura Prather | 11/12/2019 | Review chronology of discovery and failed attempts to obtain documents from Plaintiff to support Motion to Compel. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 11/19/2019 | Confer with co-counsel regarding Plaintiff's additional deficient discovery responses and incorporation of same into letter to opposing counsel and Motion to Compel. | $475.00 | 0.2 | $95.00 |
| Wesley Lewis | 11/26/2019 | Telephonic conference with I. Bucon to discuss Motion to Compel meet-and-confer requirements. | $325.00 | 0.2 | $65.00 |
| Wesley Lewis | 11/26/2019 | Telephonic conference with S. Sivinski to discuss meet-and-confer requirements for motions to compel and pending discovery issues. | $325.00 | 0.5 | $162.50 |
| Stephanie Sivinski | 11/26/2019 | Develop strategy for meeting and conferring regarding motion to compel documents from Butowsky. | $325.00 | 0.4 | $130.00 |
| Laura Prather | 12/2/2019 | Prepare for meet and confer with opposing counsel by reviewing discovery responses and deficiencies in same. | $475.00 | 0.8 | $380.00 |
| Laura Prather | 12/3/2019 | Review and respond to correspondence from opposing counsel regarding meet and confer. | $475.00 | 0.1 | $47.50 |
| Laura Prather | 12/4/2019 | Meet and confer with S. Biss and D. Bodney regarding discovery deficiencies. | $475.00 | 1.5 | $712.50 |
| Laura Prather | 12/6/2019 | Review meet and confer requirements for Judge Cravens for Motion to Compel and RTP Motion. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 12/6/2019 | Review correspondence with client regarding discovery dispute with Plaintiff and outcome of meet and confer. | $475.00 | 0.4 | $190.00 |
| Stephanie Sivinski | 12/6/2019 | Review meet and confer requirements in the local rules. | $325.00 | 0.1 | $32.50 |
| Laura Prather | 12/9/2019 | Review correspondence to and from S. Biss regarding additional deficiencies in discovery. | $475.00 | 0.3 | $142.50 |
| Laura Prather | 12/12/2019 | Review and respond to correspondence from opposing counsel regarding discovery disputes and outstanding subpoenas. | $475.00 | 0.3 | $142.50 |
| Laura Prather | 12/13/2019 | Meet and confer with D. Bodney and S. Biss concerning deficiencies in Plaintiff's discovery responses and document production. | $475.00 | 0.8 | $380.00 |
| Laura Prather | 12/16/2019 | Review and respond to correspondence from opposing counsel regarding discovery disputes. | $475.00 | 0.1 | $47.50 |
| Laura Prather | 12/17/2019 | Confer with co-counsel regarding materials sent by Plaintiff and approach to discovery dispute. | $475.00 | 0.5 | $237.50 |
| Laura Prather | 12/17/2019 | Review and respond to correspondence from opposing counsel regarding discovery issues. | $475.00 | 0.3 | $142.50 |
| Wesley Lewis | 12/18/2019 | Draft letter to opposing counsel outlining deficiencies in document production. | $325.00 | 2.5 | $812.50 |
| Laura Prather | 12/18/2019 | Draft correspondence to client with draft Motion to Compel. | $475.00 | 0.1 | $47.50 |
| David Harper | 12/19/2019 | Review strategy and issues regarding Motion to Compel and related production issues by Plaintiff's counsel | $475.00 | 0.7 | $332.50 |
| Laura Prather | 12/19/2019 | Draft summary of necessary revisions to Motion to Compel for co-counsel as a result of deficiencies in Plaintiff's discovery responses. | $475.00 | 0.4 | $190.00 |
