# Exhibit 1

# Butowsky v Folkenflik | Document Review Update

| | |
|---|---|
| From: | Peterson, Heather (heather.peterson@kldiscovery.com) |
| To: | tyclevenger@yahoo.com |
| Cc: | kld_ty_butowsky_6255811@kldiscovery.com; reviewmanagers-edenprairie@kldiscovery.com |
| Date: | Monday, August 3, 2020, 06:01 PM EDT |

Hi Ty,

Below is an update on the progress of the KLD document review through this afternoon.  As you can see, we have a little over 7,000 documents left in the original set of 16,779 documents.  I should have a better idea tomorrow on how much longer it will take for us to complete the review and do our QC checks and redactions.

Please let me know if you have any questions!

| Butowsky v. Folkenflik | |
|---|---|
| **Document Review** | |
| **Daily Review Metrics** | |
| **Monday, August 3, 2020** | |
| | |
| Total Reviewed | 9,657 |
| Total Remaining | 7,122 |
| | |
| **Tags** | **Documents** |
| Responsiveness | |
| Responsive | 2,405 |
| Non-Responsive | 7,225 |
| Technical Issue | 27 |
| Privilege | |
| Privileged (Attorney Client) | 1,175 |
| Work Product | 158 |
| Not Privileged | 1,262 |
| Hot | |
| Hot | 127 |
| Redaction | |
| Needs Redaction | 27 |
| Redaction Complete | - |
| | - |

Thanks,

Heather

**Heather Peterson, Esq.**
Review Manager

9023 Columbine Road
Eden Prairie, MN 55347
+1 952.358.5416 Office
+1 612.597.8941 Mobile
heather.peterson@kldiscovery.com

www.kldiscovery.com

Experience the Difference with

KLDiscovery Ontrack, LLC, registered in Minnesota with trading address at 9023 Columbine Road, Eden Prairie, MN 55347, USA.

This communication contains information that is confidential, proprietary in nature, and may also be attorney-client privileged and/or work product privileged. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) or the person responsible for delivering it to the intended recipient(s), please note that any form of dissemination, distribution or copying of this communication is strictly prohibited and may be unlawful. If you have received this communication in error, please immediately notify the sender and delete the original communication.

For information on how we collect, process and retain your personal data, please see our Privacy Policy.