# Exhibit 2

# Butowsky v Folkenflik - Responsive email is in Goldfynch

From: richard@onlinesecurity.com
To: tyclevenger@yahoo.com
Cc: balot@onlinesecurity.com
Date: Tuesday, July 21, 2020, 06:07 PM EDT

Ty,

I have uploaded the email responsive to the 224 keywords into a Goldfynch repository. It has been processed and is ready for review. I added you as a user and you should have a received an email from Goldfynch with access information.

If you would like me to setup accounts for the KLDiscovery review staff please send me their email addresses and I will get that done. We will need to arrange a time to train them on the Goldfynch interface.

Richard


Richard Gralnik
V.P. of Forensic Investigations
**OnlineSecurity, Inc.**

3000 S. Robertson Blvd., Suite 288
Los Angeles, CA. 90034
Phone: 310.815.8855 Ext. 218
Fax: 310.815.8808

Cell: 310.569.5141

richard@onlinesecurity.com

www.onlinesecurity.com

# OnlineSecurity ™

**Comprehensive Litigation Support**

This email may contain material that is confidential and/or privileged information for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you have received this transmission in error, please promptly notify the sender by reply email and then delete all copies of the transmission. Thank you.