# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,** <br><br> Plaintiff, <br><br> v. <br><br> **David Folkenflik, et al.,** <br><br> Defendants | Case No. 4:18-cv-442-ALM |

## DECLARATION OF EDWARD BUTOWSKY

My name is Edward Butowsky, I am greater than 18 years of age and competent to testify, and I do testify as follows under penalty of perjury under the laws of the United States, as witnessed by my signature below:

I have not had a left hip – artificial or otherwise – since my last artificial hip was removed on January 10, 2020.

After experiencing severe pain, I was admitted to Texas Health Presbyterian Plano during the week of July 20, 2020 to determine if the chronic infection from my previous hip surgery had returned. My doctors determined that my symptoms were not caused by an infection.

On July 30, 2020, I learned that I was scheduled for surgery on August 3, 2020 to install a new artificial hip. Based on past experience, I expect to be hospitalized and largely incapacitated for about one week.

THE DECLARANT SAYS NOTHING FURTHER.

Date: Aug 2, 2020

Edward Butowsky