# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**     Plaintiff, v. **David Folkenflik, et al.,**     Defendants | Case No. 4:18-cv-442-ALM |

## ORDER

Defendant Edward Butowsky's Unopposed Motion for Extension of Deadlines (Doc. No. 178) is now before the Court. The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**. It is

**ORDERED** the outstanding deadlines in the July 7, 2020 Order (Doc. No. 172) are extended from August 4, 2020 until **August 12, 2020**.

**SIGNED this 5th day of August, 2020.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE