# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**  Plaintiff,  v.  **David Folkenflik, et al.,**  Defendants | Case No. 4:18-cv-442-ALM |

## UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

NOW COMES Edward Butowsky, the Plaintiff, moving the Court to grant him permission to file documents under seal pursuant to Local Rule 5(a)(7):

In the Plaintiff's Response to Defendants' Application for Attorney Fees (Doc. No. 173), the Plaintiff indicated that he would provide approximately 450 pages of medical records to document the seriousness of his ongoing medical problems. Given the privacy interests at stake, the Plaintiff moves the Court to grant him permission to file his medical records under seal.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Attorney for Plaintiff Edward Butowsky**

- 2 -

## CERTIFICATE OF CONFERENCE

      I certify that I conferred with Counsel for the Defendants via email on August 6, 2020, and they indicated that the Defendants do not oppose this motion to file documents under seal.

      **/s/ Ty Clevenger**
      Ty Clevenger

## CERTIFICATE OF SERVICE

      I certify that a copy of this document was filed with the Court's ECF system on August 6, 2020, which should result in automatic notification to all counsel of record.

      **/s/ Ty Clevenger**
      Ty Clevenger