# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>     Plaintiff,<br><br>v.<br><br>**David Folkenflik, et al.,**<br><br>     Defendants | Case No. 4:18-cv-442-ALM-CMC |

## ORDER

Plaintiff Edward Butowsky's Unopposed Motion to File Documents Under Seal (Doc. No. 180) is now before the Court. The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**. It is

**ORDERED** the Plaintiff is permitted to file the medical records under seal.

**SIGNED this 7th day of August, 2020.**

_/s/ Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE