# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,** | |
| Plaintiff, | |
| v. | Case No. 4:18-cv-442-ALM |
| **David Folkenflik, et al.,** | |
| Defendants | |

# ORDER

The Plaintiff's Unopposed Motion to Modify Order (Doc. No. ___) is now before the Court.  The motion is GRANTED, and the Plaintiff's Response in Opposition to Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 is deemed filed as of August 7, 2020.