IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>      Plaintiff,<br><br>v.<br><br>**David Folkenflik, et al.,**<br><br>      Defendants | Case No. 4:18-cv-442-ALM-CMC |

# ORDER

The Plaintiff's Unopposed Motion to Modify Order (Doc. No. 183) is now before the Court. The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**. Accordingly, it is

**ORDERED** the Clerk of the Court shall file Plaintiff's Response in Opposition to Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37, attached as Exhibit 1 to Plaintiff's Unopposed Motion to Modify Order (Doc. No. 183). It is further

**ORDERED** Defendants may file a reply on or before August 14, 2020.

**SIGNED this 10th day of August, 2020.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE