# EXHIBIT A



**Results for:** "Ed Butowsky" AND ("Seth Rich" OR (Russia! /3 Hack...

**News**

1. Prime-Time Conspiracy Theory

   The Weekly Standard | Jun 05, 2017 | Vol. 22; No. 37 | 1476 | John McCormackThe Weekly Standard

   ... to his family. It remains a heartbreaking mystery, but the reason **Seth Rich**'s murder became a national story this month is because of the conspiracy theories surrounding it namely the claim that **Seth Rich** was involved in the **hacking** of **DNC emails**, a batch of which were published by **WikiLeaks** 12 days after Rich's death. The conspiracy was stoked by Julian Assange of **WikiLeaks** and by Donald Trump ally Roger Stone in 2016, but it ...
   ... tangible evidence on Rich's laptop that confirms he was communicating with **WikiLeaks** prior to his death. Wheeler's investigation was funded by wealthy Dallas businessman (and Breitbart News contributor) **Ed Butowsky** , but Wheeler had signed a contract with the Rich family ...
   ... the local Fox TV interview, quickly zipped around the Internet: Dead **DNC** Staffer 'Had Con-tact' with **WikiLeaks**, read the Drudge Report banner headline. Not ...
   ... FBI analysis of a computer belonging to Rich contained thousands of **e-mails** to and from **WikiLeaks** , NBC's Alex Seitz-Wald reported. Local police in Washington, D.C., never ...
   ... that the FBI never played any role in the investigation of **Seth Rich** 's murder, Rich family spokesman Brad Bauman tells me. According to ...

2. Lawmaker: DNC hack 'insider job'

   The Dallas Morning News | May 25, 2017 | NEWS; Pg. A06 | 426 | JAMIE LOVEGROVEWashington Bureau

   ... increasingly popular conspiracy theory propagated by some prominent right-wing personalities that **Seth Rich**, a former Democratic National Committee staffer who was gunned down in Washington last year, may have been the **WikiLeaks** source who provided the **DNC emails**. A  Dallas -based financial adviser, **Ed Butowsky** , has played a role in the recent resurrection of the ...
   ... then announced there was evidence that Rich was in contact with **WikiLeaks** before walking the claim back....
   ... increasingly popular conspiracy theory propagated by some prominent right-wing personalities that **Seth Rich**, a former Democratic National Committee staffer who was gunned down in Washington last year, may have been the **WikiLeaks** source who provided the **DNC emails**. A  Dallas -based financial adviser, **Ed Butowsky** , has played a role in the recent resurrection of the ...
   ... then announced there was evidence that Rich was in contact with **WikiLeaks** before walking the claim back. Fox News   retracted its story about the alleged Rich-**WikiLeaks** connection on Tuesday....

3. All It Takes Is a Story and Someone to Believe It

   The New York Times | May 25, 2017 | Section B; Column 0; Business/Financial Desk; Pg. 3; MEDIATOR | 1160 | By JIM RUTENBERG

   ... But as the **Seth Rich** story shows, we're going to need a bigger algorithm.   In case you haven't been following it, the **Seth Rich** conspiracy holds that before his death (or, in this version of ...
   ... had been involved in the leaking of Clinton campaign emails to **WikiLeaks**, which the  United States  intelligence community has attributed to **Russian**-sponsored **hackers**....

... Kim Dotcom claims he has evidence that proves murdered DNC staffer **Seth Rich** was involved in the **WikiLeaks hack**."   The article explained that Kim Dotcom is "a New Zealand **hacker**" -- wanted in the ...

... family as saying that Mr. Rich had been in contact with **WikiLeaks** before his death. But when questioned by Oliver Darcy of CNN, ...

... reporter who interviewed him about the case had told him. ( **Ed Butowsky** , a Dallas businessman who criticized Hillary Clinton last year, acknowledged ...

... PHOTO: Sean Hannity had been perpetrating a conspiracy theory about the **Seth Rich** murder on his nightly Fox News show. (PHOTOGRAPH BY CAROLYN KASTER/ASSOCIATED ...

... the unsolved murder of a Democratic National Committee staff member named **Seth Rich** -- it's this: Fake news dies hard. God knows people have ...

4. [What does it take for Sean Hannity to abandon a conspiracy theory?](#)

Washington Post Blogs | May 24, 2017 | 1565 | Erik Wemple

... is getting more mysterious by the day, surrounding the murder of **DNC** staffer **Seth Rich**. One thing I will tell you, my opinion, strongly, guess what: It wasn't a robbery. Was he talking to **WikiLeaks** ? We'll investigate. And if he did, does this blow the ...

... questions, even though there is an effort that nobody talk about **Seth Rich** ." On Twitter , Hannity's defiance was, perforce, a bit more ...

... Wheeler, had seen evidence that Rich had been in contact with **WikiLeaks** before his death. Hannity loved it - here was a story ...

... would fuel innumerable segments on "Hannity." "If this is true and **Seth Rich** gave **WikiLeaks** the **DNC emails** which ultimately led to the firing - remember Debbie Wasserman Schultz on the eve of the **DNC** convention? - this blows the whole Russia collusion narrative completely out ...

... narrative remains in the water. Over the longer term, however, the **Seth Rich** story provides a case study in just how much counter-evidence, how ...

... this matter at this time," said Hannity. "This matter" is the **Seth Rich** story. Last July, the 27-year-old Rich, who worked at the  Democratic National Committee  ( ...

5. [Seth Rich and the myth behind the unsolved murder case](#)

CNN.com | May 24, 2017 | US | 769 | By Faith Karimi, CNN

   **Seth Rich** and the myth behind the unsolved murder case By Faith Karimi, CNN More than a year ago, **Seth Rich** was shot in the back as he made his way home ...

... him and why have made headlines on several occasions. The young **DNC** staffer died just as he was on the cusp of starting ...

... during his teenage years. Related: Fox News removes false story on **Seth Rich** 's murder Long before he headed to Washington, a US senator ...

... was hired on the Rich family's behalf by wealthy Republican businessman **Ed Butowsky** to investigate Rich's death, has filed a lawsuit against Fox News ...

... Rich's job at the **DNC** focused on a project to help voters find their polling places. ...

... months, right-wing media outlets have floated unproven theories that Rich provided **WikiLeaks** thousands of internal **DNC emails** , and suggested that his death might have been connected with ...

