**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK, NPR, INC.; | § | 4:18-CV-00442-ALM |
| EDITH CHAPIN; LESLIE COOK; and | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING
DEFAMATION MITIGATION ACT AND CONTRACT ISSUES UNDER SEAL**

On this day, the Court considered the Defendants' Unopposed Motion for Leave to file Defendants' Motion for Summary Judgment Regarding Defamation Mitigation Act and Contract Issues under Seal (Dkt. # 188) filed by Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi in the above-captioned cause. The Court, having considered the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**.  Accordingly, it is hereby:

**ORDERED** that the Motion is **GRANTED**.  Defendants are permitted to file Defendants' Motion for Summary Judgment Regarding Defamation Mitigation Act and Contract Issues, including accompanying exhibits and evidence, under seal.

**SIGNED this 18th day of August, 2020.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE