**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**JUDGE CAROLINE M. CRAVEN**
**LAW CLERK JENNIFER ORGERON**
**COURTROOM DEPUTY/ECRO HAILEE AMOX**
**COURT REPORTER THERESA SAWYER**

| | |
|---|---|
| ED BUTOWSKY, § § *Plaintiff,* § § v. § § DAVID FOLKENFLIK, NPR, INC.; EDIT § CHAPIN; LESLIE COOK; and PALLAVI § GOGOI § § *Defendants.* | Civil Action No. 4:18-cv-00442-RWS-CMC |

**ATTORNEY FOR PLAINTIFF: TY CLEVENGER**
**ATTORNEYS FOR DEFENDANTS: LAURA PRATHER, DAVID HARPER**

08/18/2020

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| 9:57 | Matter called for hearing on the following motions:<br>• Motion for Sanctions Pursuant to Rule 11 (Docket Entry #96)<br>• Plaintiff's Motion for Leave to File Third Amended Complaint (Docket Entry #98)<br>• Motion for Sanctions Pursuant to Rule 37 (Docket Entry #161)<br>• Notice of Supplemental Evidence in Support of Motion for Sanctions (Docket Entry #155) |
| 9:57 | Attorney Announcements |
| 9:58 | Ms. Prather presents argument on behalf of Defendants' motions |
| 11:03 | Brief recess. |
| 11:14 | Mr. Clevenger responds. |
| 11:25 | Court questions Mr. Clevenger. He responds.<br><br>Mr. Clevenger continues his response. |
| 11:45 | Court makes brief statement. |

|       | Mr. Clevenger continues his response. |
|-------|---------------------------------------|
| 11:47 | Court makes brief statement. |
| 11:48 | Mr. Clevenger continues his response. |
| 12:14 | Court questions Mr. Clevenger. Mr. Clevenger answers. Mr. Clevenger continues his response. |
| 12:16 | Brief recess |
| 12:25 | Ms. Prather replies. |
| 12:44 | Mr. Clevenger responds. |
| 12:57 | Ms. Prather replies. |
| 12:57 | Mr. Clevenger responds. |
| 12:58 | Court discusses timeline for resolution of the motions before the Court. |
| 1:00  | Adjourn. |