IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ED BUTOWSKY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | |
| DAVID FOLKENFLIK, NPR, INC.; § | 4:18-CV-00442-ALM |
| EDITH CHAPIN; LESLIE COOK; and § | |
| PALLAVI GOGOI, § | |
| § | |
| Defendants. § | |

**EXHIBIT LIST TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING DEFAMATION MITIGATION ACT AND CONTRACT ISSUES**

| | |
|---|---|
| Exhibit 1 | [REDACTED] |
| Exhibit 2 | Letter from Joseph A. Piesco, Jr. to Ty Clevenger dated April 16, 2019 |
| Exhibit 3 | Plaintiff's Response to Defendant's Fourth Set of Requests for Admission to Plaintiff dated June 5, 2020 |
| Exhibit 4 | Declaration of Laura Lee Prather |