# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Edward Butowsky,**

   Plaintiff,

v.

**David Folkenflik, et al.,**

   Defendants

Case No. 4:18-cv-442-ALM

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES Edward Butowsky, the Plaintiff, responding to NPR's Third Set of Interrogatories as follows:

REQUEST FOR ADMISSION NO. 1: Admit that Plaintiff ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 2: Admit that Plaintiff ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 3: Admit that Plaintiff did ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 4: Admit that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   RESPONSE: Denied. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and the Plaintiff objects to this request to the extent that it calls for a legal conclusion.

REQUEST FOR ADMISSION NO. 5: Admit that ███████████████████████████████████████████████████████████████████████████████████████████████████████

> RESPONSE: Denied. ███████████████████████████████ and the Plaintiff objects to this request to the extent that it calls for a legal conclusion.

REQUEST FOR ADMISSION NO. 6: Admit that ███████████████████████████████████████████████████████████████████████████

> RESPONSE: Denied. ███████████████████████████████ and the Plaintiff objects to this request to the extent that it calls for a legal conclusion.

REQUEST FOR ADMISSION NO. 7: Admit that You have used Signal to communicate since July 10, 2016.

> RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 8: Admit that You have used Signal to communicate regarding Seth Rich since July 10, 2016.

> RESPONSE: Denied. I have used Signal for voice communications, but I do not recall specifically what was discussed.

REQUEST FOR ADMISSION NO. 9: Admit that You have used Telegraph to communicate since July 10, 2016.

> RESPONSE: Denied.

REQUEST FOR ADMISSION NO. 10: Admit that You have used Telegraph to communicate regarding Seth Rich since July 10, 2016.

> RESPONSE: Denied.

REQUEST FOR ADMISSION NO. 11: Admit that You have communicated using the email address googie18@aol.com.

> RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 12: Admit that You control, operate and/or maintain the email address googie18@aol.com.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 13: Admit that You have communicated using the email address Butowsky32@gmail.com.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 14: Admit that You control, operate and/or maintain the email address Butowsky32@gmail.com.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 15: Admit that You have communicated using the email address ebutowsky@gmail.com.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 16: Admit that You control, operate and/or maintain the email address ebutowsky@gmail.com.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 17: Admit that You have communicated using the email address ed@chapwoodinvestments.com.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 18: Admit that You control, operate and/or maintain the email address ed@chapwoodinvestments.com.

RESPONSE: Denied. The account is no longer in use.

REQUEST FOR ADMISSION NO. 19: Admit that You have communicated using the email address edwardbutowsky@gmail.com.

RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 20: Admit that You control, operate and/or maintain the email address edwardbutowsky@gmail.com.

RESPONSE: Denied. The account is no longer in use.

REQUEST FOR ADMISSION NO. 21: Admit that You have communicated using the

email address googie32@protonmail.com.

    RESPONSE: Admitted.

REQUEST FOR ADMISSION NO. 22: Admit that You control, operate and/or maintain the email address googie32@protonmail.com.

    RESPONSE: Admitted.

Date: June 5, 2020

Respectfully submitted,

*[signature]*

Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com

**Attorney for Plaintiff Edward Butowsky**