# EXHIBIT A

# <no subject>

**From: Ed Butowsky <ebutowsky@gmail.com>** Wed, Feb 15, 2017 at 10:44 PM CST (GMT-06:00)
To: Adam Housley <adam.housley@foxnews.com>

* weeam mohammad: lives in Benghazi and gave me the names , addresses and pictures of those who attacked our consulate and killed Chris Stevens .

* we still need to write what we were doing there , how weapons were moved , logistics test

*  Abu Bakr Habib

* clinton foundation and the theft of $7 billion

*. Seth Rich and Wikileaks's email

Sent from my iPad

confidential