# EXHIBIT B

Case 1:18-cv-02223-GBD-SN Document 186-2 Filed 08/13/20 Page 2 of 2

**From**:      ed butowsky [edbutowsky@icloud.com]
**Sent**:      3/4/2017 3:08:30 PM
**To**:        Zimmerman, Malia McLaughlin [Malia.Zimmerman@FOXNEWS.COM]
**Subject**:      Unrelated News Coverage

Good morning. So so so much going on related to Seth rich. Please call me

HIGHLY CONFIDENTIAL