# EXHIBIT C

**From:** Ty Clevenger <tyclevenger@yahoo.com>
**Sent:** Wednesday, August 12, 2020 6:11 PM
**To:** David J. Bodney <bodneyd@ballardspahr.com>; Prather, Laura <Laura.Prather@haynesboone.com>
**Subject:** Spoke to client

**EXTERNAL:** Sent from outside haynes*boone*

He said I can release things on my own if I am sure they need to be released. I am supposed to have a training session this evening to start that process, ergo I should be able to start producing tomorrow. Please let me know your position on the motion for extension re: discovery answers.