| Laura Prather | 12/19/2019 | Draft correspondence to opposing counsel regarding deficiencies in production and the potential for a forensic examination. | $475.00 | 0.4 | $190.00 |
| Laura Prather | 12/19/2019 | Draft correspondence to co-counsel outlining necessary revisions to Motion to Compel and Rule 11 Motion. | $475.00 | 0.4 | $190.00 |
| David Harper | 12/20/2019 | Review issues regarding possible Motion to Compel and spoliation issues. | $475.00 | 0.5 | $237.50 |
| ==Wesley Lewis== | ==12/23/2019== | ==Review documents produced by Fox News, Wheeler and compare to Butowsky production to assess deficiencies in Butowsky document production for inclusion in Motion to Compel.== | ==$325.00== | ==4.8== | ==$1,560.00== |
| Laura Prather | 12/30/2019 | Draft summary of Rich Motion to Compel and useful information for our Motion to Compel for client. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 12/31/2019 | Confer with co-counsel regarding Motion to Compel. | $475.00 | 0.1 | $47.50 |
| Stephanie Sivinski | 1/3/2020 | Revise draft Motion to Compel Butowsky. | $325.00 | 0.8 | $260.00 |
| Stephanie Sivinski | 1/4/2020 | Revise draft Motion to Compel documents from Plaintiff. | $325.00 | 2.5 | $812.50 |
| Wesley Lewis | 1/7/2020 | Revise draft of Motion to Compel E. Butowsky to address comments from L. Prather and client. | $325.00 | 2.1 | $682.50 |
| ==Wesley Lewis== | ==1/7/2020== | ==Conduct research to compile factual support in record for Motion to Compel.== | ==$325.00== | ==3.8== | ==$1,235.00== |

**Haynes and Boone, LLP**
**Fees Billed by Matter - NPR/Butowsky (57448.2)**
**For the Period 12/1/2019 and 6/9/2020**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Laura Prather | 1/7/2020 | Outline additional issues for inclusion in Motion to Compel against Butowsky. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 1/8/2020 | Review and revise Motion to Compel Butowsky. | $475.00 | 2.8 | $1,330.00 |
| Laura Prather | 1/8/2020 | Outline Declaration of W. Lewis in support of Motion to Compel. | $475.00 | 0.4 | $190.00 |
| Laura Prather | 1/9/2020 | Review client comments on Motion to Compel. | $475.00 | 0.2 | $95.00 |
| Wesley Lewis | 1/10/2020 | Draft and revise Declaration of W. Lewis in support of Motion to Compel E. Butowsky. | $325.00 | 4.5 | $1,462.50 |
| Wesley Lewis | 1/10/2020 | Revise Motion to Compel E. Butowsky by incorporating edits and revisions from L. Prather, [REDACTED]and [REDACTED]. | $325.00 | 4.1 | $1,332.50 |
| Laura Prather | 1/10/2020 | Review and respond to correspondence with client concerning Motion to Compel and Declaration in Support. | $475.00 | 0.6 | $285.00 |
| Laura Prather | 1/10/2020 | Make substantial revisions to Motion to Compel and incorporate additional documentary support as exhibits. | $475.00 | 3.7 | $1,757.50 |
| Laura Prather | 1/11/2020 | Review correspondence and proposed revisions to Motion to Compel from D. Bodney. | $475.00 | 0.6 | $285.00 |
| Laura Prather | 1/11/2020 | Draft correspondence to team regarding document production to be made in conjunction with Motion to Compel and series of filings for the upcoming week, including Motion to Compel Butowsky, Motion to Compel Sims, Motion to Compel Chapwood and Rule 11 Motion. | $475.00 | 0.3 | $142.50 |
| Laura Prather | 1/12/2020 | Review proposed revisions and comments to Motion to Compel. | $475.00 | 0.6 | $285.00 |