... conspiracy theory that he was murdered last year because he provided **WikiLeaks** with **emails** from the **DNC**. Theories on who killed him and why have made headlines on several occasions. The young **DNC** staffer died just as he was on the cusp of starting ...

6. [Sean Hannity, a Murder and Why Fake News Endures;Mediator](#)

The New York Times | May 24, 2017 | BUSINESS; media | 1196 | JIM RUTENBERG

... Kim Dotcom claims he has evidence that proves murdered DNC staffer **Seth Rich** was involved in the **WikiLeaks hack**." The article explained that Kim Dotcom is "a New Zealand **hacker**" — ...

... PHOTO: Sean Hannity had been perpetrating a conspiracy theory about the **Seth Rich** murder on his nightly  Fox News  show. (PHOTOGRAPH BY CAROLYN KASTER/ASSOCIATED PRESS) Related Articles • Fox News  Retracts **Seth Rich** Story That Stirred Controversy...

... naked lies dressed in the colors of veracity. But as the **Seth Rich** story shows, we're going to need a bigger algorithm. In case you haven't been following it, the **Seth Rich** ...

... reporter who interviewed him about the case had told him. ( **Ed Butowsky** , a Dallas businessman who criticized Hillary Clinton last year, acknowledged ...

... Fake News Endures Mediator JIM RUTENBERG As the case of the **Seth Rich** murder shows, uncorroborated stories will spread as long as some people ...

... the unsolved murder of a Democratic National Committee staff member named **Seth Rich** — it's this: Fake news dies hard. God knows people have ...

7. [WND Desperately Tries to Justify Its Seth Rich Obsession](#)

Newstex Blogs | May 24, 2017 | 948

... WND Desperately Tries to Justify Its **Seth Rich** Obsession May 24, 2017( ConWebBlog: http://conwebwatch.tripod.com/blog / Delivered by Newstex)  WND Desperately Tries to Justify Its **Seth Rich** Obsession Topic: WorldNetDailyWorldNetDaily's sick[1] obsession[2] with portraying the death of **Seth Rich** as a Clinton/ Russia /whomever conspiracy is yielding diminishing returns as ...

... anyone who pokes around at stories about such the murder of **Seth Rich** is a 'conspiracy theorist.'" Funny how a guy who insists that ...

... representative who allegedly called police and the family of murdered DNC staffer **Seth Rich** and demanded to know why a private investigator was 'snooping' into ...

... Crokin and Powe also tout a claim tha Rich was a **WikiLeaks** sourceby Kim Dotcom, whom they describe as "the hacker described as ...

... http://conwebwatch.tripod.com/blog/index.blog/2364075/wnd-goes-all-in-on-discredited- **seth-rich**-conspiracy-theories/  [ 2]:          http://conwebwatch.tripod.com/blog/index.blog/2364105/wnd-still-wont-admit-**seth-rich**-story-is-fake-news/  [ 3]:          http://www.wnd.com/2017/05/who-do-you-think-killed-**seth-rich**/...

... Delivered by Newstex) WND Desperately Tries to Justify Its **Seth Rich** Obsession Topic: WorldNetDailyWorldNetDaily's sick[1] obsession[2] with portraying the death of **Seth Rich** as a Clinton/ Russia /whomever conspiracy is yielding diminishing returns as ...

... anyone who pokes around at stories about such the murder of **Seth Rich** is a 'conspiracy theorist.'" Funny how a guy who insists that ...

8. [WND Desperately Tries to Justify Its Seth Rich Obsession](#)

State Capital Newsfeed | May 24, 2017 | 948

... WND Desperately Tries to Justify Its **Seth Rich** Obsession May 24, 2017( ConWebBlog: http://conwebwatch.tripod.com/blog/Delivered  by Newstex)  WND Desperately Tries to Justify Its **Seth Rich** Obsession Topic: WorldNetDailyWorldNetDaily's sick[1] obsession[2] with portraying the death of **Seth Rich** as a Clinton/ Russia /whomever conspiracy is yielding diminishing returns as ...

... anyone who pokes around at stories about such the murder of **Seth Rich** is a 'conspiracy theorist.'" Funny how a guy who insists that ...

... representative who allegedly called police and the family of murdered DNC staffer **Seth Rich** and demanded to know why a private investigator was 'snooping' into ...

... Crokin and Powe also tout a claim tha Rich was a **WikiLeaks** sourceby Kim Dotcom, whom they describe as "the hacker described as ...

... http://conwebwatch.tripod.com/blog/index.blog/2364075/wnd-goes-all-in-on-discredited- **seth-rich**-conspiracy-theories/  [ 2]:          http://conwebwatch.tripod.com/blog/index.blog/2364105/wnd-still-wont-admit-**seth-rich**-story-is-fake-news/  [ 3]:          http://www.wnd.com/2017/05/who-do-you-think-killed-**seth-rich**/...

... by Newstex) WND Desperately Tries to Justify Its **Seth Rich** Obsession Topic: WorldNetDailyWorldNetDaily's sick[1] obsession[2] with portraying the death of **Seth Rich** as a Clinton/ Russia /whomever conspiracy is yielding diminishing returns as ...

... anyone who pokes around at stories about such the murder of **Seth Rich** is a 'conspiracy theorist.'" Funny how a guy who insists that ...

9. [THE BASELESS CLAIM THAT SLAIN DNC STAFFER SETH RICH GAVE EMAILS TO WIKILEAKS](#)

Tampa Bay Times | May 23, 2017 | Pg. 0; PUNDITFACT | 1487 | LAUREN CARROLL

... laptop and the relationship between the Washington mayor's office and the **DNC**. "But you have sources at the FBI saying there is information that could link **Seth Rich** to **WikiLeaks** ?" asked the WTTG-TV reporter. "Absolutely," Wheeler replied. "Yeah, and that's ...

... release any Republican-related data." - - - Our ruling Gingrich said **DNC** staffer **Seth Rich** "apparently was assassinated at 4 in the morning, having given **WikiLeaks** something like 53,000 **emails** and 17,000 attachments. ... It turns out, it wasn't the **Russians**." There is no trustworthy evidence supporting the theory that Rich was **WikiLeaks**' source for thousands of **DNC emails** . The police believe his death was the result of a ...