| Wesley Lewis | 1/13/2020 | Conduct research regarding necessity of filing Motion to Compel E. Butowsky under seal due to confidential nature of documents relied upon therein. | $325.00 | 1.2 | $390.00 |
| Wesley Lewis | 1/13/2020 | Revise and conduct citation check of Motion to Compel E. Butowsky. | $325.00 | 6.7 | $2,177.50 |
| Laura Prather | 1/13/2020 | Review revised Motion to Compel and Declaration of W. Lewis. | $475.00 | 0.5 | $237.50 |
| Stephanie Sivinski | 1/13/2020 | Analyze requirements for filing Motion to Compel under seal. | $325.00 | 1.1 | $357.50 |
| Laura Prather | 1/14/2020 | Confer with D. Bodney regarding confidentiality designation and impact on sealing v. redaction of Motion to Compel Butowsky. | $475.00 | 0.3 | $142.50 |
| Laura Prather | 1/15/2020 | Outline issues that have arisen relevant to Reply to Response to Motion to Compel. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 1/19/2020 | Review redacted Motion to Compel. | $475.00 | 1.0 | $475.00 |
| Laura Prather | 1/27/2020 | Review and revise draft unopposed motion and proposed order concerning Response and Reply to Motion to Compel. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 1/27/2020 | Review correspondence from S. Biss regarding Response to Motion to Compel. | $475.00 | 0.1 | $47.50 |
| Laura Prather | 1/27/2020 | Telephone call with S. Biss regarding pending Motion to Compel, Rule 11 Sanctions Motion, scheduling order and potential case resolution. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 1/28/2020 | Draft correspondence to [REDACTED] regarding recent filings of Motions to Compel and notice provided to opposing counsel of Rule 11 Motion. | $475.00 | 0.3 | $142.50 |
| Wesley Lewis | 2/3/2020 | Review Plaintiff's Response to Motion to Compel (.6). Draft summary of Plaintiff's Response to Motion to Compel for client (.2). | $325.00 | 0.8 | $260.00 |
| Laura Prather | 2/3/2020 | Review Plaintiff's Response to Motion to Compel. | $475.00 | 0.9 | $427.50 |
| Laura Prather | 2/3/2020 | Draft outline of Reply to Response to Motion to Compel. | $475.00 | 0.5 | $237.50 |
| Laura Prather | 2/4/2020 | Outline Reply to Response to Motion to Compel. | $475.00 | 0.2 | $95.00 |
| Stephanie Sivinski | 2/4/2020 | Read and analyze Motion to Compel Response filed by Plaintiff. | $325.00 | 0.4 | $130.00 |
| Stephanie Sivinski | 2/5/2020 | Develop strategy for Reply Brief in Support of the Motion to Compel Documents and Interrogatory Responses from Plaintiff. | $325.00 | 0.5 | $162.50 |
| Wesley Lewis | 2/6/2020 | Conduct legal research regarding objections on relevance grounds in response to a motion to compel documents. | $325.00 | 2.0 | $650.00 |
| Wesley Lewis | 2/6/2020 | Conduct legal research regarding showing necessary to rebut entitlement to documents or excuse failure to participate in discovery in response to a motion to compel documents. | $325.00 | 1.5 | $487.50 |
| Wesley Lewis | 2/6/2020 | Draft outline of Reply in Support of Motion to Compel E. Butowsky. | $325.00 | 2.1 | $682.50 |
| Laura Prather | 2/6/2020 | Confer with client regarding Reply to Response to Motion to Compel and request for forensic examination of Plaintiff's computer. | $475.00 | 0.3 | $142.50 |
| Wesley Lewis | 2/10/2020 | Revise and edit outline of Reply in Support of Defendants' Motion to Compel Ed Butowsky. | $325.00 | 1.8 | $585.00 |