... Pg. 0 PUNDITFACT THE BASELESS CLAIM THAT SLAIN **DNC** STAFFER **SETH RICH** GAVE **EMAILS** TO **WIKILEAKS** LAUREN CARROLL The statement: **Democratic National Committee**  staffer **Seth Rich** "apparently was assassinated at 4 in the morning, having gi ven **WikiLeaks** something like 53,000 **emails** and 17,000 attachments. ... It turns out, it ...

10. [True facts about Seth Rich](#)

State Capital Newsfeed | May 23, 2017 | 2026

... was still under investigation, but that there was no truth the **WikiLeaks** rumors. 'This is a robbery that ended tragically. That's bad enough ...

... connect to anything that the detectives have found," Donahue said. "No **WikiLeaks** connection.' If Rich's murder is still unsolved, the mystery of the **DNC hacking** is not. In January 2017, the Director of National Intelligence released ...

... detailing the unanimous assessment of the American intelligence community that the **Russian** government was behind the cyberattack. The assessment echoed the findings of CrowdStrike[26], a private cybersecurity firm retained by the **DNC**.  In the case of John Podesta's **emails**, investigators have identified a fraudulent **email**[27] that urged Podesta to click a link and change his password. Podesta did so and compromised his **email** password as a result. This sort of breach is known as ...

... reported in January that the CIA had even identified the individual **Russian** officials who had passed the stolen **emails** to **WikiLeaks**. The report said that the information followed a 'circuitous route' to **WikiLeaks** so that Assange could plausibly deny **Russian** involvement.  At this point, there are a few basic problems with the conspiracy theory that **Seth Rich** was the source ...

11. [True facts about Seth Rich](#)

Newstex Blogs | May 23, 2017 | 2026 | CaptainKudzu

... money laundering, racketeering and wire fraud charges, claimed to have known **Seth Rich** as the **WikiLeaks** source. District of Columbia Deputy Mayor for Public Safety Kevin Donohue ...

... was still under investigation, but that there was no truth the **WikiLeaks** rumors. 'This is a robbery that ended tragically. That's bad enough ...

... connect to anything that the detectives have found," Donahue said. "No **WikiLeaks** connection.' If Rich's murder is still unsolved, the mystery of the **DNC hacking** is not. In January 2017, the Director of National Intelligence released ...

... detailing the unanimous assessment of the American intelligence community that the **Russian** government was behind the cyberattack. The assessment echoed the findings of CrowdStrike[26], a private cybersecurity firm retained by the **DNC**. In the case of John Podesta's **emails**, investigators have identified a fraudulent **email**[27] that urged Podesta to click a link and change his password. Podesta did so and compromised his **email** password as a result. This sort of breach is known as ...

... reported in January that the CIA had even identified the individual **Russian** officials who had passed the stolen **emails** to **WikiLeaks**. The report said that the information followed a 'circuitous route' to **WikiLeaks** so that Assange could plausibly deny **Russian** involvement. At this point, there ...


12. [Dallas adviser tangled in buzz about staffer's killing]

   The Dallas Morning News | May 22, 2017 | NEWS; Pg. A07 | 1315 | JULIETA CHIQUILLOStaff Writer

   ... Fox affiliate in D.C. on Monday that there was evidence showing **Seth Rich** had communicated with **WikiLeaks** before his death. His televised exchange with the reporter: Reporter: "But ...

   ... Reporter: "... that could link **Seth Rich** to **WikiLeaks** ?" Wheeler: "Absolutely. Yeah. And that's confirmed." The Fox affiliate, WTTG-TV, ...

   ... federal investigator who said Rich had sent more than 44,000 internal **DNC emails** to **WikiLeaks** before he died....

   ... was evidence Rich had been in touch with the anti-secrecy group **WikiLeaks**, which published embarrassing **emails** from the Clinton campaign before the 2016 election. The investigator, Rod ...

   ... the man who helped the family hire him: Dallas-area financial adviser **Ed Butowsky** . "The family is dismayed, disappointed and is currently exploring their ...

   ... but rumors about his death continue to spread. Although police suspect **Seth Rich** was the victim of an attempted robbery, conspiracy theories center on ...

   ... was evidence Rich had been in touch with the anti-secrecy group **WikiLeaks**, which published embarrassing **emails** from the Clinton campaign before the 2016 election....


13. [WND Still Won't Admit Seth Rich Story Is Fake News]

   State Capital Newsfeed | May 21, 2017 | 614

   ... money manager and regular Fox News guest **Ed Butowsky** .Powe also doesn't tell readers that the original story Wheeler (and, ...

   ... did not hire him. Is it coincidence that WND fully embraced **Seth Rich** conspiracy theories as Donald Trump's presidency free-falls into turmoil? We don't ...

   ... 3]:   http://www.rightwingwatch.org/post/foxs- **seth-rich**-conspiracy-theory-falls-apart-investigator-admits-he-has-no-evidence/  [ 4]:          http://www.wnd.com/2017/05/**seth-rich**-family-rips-private-eye-for-raising-possible-**dnc**-link/  [ 5]:          ...

   ... by Newstex) WND Still Won't Admit **Seth Rich** Story Is Fake News Topic: WorldNetDailyLast week, WorldNetDaily went all in[1] ...

   ... conspiracy theories about the 2016 death of Democratic National Committee staffer **Seth Rich** . Now, it's in a bit of a cleanup made, though ...

   ... Alicia Powe touted[2] how "private investigator" Rod Wheeler complained that the **DNC** allegedly contacted Washington, D.C. police regarding his investigation into Rich's death, ...

... WND Still Won't Admit **Seth Rich** Story Is Fake News May 21, 2017( ConWebBlog: http://conwebwatch.tripod.com/blog/Delivered  by Newstex)  WND Still Won't Admit **Seth Rich** Story Is Fake News Topic: WorldNetDailyLast week, WorldNetDaily went all in[1] ...