| Laura Prather | 2/10/2020 | Confer with counsel regarding draft Reply to Response to Motion to Compel. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 2/10/2020 | Review and revise draft outline for Reply to Response to Motion to Compel. | $475.00 | 0.6 | $285.00 |
| Wesley Lewis | 2/11/2020 | Draft Reply in Support of Defendants' Motion to Compel E. Butowsky. | $325.00 | 4.5 | $1,462.50 |
| Wesley Lewis | 2/12/2020 | Continue drafting Reply in Support of Defendants' Motion to Compel E. Butowsky. | $325.00 | 3.8 | $1,235.00 |

**Haynes and Boone, LLP**
**Fees Billed by Matter - NPR/Butowsky (57448.2)**
**For the Period 12/1/2019 and 6/9/2020**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Laura Prather | 2/12/2020 | Review correspondence as potential exhibits to Reply to Response to Motion to Compel. | $475.00 | 0.3 | $142.50 |
| Laura Prather | 2/12/2020 | Review and revise draft Reply to Response to Motion to Compel. | $475.00 | 1.5 | $712.50 |
| Wesley Lewis | 2/13/2020 | Revise Reply in Support of Motion to Compel Butowsky and circulate updated draft to team. | $325.00 | 2.0 | $650.00 |
| Wesley Lewis | 2/13/2020 | Draft Declaration of L. Prather is support of Reply in Support of Defendants' Motion to Compel E. Butowsky. | $325.00 | 1.8 | $585.00 |
| Wesley Lewis | 2/13/2020 | Compile proposed Exhibits to Declaration of Laura Prather in Support of Reply in Support of Defendants' Motion to Compel E. Butowsky. | $325.00 | 1.3 | $422.50 |
| Wesley Lewis | 2/13/2020 | Telephonic conference with team regarding pending Motions to Compel and for Sanctions. | $325.00 | 0.9 | $292.50 |
| Wesley Lewis | 2/13/2020 | Telephonic conference with I. Bucon regarding status of Butowsky document production and number of documents produced by Plaintiff for purposes of inclusion in Reply in Support of Defendants' Motion to Compel Butowsky. | $325.00 | 0.3 | $97.50 |
| Laura Prather | 2/13/2020 | Review proposed exhibits to Reply to Response to Motion to Compel. | $475.00 | 0.3 | $142.50 |
| Laura Prather | 2/13/2020 | Review and revise new draft Reply to Response to Motion to Compel. | $475.00 | 1.0 | $475.00 |
| Wesley Lewis | 2/14/2020 | Revise draft Prather Declaration in support of Reply in Support of Defendants' Motion to Compel. | $325.00 | 0.5 | $162.50 |
| Laura Prather | 2/14/2020 | Review revised draft of Reply to Response to Motion to Compel. | $475.00 | 0.8 | $380.00 |
| Laura Prather | 2/14/2020 | Confer regarding Declaration in Support of Reply to Response to Motion to Compel and exhibits attached thereto. | $475.00 | 0.3 | $142.50 |
| Laura Prather | 2/15/2020 | Review revised Declaration, Reply to Response to Motion to Compel and exhibits. | $475.00 | 0.7 | $332.50 |
| Laura Prather | 2/16/2020 | Review revised Reply to Response to Motion to Compel and draft Declaration. | $475.00 | 0.7 | $332.50 |
| Wesley Lewis | 2/17/2020 | Draft correspondence to team regarding Defendant's Notice of Correction in A. Rich litigation and impact on Defendants' Motion to Compel Plaintiff. | $325.00 | 0.3 | $97.50 |
| Laura Prather | 2/17/2020 | Review and revise draft Declaration in Support of Reply to Response to Motion to Compel. | $475.00 | 1.8 | $855.00 |