14. [WND Still Won't Admit Seth Rich Story Is Fake News](#)

Newstex Blogs | May 21, 2017 | 614

... money manager and regular Fox News guest **Ed Butowsky** .Powe also doesn't tell readers that the original story Wheeler (and, ...
... did not hire him. Is it coincidence that WND fully embraced **Seth Rich** conspiracy theories as Donald Trump's presidency free-falls into turmoil? We don't ...
... 3]:   http://www.rightwingwatch.org/post/foxs- **seth-rich**-conspiracy-theory-falls-apart-investigator-admits-he-has-no-evidence/  [ 4]:             http://www.wnd.com/2017/05/**seth-rich**-family-rips-private-eye-for-raising-possible-**dnc**-link/  [ 5]:             ...
... Delivered by Newstex) WND Still Won't Admit **Seth Rich** Story Is Fake News Topic: WorldNetDailyLast week, WorldNetDaily went all in[1] ...
... conspiracy theories about the 2016 death of Democratic National Committee staffer **Seth Rich** . Now, it's in a bit of a cleanup made, though ...
... Alicia Powe touted[2] how "private investigator" Rod Wheeler complained that the **DNC** allegedly contacted Washington, D.C. police regarding his investigation into Rich's death, ...
... death, which he portrayed as being related to the obtaining of **DNC**  **emails** by **WikiLeaks**, suggesting that Rich himself made the **emails** available to **WikiLeaks** prior to his death. ...

15. [Conspiracy theories meet legalities](#)

Washingtonpost.com | May 21, 2017 | Metro; Pg. C01 | 717 | Perry Stein

... and Wheeler's claims, further fueling the conspiracy theories. On Friday, the **Russian** Embassy in Britain  tweeted that "**Wikileaks** informer **Seth Rich** murdered in  US  but [British mainstream media] was so busy accusing **Russian hackers** to take notice." Friends and family said that they remember Rich ...
... basis in fact, have also injured the memory and reputation of **Seth Rich** and have defamed and injured the reputation of the members of the family,' " lawyer Joseph Ingrisano wrote. **Ed Butowsky** , a Dallas financier who regularly appears on Fox's business channels ...
... The family of slain Democratic National Committee staffer **Seth Rich** is threatening legal action against a man it says has peddled ...
... basis in fact, have also injured the memory and reputation of **Seth Rich** and have defamed and injured the reputation of the members of the family,' " lawyer Joseph Ingrisano wrote. **Ed Butowsky** , a Dallas financier who regularly appears on Fox's business channels ...
... its local Washington affiliate reported last week that Rich had leaked **DNC**  ...

16. [Family of slain DNC staer fighting back](#)

The Denver Post | May 21, 2017 | ASECTION; Pg. 9A | 633 | The Washington Post

... basis in fact, have also injured the memory and reputation of **Seth Rich** and have defamed and injured the reputation of the members of the family," wrote the family's lawyer,  Joseph Ingrisano . **Ed Butowsky** , a Dallas financier who regularly appears on Fox's business channels ...
... The family of slain Democratic National Committee staff member **Seth Rich** is threatening legal action against a man it says has peddled ...
... basis in fact, have also injured the memory and reputation of **Seth Rich** and have defamed and injured the reputation of the members of the family," wrote the family's lawyer,  Joseph Ingrisano . **Ed Butowsky** , a Dallas financier who regularly appears on Fox's business channels ...

... at a District pizza restaurant. Friends and family say they remember **Seth Rich** as a kind and funny person who always dressed up in ...

... its local Washington affiliate reported last week that Rich had leaked **DNC emails** to **WikiLeaks** before he was fatally shot near his home last July. The ...

17. [Family of murdered DNC staffer Seth Rich threaten private investigator with legal action after he claimed the 27-year-old 'had WikiLeaks links' only to recant his comments a day later](#)

    MailOnline | May 20, 2017 | NEWS; Version:2 | 1108 | DAILYMAIL.COM REPORTER

    ... whose investigation into Rich's death was funded by Fox News regular **Ed Butowsky**, told Fox5 on Monday: 'My investigation up to this point shows there was some degree of **email** exchange between **Seth Rich** and **WikiLeaks** .' Wheeler's claims fanned conspiracy theories surrounding Rich's death, but he ...

    ... telling Buzzfeed he had no first hand evidence that Rich sent **emails** to a contact at **WikiLeaks**....

    ... at the FBI saying that there is information that could link **Seth Rich** to **WikiLeaks** ?' Wheeler responded: 'Absolutely. Yeah. That's confirmed.'  He also said: 'My ...

    ... investigation up to this point shows there was some degree of **email** exchange between **Seth Rich** and **WikiLeaks**.' ...

    ... Wheeler's services were offered to the family and paid for by **Ed Butowsky** The family of murdered **DNC** staffer **Seth Rich** sent a private investigator a cease and desist letter threatening legal ...

    ... claimed - and then recanted- that Rich was in contact with **WikiLeaks** before he was gunned down in July. Rich, 27, was shot ...

    ... NEWS Version:2 Family of murdered **DNC** staffer **Seth Rich** threaten private investigator with legal action after he claimed the 27-year-old 'had **WikiLeaks** links' only to recant his comments a day later DAILYMAIL.COM REPORTER • **Seth Rich** was gunned down in Washington DC as he walked home from ...

18. [The Seth Rich conspiracy shows how fake news still works](#)

    Washington Post Blogs | May 20, 2017 | 1649 | David Weigel

    ... that he would break the story wide open. I knew **Seth Rich**. I know he was the @**Wikileaks** source. I was involved.  https://t.co/MbGQteHhZM             ...

    ...  **emails** to **WikiLeaks**, making him the target of an assassination. "You have information that could link **Seth Rich** to **WikiLeaks** ?" asked Marraco. "Absolutely. Yeah. That's confirmed," said Wheeler, who Fox ...

    ... TV news can be an easy mark. This iteration of the **Seth Rich** story started when the District's own Fox 5 ran a Monday ...

    ... what had been rumored since last year: Rich might have leaked **DNC  emails** to **WikiLeaks**, making him the target of an assassination....

    ... idea that Wheeler was on their payroll; he was hired by **Ed Butowsky** , a Texas businessman who had grown interested in the case. ...

    ... Wheeler told CNN he hadn't actually obtained information linking Rich to **WikiLeaks** - Fox 5, he insisted, had told him to say so. ...

    ... The **Seth Rich** conspiracy shows how fake news still works David Weigel On July ...