| Laura Prather | 2/17/2020 | Review and revise draft Reply to Response to Motion to Compel in light of recent representations by E. Quainton concerning document production. | $475.00 | 0.9 | $427.50 |
| Wesley Lewis | 2/18/2020 | Conduct final review of Reply in Support of Defendants' Motion to Compel E. Butowsky and corresponding exhibits to ensure document is ready for filing. | $325.00 | 1.9 | $617.50 |
| Laura Prather | 2/18/2020 | Revise and finalize Reply to Response to Motion to Compel. | $475.00 | 0.2 | $95.00 |
| Laura Prather | 2/18/2020 | Review and finalize Declaration in Support of Reply to Response to Motion to Compel. | $475.00 | 0.7 | $332.50 |
| David Harper | 4/8/2020 | Review draft outlines for supplemental authority in support of Motion to Compel and other draft pleadings. | $475.00 | 0.3 | $142.50 |
| Stephanie Sivinski | 4/8/2020 | Draft outline for draft Notice of Supplemental Authority regarding Motion to Compel. | $475.00 | 0.4 | $190.00 |
| Laura Prather | 4/24/2020 | Review AT&T record analysis and trends that can be drawn from analysis to support Notice of Supplemental Evidence in support of Motion to Compel. | $475.00 | 0.3 | $142.50 |
| Stephanie Sivinski | 4/25/2020 | Identify potential sources of citation for Notice of Supplemental Evidence in support of Motion to Compel. | $475.00 | 0.4 | $190.00 |
| Stephanie Sivinski | 4/26/2020 | Begin drafting Notice of Supplemental Evidence in support of Motion to Compel. | $475.00 | 0.6 | $285.00 |
| Stephanie Sivinski | 4/27/2020 | Identify examples of documents produced in A. Rich's case but not in NPR for inclusion in the Notice of Supplemental Evidence in Support of the Motion to Compel. | $475.00 | 1.0 | $475.00 |
| Stephanie Sivinski | 4/27/2020 | Review documents produced by Butowsky to compare the number of Zimmerman text messages produced with the number disclosed in the AT&T call records for use in the Notice of Supplemental Evidence in support of the Motion to Compel. | $475.00 | 2.1 | $997.50 |
| Stephanie Sivinski | 4/27/2020 | Continue drafting Notice of Supplemental Evidence in Support of Motion to Compel. | $475.00 | 1.0 | $475.00 |
| Stephanie Sivinski | 4/28/2020 | Continue drafting Notice of Supplemental Evidence in Support of Motion to Compel documents from Butowsky. | $475.00 | 1.7 | $807.50 |
| Stephanie Sivinski | 4/29/2020 | Revise draft notice of supplemental evidence in support of Motion to Compel. | $475.00 | 3.6 | $1,710.00 |

**Haynes and Boone, LLP**
**Fees Billed by Matter - NPR/Butowsky (57448.2)**
**For the Period 12/1/2019 and 6/9/2020**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| David Harper | 4/30/2020 | Review and revise draft Notice of Supplemental Authority as to Motion to Compel. | $475.00 | 0.4 | $190.00 |
| | | | | 109.2 | $42,210.00 |

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Bucon,I.O. | 11/24/2019 | Research Fifth Circuit case law re: motion to compel discovery pursuant to Fed. R. Civ. P. 37. | $395.00 | 0.60 | $237.00 |
| Bucon,I.O. | 11/25/2019 | Review local rules re: discovery to prepare to draft motion to compel discovery from Plaintiff. | $395.00 | 0.20 | $79.00 |
| Bucon,I.O. | 11/25/2019 | Draft motion to compel discovery from Plaintiff pursuant to Fed. R. Civ. P. 37. | $395.00 | 0.90 | $355.50 |
| Bucon,I.O. | 11/26/2019 | Continue to draft motion to compel discovery from Plaintiff pursuant to Fed. R. Civ. P. 37. | $395.00 | 1.20 | $474.00 |