19. [WND Goes All In On Discredited Seth Rich Conspiracy Theories](#)

    Newstex Blogs | May 18, 2017 | 892

... First up was Chelsea Schilling asserting[2] that Rich "was communicating with **WikiLeaks** before his death, according to the family's private investigator," and had purportedly sent "44,053 **emails** and 17,761 attachments" to **WikiLeaks** . Except that Rod Wheeler, the man Schilling described as "the ...

... and paid for[3] by money manager and frequent Fox News guest **Ed Butowsky** , and the family has dissociated itself from Wheeler's claims. Schilling ...

... explosive" allegations from private investigator Rod Wheeler that Rich purportedly " **emailed** 44,053 **DNC emails** to **WikiLeaks**" before his death in an apparent botched robbery attempt. That "could throw a wrench into the narrative that **Russia hacked** the Democratic Party's **emails** during the 2016 presidential election in order to influence the presidential ...

... shared classified information with the **Russians** and that Trump told ousted FBI director James Comey to end ...

... on developments regarding the 2016 death of Democratic National Committee staffer **Seth Rich**. First up was Chelsea Schilling asserting[2] that Rich "was communicating with **WikiLeaks** before his death, according to the family's private investigator," and had purportedly sent "44,053 **emails** and 17,761 attachments" to **WikiLeaks** . Except that Rod Wheeler, the man Schilling described as "the ...

20. A conspiratorial murder tale, with Fox News at the center

The Daily Herald (Everett, Washington) | May 18, 2017 | NEWS | 977

... program on Tuesday, Wheeler said he had found "some degree of **email** exchange between **Seth Rich** and **WikiLeaks**," without providing specifics. He added, "I do believe that the answers to who murdered **Seth Rich** sits on his computer on a shelf at the D.C. police ...

... Mary Rich, the mother of slain Democratic National Committee staffer **Seth Rich** , at a news conference in August. (Michael Robinson Chavez / ...

... his private investigation of the Rich case is being financed by **Ed Butowsky** , a Texas money manager who sometimes appears as a guest ...

... By Paul Farhi / The Washington Post The conspiracy-choked story of **Seth Rich** 's killing has made a sudden comeback thanks to Fox News ...

... for the damage they have done. They have impugned and destroyed **Seth Rich** 's legacy through careless reporting." Bauman said the Fox stations aired ...

... cited, among others, the assertion that Rich was in contact with **WikiLeaks** ; that the FBI had custody of his computer; that the ...

... in the investigation; and that Rich ever had access to the **emails** in question through his work at the ...

21. A conspiratorial tale of murder, with Fox News at the center

The Salt Lake Tribune | May 18, 2017 | NATION WORLD; - | 972 | Paul Farhi By The Washington Post

... program on Tuesday, Wheeler said he had found "some degree of **email** exchange between **Seth Rich** and **WikiLeaks**" without providing specifics. He added, "I do believe that the answers to who murdered **Seth Rich** sits on his computer on a shelf at the D.C. police ...

... his private investigation of the Rich case is being financed by **Ed Butowsky** , a Texas money manager who sometimes appears as a guest ...

... center Paul Farhi By The Washington Post The conspiracy-choked story of **Seth Rich** 's killing has made a sudden comeback thanks to Fox News ...

... for the damage they have done. They have impugned and destroyed **Seth Rich** 's legacy through careless reporting." Bauman said the Fox stations aired ...

... cited, among others, the assertion that Rich was in contact with **WikiLeaks** ; that the FBI had custody of his computer; that the ...

... in the investigation; and that Rich ever had access to the **emails** in question through his work at the ...

... reported Tuesday that Rich sent more than 44,000 **DNC emails** to a source affiliated with **WikiLeaks** before he died. It based the claim on a federal investigator, ...

22. [Fox 5 Clarifies Discredited Seth Rich Story, But Family Wants Full Retraction And Apology](#)

Newstex Blogs | May 18, 2017 | 1070 | Rachel Kurzius

... of his valuables got conspiracy theorists cooking up outlandish scenarios, and **Wikileaks** fanned the flames by offering reward money[4] for information about the homicide, implying that Rich (rather than, say, **Russian hackers**) was their source. Fox 5 claimed in its story published Monday that Rich had been in contact with **Wikileaks** before he died. The entire story was built on Wheeler, who ...

... A third-party, later revealed to be another Fox News guest named **Ed Butowsky** , hired Wheeler. Bauman says Butowsky and Wheeler "violated the trust ...

... and have manipulated the facts and have harmed the legacy of **Seth Rich** ." Another person who offered monetary assistance to the family, a ...

... Of DNC Staffer[7]GOP Lobbyist Now Opening 'War Room' Dedicated To Solving **Seth Rich** Murder[8]'It's Hurtful': **Seth Rich** 's Family Responds To Latest Conspiracy Theory About His Murder[9]'We Need ...

... Your Help': Family Of Murdered DNC Staffer Pleas At Crime Scene[10] **Seth Rich** 's Family Demands Immediate Retraction Of Debunked Fox 5 Story[11]Updated with ...

... DCist: http://dcist.com / Delivered by Newstex) A billboard soliciting information about **Seth Rich** 's murder. (Photo by Rachel Kurzius) Close to midnight last night, ...

... that were made by Rod Wheeler, the private investigator hired by **Seth Rich** 's family, whose services are being paid for by a third ...

23. [How the Murder of a D.N.C. Staff Member Fueled Conspiracy Theories](#)

The New York Times | May 18, 2017 | Section ; Column 0; Express; Pg.  | 1031 | By JONAH ENGEL BROMWICH

... News contributor said that there was "tangible evidence" that the employee, **Seth Rich**, had contacted **WikiLeaks** before his death. The investigator has since given shifting and contradictory ...

... that the Riches had retained Mr. Wheeler on the advice of **Ed Butowsky** , a Dallas businessman and conservative commentator who offered to pay ...

... directly whether Mr. Rich was a source, but he said that **WikiLeaks** was investigating what he called a "concerning situation." Later, **WikiLeaks** offered a $20,000 reward for information about Mr. Rich's murder. In ...

... In an August interview, Julian Assange, the founder of **WikiLeaks**, discussed Mr. Rich's death, and hinted that he had shared material with **WikiLeaks** . "Whistle-blowers go to significant efforts to get us material and ...

... evidence has emerged, however, that Mr. Rich was in contact with **WikiLeaks** . What happened this week? On Monday, Rod Wheeler, a Washington ...