| Bucon,I.O. | 11/27/2019 | Review and evaluate local rules re: discovery disputes to inform strategy for motion to compel. | $395.00 | 0.20 | $79.00 |
| Bucon,I.O. | 12/10/2019 | Research and analysis of Fifth Circuit case law re: discovery objections, motion to compel and sanctions. | $395.00 | 1.00 | $395.00 |
| Bucon,I.O. | 12/10/2019 | Draft motion to compel discovery re: plaintiff's deficient discovery responses. | $395.00 | 0.70 | $276.50 |
| Bucon,I.O. | 12/11/2019 | Draft motion to compel discovery re: plaintiff's discovery deficiencies. | $395.00 | 1.50 | $592.50 |
| Bodney,D. | 12/12/2019 | Analysis of issues in motion to compel | $485.00 | 0.20 | $97.00 |
| Bucon,I.O. | 12/12/2019 | Research and analyze Fifth Circuit case law re: Rule 37 motions to compel discovery and sanctions. | $395.00 | 1.80 | $711.00 |
| Bucon,I.O. | 12/12/2019 | Draft motion to compel discovery from plaintiff. | $395.00 | 2.00 | $790.00 |
| Bodney,D. | 12/13/2019 | Draft memorandum for clients re: [redacted] motion to compel. | $485.00 | 0.70 | $339.50 |
| Bodney,D. | 12/13/2019 | Revise draft Motion to Compel Discovery. | $485.00 | 0.80 | $388.00 |
| Bodney,D. | 12/13/2019 | Electronic communications with defense team re: Motion to Compel. | $485.00 | 0.10 | $48.50 |
| Bucon,I.O. | 12/17/2019 | Draft, review and revise motion to compel discovery in light of plaintiff's initial document production. | $395.00 | 3.00 | $1,185.00 |
| Bucon,I.O. | 12/30/2019 | Review and revise motion to compel discovery [for: redacted]. | $395.00 | 2.90 | $1,145.50 |
| Bucon,I.O. | 12/31/2019 | Review and analyze plaintiff's document production [for: redacted] motion to compel discovery. | $395.00 | 2.50 | $987.50 |
| Bucon,I.O. | 12/31/2019 | Review and revise motion to compel discovery [re: redacted]. | $395.00 | 2.60 | $1,027.00 |
| Bucon,I.O. | 01/02/2020 | Review and revise motion to compel plaintiff to comply with defendants' discovery requests. | $395.00 | 1.00 | $395.00 |
| Bodney,D. | 01/09/2020 | Revise motion to compel discovery. | $485.00 | 2.00 | $970.00 |
| Bodney,D. | 01/09/2020 | Teleconference with [client] re motion to compel. | $485.00 | 0.50 | $242.50 |
| Bucon,I.O. | 01/09/2020 | Review and evaluate revised motion to compel plaintiff's discovery responses. | $395.00 | 0.50 | $197.50 |

Page 1 of 4

<mark>Case 4:18-cv-00442-ALM-CMC Document 177-1 Filed 07/15/20 Page 7 of 9 PageID #: 9148</mark>

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Bodney, D. | 01/10/2020 | Revise motion to compel and W. Lewis Declaration, including references to rules and exhibits. | $485.00 | 3.00 | $1,455.00 |
| Bodney, D. | 01/10/2020 | Teleconference with [client] re motion to compel [redacted]. | $485.00 | 0.10 | $48.50 |
| Bodney, D. | 01/11/2020 | Revise draft Motion to Compel and Declaration. | $485.00 | 3.70 | $1,794.50 |
| Bodney, D. | 01/11/2020 | Electronic communication with client re draft Motion to Compel and Declaration in support thereof. | $485.00 | 0.20 | $97.00 |
| Bodney, D. | 01/13/2020 | Attention to service and filing issues stemming from Motion to Compel. | $485.00 | 0.20 | $97.00 |
| Bodney, D. | 01/13/2020 | Review client's suggested edits to motion to compel. | $485.00 | 0.10 | $48.50 |
| Bodney, D. | 01/13/2020 | Conferences with I. Bucon re filing of Motion to Compel under seal and possible | $485.00 | 0.20 | $97.00 |