... that there was "tangible evidence" that Mr. Rich had communicated with **WikiLeaks** before his death....
... evidence has emerged, however, that Mr. Rich was in contact with **WikiLeaks** . What happened this week? On Monday, Rod Wheeler, a Washington ...

24. [EXCLUSIVE: Family of slain DNC staffer Seth Rich demands D.C. police reveal details of its murder investigation after reports claimed he may have been the source of Wikileaks emails](#)

MailOnline | May 17, 2017 | NEWS; Version:4 | 1924 | ALANA GOODMAN FOR DAILYMAIL.COM

... was killed in a robbery attempt. A private investigator working for **Seth Rich**'s family said he has examined the slain **DNC** staffer's computers and found no evidence he was in contact with **Wikileaks** before his death, disputing claims made by an unnamed federal investigator ...

... led by GOP lobbyist Jack Burkman told DailyMail.com he found no **emails** to **Wikileaks** on **Seth Rich**'s computer • PI Rod Wheeler told DailyMail.com told he has never personally viewed the **emails** ...

... Wheeler, saying that he also saw evidence that Rich had exchanged **emails** with **Wikileaks**. 'My investigation up to this point shows there was some degree of **email** exchange between **Seth Rich** and **WikiLeaks**,' Wheeler told  Fox News . But Wheeler told Dailymail.com that he has never personally viewed such **emails** . He said he does not know the unnamed federal investigator ...

... on racketeering charges - also announced on Twitter that he knew **Seth Rich** personally and had personal knowledge that Rich was the **Wikileaks** source. Rich's ...

25. [Fox Celebrates Comey News With Wall-To-Wall Coverage Of Hillary Murder Fox News Made Up](#)

Newstex Blogs | May 17, 2017 | 2076 | Doktor Zoom

... it was on TV! Still, Fox is determined to ride The **Seth Rich** Did **Wikileaks** story as far as it can, which means probably until some ...

... news. Dobbs and Fox News talking head Ed Rollins explained that **Seth Rich** 's family is obviously in on the cover-up,[11] because don't most ...

... was this was someone who took 40,000 documents out of the **DNC** and gave it to **WikiLeaks** . He's murdered in the middle of the night. That's a ...

... FBI investigator is the one who has a specific number, 44,053 **emails** that were transferred from his computer to **WikiLeaks** , and guess what? The police department, the federal investigators, none ...

... and the proof that Rich had taken 40,000 documents from the **DNC** ? That mysterious, unnamed former FBI guy who knows stuff. Seems ...

... dumb story got traction in the loonosphere, Rich worked for the **DNC** on voter expansion, which is a fancy way of saying he ...

... polling place. At 27, Rich had only been working for the **DNC** since 2014, making it unlikely he'd even have access to any ...

26. [Slain DNC staffer's family denies WikiLeaks reports](#)

Washingtonpost.com | May 17, 2017 | Metro; Pg. B05 | 783 | Peter Hermann

... by the family but by a "third party" he identified as **Ed Butowsky** , a Dallas financier who regularly appears on Fox's business channels ...

... "claiming he wanted to help." Butowsky said that he talked to **Seth Rich** 's father and recommended Wheeler. He denied paying Wheeler or financing ...

... staffer's family denies **WikiLeaks** reports Peter Hermann The family of slain  Democratic National Committee  staffer **Seth Rich** rejected  Fox News   reports that he had leaked work **emails** to **WikiLeaks** before he was fatally shot last year near his home in ...

... was behind the **DNC**  hack . The Rich family's spokesman, Brad Bauman, said that Wheeler had ...

... by the family but by a "third party" he identified as **Ed Butowsky** , a Dallas financier who regularly appears on Fox's business channels ...

... "claiming he wanted to help." Butowsky said that he talked to **Seth Rich** 's father and recommended Wheeler. He denied paying Wheeler or financing ...

... D.C. police. Law enforcement officials have said that Rich's computer and **email** activity have been examined and suggest nothing that would connect him to **WikiLeaks** - which, 12 days after Rich's death, published 20,000 **emails** that embarrassed former secretary of state  Hillary Clinton  and the  **DNC** , and forced the ouster of its chairwoman....

27. [Story on DNC staffer's murder dominated conservative media -- hours later it fell apart](#)

CNN Wire | May 17, 2017 | 850 | By Oliver Darcy

... "investigation up to this point shows there was some degree of **email** exchange between **Seth Rich** and **Wikileaks** ," Wheeler said he was referring to information that had already ...
... which he said the family had "seen no evidence" to suggest **Seth Rich** had been in contact with **Wikileaks** . Bauman told CNN the outlets that had run with the ...
... was put in touch with the Rich family through Dallas businessman **Ed Butowsky** , who told CNN he had offered to pay any bills ...
... in Washington. Wheeler, who was under contract with the family of **Seth Rich** , a Democratic National Committee staffer who was fatally shot in ...
... WTTG-TV evidence existed that proved Rich had been in contact with **Wikileaks** before his death....
... evidence existed that proved Rich had been in contact with **Wikileaks** before his death. For months, right-wing media outlets have floated unproven theories that Rich was the person who provided **Wikileaks** thousands of internal **DNC emails** , and that his death might have been connected with the ...
... cover-ups in American political history, dispelling the widespread claim that the **Russians** were behind ...

28. [Fox 5 Continues Peddling Shameful Hearsay On Murder Of DNC Staffer](#)

Newstex Blogs | May 17, 2017 | 1616 | Rachel Kurzius

... Delivered by Newstex) One of the billboards soliciting information about **Seth Rich**'s murder. (Photo by Rachel Kurzius) The death of **Seth Rich** last July was a tragedy. Fatally shot in Bloomingdale, his murder ...
... as such) who claims, without any proof, that Rich communicated with **Wikileaks** before he died.Rich's job at the **DNC** and the fact that his watch, wallet, and credit cards were ...
... has led to the emergence of conspiracy theories, mainly involving the **DNC emails** released by **Wikileaks** over the summer. ...
... as such) who claims, without any proof, that Rich communicated with **Wikileaks** before he died.Rich's job at the **DNC** and the fact that his watch, wallet, and credit cards were ...
... has led to the emergence of conspiracy theories, mainly involving the **DNC emails** released by **Wikileaks** over the summer.  **Wikileaks** itself fanned the flames by offering $20,000[1] for information about his ...
... an interview[2] that Rich could have been the source of the **emails**.The organization later said the reward "should not be taken to imply that **Seth Rich** was a source to **WikiLeaks** or that his murder is connected to our publications." U.S. intelligence ...
... Delivered by Newstex) One of the billboards soliciting information about **Seth Rich**'s murder. (Photo by Rachel Kurzius) The death of **Seth Rich** last July was a tragedy. Fatally shot in Bloomingdale, his murder ...