| Bodney, D. | 01/13/2020 | Electronic communications with [client] re [redacted] Motion to Compel. | $485.00 | 0.10 | $48.50 |
| Bodney, D. | 01/13/2020 | Teleconference with W. Lewis re edits to Declaration and filing of Motion to Compel and accompanying exhibits under seal. | $485.00 | 0.20 | $97.00 |
| Bucon, I.O. | 01/13/2020 | Review and revise motion to compel discovery from plaintiff and supporting | $395.00 | 1.50 | $592.50 |
| Bucon, I.O. | 01/13/2020 | ==Review and analyze plaintiff's document production [for: redacted] motion to compel and accompanying declaration.== | ==$395.00== | ==1.00== | ==$395.00== |
| Bucon, I.O. | 01/13/2020 | Evaluate scope of protective order [re: redacted] motion to compel discovery. | $395.00 | 0.30 | $118.50 |
| Bodney, D. | 01/14/2020 | Review Order re duty to file redacted Motion to Compel. | $485.00 | 0.10 | $48.50 |
| Bodney, D. | 01/14/2020 | Follow-up with W. Lewis and I. Bucon re redaction of Motion to Compel and Exhibits. | $485.00 | 0.20 | $97.00 |
| Bucon, I.O. | 01/14/2020 | Review and analyze stipulated protective order to evaluate scope of necessary redactions for public motion to compel. | $395.00 | 1.30 | $513.50 |
| Bodney, D. | 01/15/2020 | Review, analyze and supplement proposed redacted versions of motion to compel and exhibits thereto. | $485.00 | 0.40 | $194.00 |
| Bodney, D. | 01/15/2020 | Electronic communications with client re [redacted] motion to compel. | $485.00 | 0.10 | $48.50 |
| Bucon, I.O. | 01/15/2020 | Review motion to compel and evaluate redactions necessary to prevent disclosure of information protected by stipulated protective order. | $395.00 | 2.50 | $987.50 |
| Bodney, D. | 01/16/2020 | Electronic communication with [client] re [redacted] motion to compel. | $485.00 | 0.10 | $48.50 |
| Bodney, D. | 02/03/2020 | Review and analysis of Plaintiff's Response to Motion to Compel | $485.00 | 0.20 | $97.00 |
| Bodney, D. | 02/04/2020 | Electronic communications with L. Prather re: reply in support of motion to compel | $485.00 | 0.20 | $97.00 |

<mark>Page 2 of 4</mark>

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Bucon, I.O. | 02/04/2020 | Review and evaluate Plaintiff's Response to Defendants' Motion to Compel Discovery | $395.00 | 0.50 | $197.50 |
| Bodney, D. | 02/06/2020 | Review client e-mail re: [redacted] reply in support of motion to compel | $485.00 | 0.20 | $97.00 |
| Bucon, I.O. | 02/06/2020 | E-mail correspondence from [client] re: reply in support of motion to compel discovery from plaintiff | $395.00 | 0.10 | $39.50 |
| Bodney, D. | 02/07/2020 | Electronic communications with client and defense team re: reply in support of motion to compel | $485.00 | 0.30 | $145.50 |
| Bucon, I.O. | 02/07/2020 | Review and evaluate reply in support of motion to compel discovery from plaintiff [redacted] | $395.00 | 0.80 | $316.00 |
| Bodney, D. | 02/08/2020 | Conference with W. Lewis and I. Bucon re: Reply in Support of Motion to Compel | $485.00 | 0.40 | $194.00 |
| Bodney, D. | 02/10/2020 | Electronic communications with defense team re: [redacted] Motion to Compel | $485.00 | 0.10 | $48.50 |
| Bodney, D. | 02/10/2020 | Review and revise outline of Reply in Support of Motion to Compel | $485.00 | 0.50 | $242.50 |