29. [Seth Rich's Family Demands Immediate Retraction Of Debunked Fox 5 Story](#)

Newstex Blogs | May 17, 2017 | 1244 | Rachel Kurzius

... Of DNC Staffer[12]GOP Lobbyist Now Opening 'War Room' Dedicated To Solving **Seth Rich** Murder[13]'It's Hurtful': **Seth Rich** 's Family Responds To Latest Conspiracy Theory About His Murder[14]'We Need ...
... by Newstex) (From L to R) Then-D.C. Police Chief Cathy Lanier, **Seth Rich** 's girlfriend Kelsey, Mary Rich, Aaron Rich, and Joel Rich at ...

... to push out its report[3], which uses hearsay to claim that **Seth Rich** was in contact with **Wikileaks** before he was fatally shot on July 10 in Bloomingdale. Since ...

... 8]:   http://money.cnn.com/2017/05/16/media/ **seth-rich**-family-response-claims-of-**wikileaks**-contact/index.html  [ 9]:            ...

... 10]:   https://www.mediamatters.org/video/2017/05/16/sean-hannity-pushes- **seth-rich**-conspiracy-theory-even-after-story-falls-apart/216501  [ 11]:            ...

... if not the Rich family, who hired Wheeler? That would be **Ed Butowsky** , another Fox News guest, says Bauman. While Butowsky originally denied ...

... history." "The folks who are pushing these fake news stories about **Seth Rich** are simultaneously destroying a family and any hope they have to ...

30. [One last time: That Seth Rich story is garbage](#)

The Examiner (Washington, DC) | May 17, 2017 | 634 | Becket Adams

... at the FBI saying that there is information that could link **Seth Rich** to **WikiLeaks** ?" the Fox 5 reporter asked. "Absolutely," Wheeler said. "And that's ...

... this point shows there was some degree of email exchange between **Seth Rich** and **WikiLeaks** ." Wheeler, who was dismissed from the DC Metropolitan Police Department ...

... at the FBI saying that there is information that could link **Seth Rich** to **WikiLeaks** ?" the Fox 5 reporter asked. "Absolutely," Wheeler said. "And that's ...

... this point shows there was some degree of email exchange between **Seth Rich** and **WikiLeaks**."...

... One last time: That **Seth Rich** story is garbage Becket Adams Washington, D.C.   FULL TEXT The story that circulated this week about **Seth Rich**, the  Democratic National Committee...

... recommended to Rich's family by financial adviser and Fox News contributor **Ed Butowsky** . On Tuesday, the conservative businessman and occasional Breitbart News contributor ...

... alleged that the slain DNC data analyst was in contact with **WikiLeaks** prior to his death on July 10, 2016. **WikiLeaks** , of course, published thousands of emails pilfered from accounts belonging ...

31. [The Big-Money PR War Over Seth Rich's Death;Two competing lobbyists have been waging major PR campaigns over Seth Rich's murder. Today, it blew up.](#)

The Daily Beast | May 17, 2017 | 1113 | Ben Collins

... contributor-turned-private-eye, a local Fox station reported that slain DNC staffer **Seth Rich** was "communicating with **WikiLeaks** prior to his death" and it could be proven with "tangible ...

... title was later amended to read "Family of slain DNC staffer **Seth Rich** blasts detective over report of **WikiLeaks** link." That story, now discredited, remains with its original title on ...

... entire thing every few months: There are people who continuously use **Seth Rich** and his murder to further their political goals," said Bauman. "It's ...

... entirely independently funded. Bauman then claimed Wheeler had been hired by **Ed Butowsky** , a Dallas-based, pro-Trump wealth manager who regularly appears on Fox ...

... entire thing every few months: There are people who continuously use **Seth Rich** and his murder to further their political goals," said Bauman. "It's ...

... entirely independently funded. Bauman then claimed Wheeler had been hired by **Ed Butowsky** , a Dallas-based, pro-Trump wealth manager who regularly appears on Fox ...

... The Big-Money PR War Over **Seth Rich**'s Death Two competing lobbyists have been waging major PR campaigns over **Seth Rich**'s murder. Today, it blew up. Ben Collins New York...

32. [How the Murder of a D.N.C. Staff Member Fueled Conspiracy Theories](#)

The New York Times | May 17, 2017 | US | 1041 | JONAH ENGEL BROMWICH

... JONAH ENGEL BROMWICH Conservative media outlets have used the death of **Seth Rich**, who was killed in Washington last summer, to speculate about who gave Democratic data to **WikiLeaks**. The murder last July of an employee of the ...

... that the Riches had retained Mr. Wheeler on the advice of **Ed Butowsky** , a Dallas businessman and conservative commentator who offered to pay ...

... News contributor said that there was "tangible evidence" that the employee, **Seth Rich**, had contacted **WikiLeaks** before his death. The investigator has since given shifting and contradictory ...

... directly whether Mr. Rich was a source, but he said that **WikiLeaks** was investigating what he called a "concerning situation." Later, **WikiLeaks**  offered a $20,000 reward  for information about Mr. Rich's murder....

...   Julian Assange , the founder of **WikiLeaks**, discussed Mr. Rich's death, and hinted that he had shared material with **WikiLeaks** . "Whistle-blowers go to significant efforts to get us material and ...

33. [Family of murdered DNC staffer Seth Rich denies report he sent WikiLeaks emails](#)

The Examiner (Washington, DC) | May 16, 2017 | 556 | Anna GiaritelliKyle Feldscher

... staffer **Seth Rich** denies report he sent **WikiLeaks** emails Anna Giaritelli Kyle Feldscher Washington, D.C. FULL TEXT The family ...

... a report that their son leaked more than 44,000 emails to **WikiLeaks** before his death....