| Bodney, D. | 02/12/2020 | Review and revise Reply in Support of Motion to Compel Discovery Pursuant to Fed. R. Civ. P. 37 | $485.00 | 1.50 | $727.50 |
| Bodney, D. | 02/12/2020 | Electronic communications with L. Prather re: [redacted] Motion to Compel | $485.00 | 0.20 | $97.00 |
| Bucon, I.O. | 02/12/2020 | Review, evaluate and revise draft reply in support of motion to compel discovery | $395.00 | 2.70 | $1,066.50 |
| Bodney, D. | 02/13/2020 | Teleconference with [client] re: Reply in Support of Motion to Compel | $485.00 | 0.20 | $97.00 |
| Bodney, D. | 02/13/2020 | Electronic communications with client re: Reply in Support of Motion to Compel [redacted] | $485.00 | 0.20 | $97.00 |
| Bodney, D. | 02/13/2020 | Review and revise Reply in Support of Motion to Compel Discovery, including review of proposed exhibits, Plaintiff's Response and exhibits to original Motion | $485.00 | 2.90 | $1,406.50 |
| Bucon, I.O. | 02/13/2020 | Review and revise reply in support of defendants' motion to compel discovery from plaintiff | $395.00 | 2.50 | $987.50 |
| Bodney, D. | 02/14/2020 | Electronic communications with clients re: draft Reply in Support of Motion to Compel Discovery | $485.00 | 0.20 | $97.00 |
| Bodney, D. | 02/14/2020 | Review and analysis of proposed exhibits to Reply in Support of Motion to Compel | $485.00 | 0.20 | $97.00 |
| Bodney, D. | 02/14/2020 | Review [redacted] Reply in Support of Motion to Compel | $485.00 | 0.30 | $145.50 |
| Bodney, D. | 02/14/2020 | Review and revise draft Reply in Support of Motion to Compel | $485.00 | 0.70 | $339.50 |
| Bucon, I.O. | 02/14/2020 | Review, evaluate and proof citations to record and exhibits in draft Reply in support of Motion to Compel | $395.00 | 1.50 | $592.50 |

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Bucon,I.O. | 02/14/2020 | Confer with D. Bodney and W. Lewis re: [redacted] Reply in support of Defendants' Motion to Compel Discovery | $395.00 | 0.20 | $79.00 |
| Bodney,D. | 02/15/2020 | Review and revise draft Declaration in Support of Reply in Support of Motion to Compel Discovery Pursuant to Fed. R. Civ. P 37 | $485.00 | 0.70 | $339.50 |
| Bodney,D. | 02/15/2020 | Electronic communications with W. Lewis re: edits to [redacted] Reply in Support of Motion to Compel Discovery | $485.00 | 0.30 | $145.50 |
| Bodney,D. | 02/15/2020 | Review [redacted] Declaration in Support of Reply in Support of Motion to Compel Discovery | $485.00 | 0.20 | $97.00 |
| Bucon,I.O. | 02/16/2020 | Review and revise draft Reply in support of Defendants' Motion to Compel Discovery to reflect [redacted] re: same | $395.00 | 1.00 | $395.00 |
| Bodney,D. | 02/17/2020 | Electronic Communications with defense team re: [redacted] Reply in Support of Motion to Compel | $485.00 | 0.20 | $97.00 |
| Bucon,I.O. | 02/17/2020 | Review, revise and proof Reply in support of Motion to Compel Discovery | $395.00 | 1.70 | $671.50 |
| Bucon,I.O. | 02/17/2020 | Review and evaluate Reply in support of Motion to Compel Discovery and related Declaration of L. Prather [redacted]. | $395.00 | 0.50 | $197.50 |
| Bucon,I.O. | 02/17/2020 | Review, cite-check and proof Declaration of L. Prather authenticating exhibits to Defendants' Reply in support of Motion to Compel Discovery | $395.00 | 0.50 | $197.50 |
| | | | Bodney Subtotal | | $11,009.50 |
| | | | Bucon Subtotal | | $16,274.00 |
| | | | Grand Total | | $27,283.50 |