... this point shows there was some degree of email exchange between **Seth Rich** and **WikiLeaks**," Wheeler told  Fox News . "I do believe that the answers to who murdered **Seth Rich** sits on his computer on a shelf at the D.C. police ...

... nothing to do so." Earlier Tuesday, Fox News reported that 27-year-old **Seth Rich** may have been the one who leaked information about the  DNC  to **WikiLeaks** that showed, among other things, that the ...

... told NBC News the Fox News report was bogus. Bauman said **Ed Butowsky** , a conservative Dallas-based financial adviser, reached out to the family ...

... this point shows there was some degree of email exchange between **Seth Rich** and **WikiLeaks**," Wheeler told  Fox News . "I do believe that the answers to who murdered **Seth Rich** sits on his computer on a shelf at the D.C. police ...

34. [Fox Pushes WikiLeaks Murder Conspiracy From Man Who Warned Of Armed Lesbian Pedophiles](#)

Newstex Blogs | May 16, 2017 | 1078 | Travis Waldron

... Tuesday begged for follow-up reporting[5] into the supposed links between Rich and **WikiLeaks** . Despite its thin sourcing, the story also still led Fox ...

... then, the original headline on Fox News ' story — ' **Seth Rich**, slain **DNC** staffer, had contact with **WikiLeaks**, say multiple sources' — had changed to 'Family of slain **DNC** staffer blasts detective over report of **Wikileaks** link.' The story's first sentence had also been changed to reflect ...

... to work with the family to bring closure to this case.'  **WikiLeaks** has had an interest in Rich's case from its outset and ...

... reward for any information leading to the arrest of Rich's killer. **WikiLeaks** did not respond to an **email** asking if Rich had made any contact with or provided any ...

... we have seen no evidence, we have been approached with no **emails** and only learned about this when contacted by the press,' the statement reads. 'Even if tomorrow, an **email** was found, it is not a high enough bar of evidence to prove any interactions as **emails** can be altered and we've seen that those interested in pushing conspiracies will stop at nothing to do so.'The **WikiLeaks** theory isn't the only conspiracy Rich's family has had to endure. ...

35. [Hillary Clinton Re-Murdered DNC Staffer All Over Again Because Wikileaks. Obviously.](#)

Newstex Blogs | May 16, 2017 | 1219 | Doktor Zoom

... isn't that an exciting story that completely proves there was no **Russian hack** ? Keep your virtual seatbelts fastened though: Alex Jones's Infowars offers ...
... its 'dubious story' about Donald Trump revealing sensitive information to the **Russians** as part of a deliberate attempt to distract from the Amazing **Seth Rich** revelations. It only makes sense, sez Infowars, because the WaPo story ...
... an hour after the bombshell news broke that murdered DNC staffer **Seth Rich** was in contact with **Wikileaks** and that DC Police were ordered to cover it up.' Yep, ...
... up the idea[1] that all the intelligence agencies were lying about **Russia** having **hacked** the DNC, the Clinton campaign, and Clinton campaign manager John Podesta, because of course all the **Wikileaks** really came from DNC staffer **Seth Rich** , who was murdered by one of Hillary's hit squads[2] last ...
... have to, because that's what George Soros tells us to do.The **Seth Rich** conspiracy story got fresh life yesterday when ...
... a breathless story[3] asserting that a private investigator who 'worked for' **Seth Rich** 's family said he was certain there's evidence on Rich's laptop ...
... laptop computer showing the slain DNC staffer had been communicating with **Wikileaks** before he was killed. The DC police believe Rich was killed ...

36. [Millionaire Reportedly Funding the Investigation into Seth Rich's Murder is Frequent Fox News Guest](#)

Newstex Blogs | May 16, 2017 | 601 | Aidan McLaughlin

... The family also said they have seen 'no evidence,' nor any **emails** proving contact between Rich and **Wikileaks** . The statement also notes Wheeler was 'paid for by a ...
... of the third party paying Wheeler as fellow Fox News analyst **Ed Butowsky**: Bauman told ...
... Millionaire Reportedly Funding the Investigation into **Seth Rich** 's Murder is Frequent Fox News Guest Aidan McLaughlin May 16, ...
... http://www.mediaite.com / Delivered by Newstex) A spokesman for the family of **Seth Rich**, the **DNC** staffer murdered in Washington D.C. last year, revealed that a wealthy ...
... of right-wing conspiracy theories, alleging Rich was killed because he provided **DNC emails** to **Wikileaks** [2]. The theories were given renewed attention Monday after Rod Wheeler, ...
... Delivered by Newstex) A spokesman for the family of **Seth Rich**, the **DNC** staffer murdered in Washington D.C. last year, revealed that a wealthy ...
... of right-wing conspiracy theories, alleging Rich was killed because he provided **DNC emails** to **Wikileaks** [2]. The theories were given renewed attention Monday after Rod Wheeler, ...

37. [Clinton Voters Being Proven Depressingly Right](#)

Newstex Blogs | May 16, 2017 | 2749 | Eliot Nelson

... Grammar and streamed on NewsmaxTV. Alex Seitz-Wald: 'The Dallas-based financial adviser, **Ed Butowsky**, a Fox News contributor[21] who has written articles[22] for Breitbart News, contacted the parents of **Seth Rich** and urged them to hire a private investigator to look into ...
... the conspiracy theories, including that Rich had been in contact with **WikiLeaks** before his death — prompting a quick rebuke from both the ...
... fascination of conspiracy theorists, who alleged he was the source of **DNC emails** published on **Wikileaks**, even though ...

... Grammar and streamed on NewsmaxTV. Alex Seitz-Wald: 'The Dallas-based financial adviser, **Ed Butowsky**, a Fox News contributor[21] who has written articles[22] for Breitbart News, contacted the parents of **Seth Rich** and urged them to hire a private investigator to look into ...

... the conspiracy theories, including that Rich had been in contact with **WikiLeaks** before his death — prompting a quick rebuke from both the ...

... fascination of conspiracy theorists, who alleged he was the source of **DNC emails** published on **Wikileaks**, even though  U.S.  intelligence agencies say they actually came from a **Russian hacking** operation.' [MSNBC[25]]Condolences to Melissa McCarthy: 'As President ...

... 21]:   http://www.foxnews.com/person/b/ **ed-butowsky**.html?ncid=txtlnkusaolp00000603  [ 22]:            ...