# EXHIBIT D

# FILINGS/ APPEARANCES BY CLEVENGER

| Date Filed | Dkt. # | Document | Case | Case Number | Pages |
|---|---|---|---|---|---|
| 5/14/2020 | 136/137 | Plaintiff's Unopposed Motion for Extension of Time to Respond<br><br>*Seeks five-day extension of briefing schedule on motion to compel because of counsel's duties caring for elderly family members in Texas.* | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 3 |
| 5/14/2020 | 62 | Appeal of Final Judgment | Spears v. McCraw, et al. | 1:17-cv-1105 (W.D. Tex.) | |
| 5/20/2020 | 140 | Plaintiff's Response to Defendants' Notice of Supplemental Evidence in Support of Motion to Compel | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 3 |
| 5/23/2020 | 141 | Plaintiff's Response in Opposition to Defendants' Objections to Order on Motion for Leave to Designate Responsible Third Parties | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 4 |
| 5/24/2020 | 240 | Notice of Supplemental Evidence | Butowsky v. Gottlieb | 4:19-cv-180 (E.D. Tex) | 178 |
| 5/26/2020 | 241 | Motion for Hearing | Butowsky v. Gottlieb | 4:19-cv-180 (E.D. Tex.) | 8 |
| 6/1/2020 | 244 | Plaintiff's Reply Regarding Notice of Supplemental Evidence | Butowsky v. Gottlieb | 4:19-cv-180 (E.D. Tex.) | 8 |
| 6/1/2020 | 245 | Plaintiff's Reply in Support of Motion for Hearing | Butowsky v. Gottlieb | 4:19-cv-180 (E.D. Tex.) | 7 |
| 6/1/2020 | 1 | Complaint | Huddleston v. FBI & USDOJ | 4:20-cv-447 (E.D. Tex.) | 10 |

| **FILINGS/ APPEARANCES BY CLEVENGER** ||||||
|---|---|---|---|---|---|
| <u>Date Filed</u> | <u>Dkt. #</u> | <u>Document</u> | <u>Case</u> | <u>Case Number</u> | <u>Pages</u> |
| 6/2/2020 | 22 | Plaintiff's Unopposed Motion for Extension of Time to Respond<br><br>*Seeks week-long extension of time to respond to Motions to Dismiss due to counsel's preexisting deadlines in other matters.* | Ray v. Recovery Healthcare Corp. et al. | 3:19-cv-3055 (N.D. Tex.) | 2 |
| 6/4/2020 |  | Motion of Extension of Time to File Brief<br><br>*Seeks month-long extension to file appellate brief due to respondent's duties caring for elderly family members in Texas.* | State Bar of California Disciplinary Proceedings | 16-J-17320<br>17-J-00289 | 3 |
| 6/9/2020 | 24 | Plaintiff's Response in Opposition to Defendant Alcohol Monitoring Systems, Inc.'s Motion to Dismiss Plaintiff's First Amended complaint for Failure to State a Claim | Ray v. Recovery Healthcare Corp. et al. | 3:19-cv-3055 (N.D. Tex.) | 12 |
| 6/9/2020 | 25 | Plaintiff's Response in Opposition to Defendant Recovery Healthcare Corporation's Motion to Dismiss and Brief in Support | Ray v. Recovery Healthcare Corp. et al. | 3:19-cv-3055 (N.D. Tex.) | 14 |
| 6/12/2020 | 1 | Complaint | The Transparency Project v. USDOJ | 4:20-cv-468 (E.D. Tex.) | 6 |
| 6/12/2020 | 1 | Complaint | The Transparency Project v. USDOJ & NSA | 4:20-cv-467 (E.D. Tex.) | 12 |
| 6/22/2020 | 41 | Plaintiff's Objections to the Report and Recommendation of The United States Magistrate Judge | Lubbe v. Milanovich | 1:18-cv-1011 (W.D. Tex.) | 8 |
| 6/25/2020 |  | Clevenger appeared on Breaking Point-tv show |  |  |  |

# FILINGS/ APPEARANCES BY CLEVENGER

| Date Filed | Dkt. # | Document | Case | Case Number | Pages |
|---|---|---|---|---|---|
| 6/26/2020 | 167 | Plaintiff's Response to Defendants' Notice of Supplemental Evidence in Support of Motion for Sanctions | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 4 |
| 6/29/2020 | 169 | Plaintiff's Proposed Redacted Order | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 27 |
| 6/29/2020 | 1 | Complaint | Smith v. CoreCivic, Inc. | 3:20-cv-563 (M.D. Tenn.) | 12 |
| 7/1/2020 | 29 | Notice of Supplemental Authority regarding Response/Objection | Ray v. Recovery Healthcare Corp. et al. | 3:19-cv-3055 (N.D. Tex.) | 3 |
| 7/1/2020 |  | Motion for Extension of Time to File Brief *Seeks extension of deadline to file appellate brief from July 9, 2020 to August 4, 2020 based on respondent's severe withdrawal from antidepressant medication.* | State Bar of California Disciplinary Proceedings | 16-J-17320 17-J-00289 | 3 |
| 7/3/2020 | 171 | Motion for Extension of Deadlines *Seeks extension of (1) discovery compliance deadlines in the June 5, 2020 Order and (2) all other outstanding deadlines by 45 days due to counsel's severe withdrawal from antidepressant medication.* | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 8 |
| 7/7/2020 | 251 | Objection | Butowsky v. Gottlieb | 4:19-cv-180 (E.D. Tex.) | 5 |
| 7/7/2020 | 3 | Amended Complaint | Huddleston v. FBI & USDOJ | 4:20-cv-447 (E.D. Tex.) | 25 |

| | **FILINGS/ APPEARANCES BY CLEVENGER** | | | | |
|---|---|---|---|---|---|
| <u>Date Filed</u> | <u>Dkt. #</u> | <u>Document</u> | <u>Case</u> | <u>Case Number</u> | <u>Pages</u> |
| 7/8/2020 | 173 | Plaintiffs' Response to Defendants' Application for Attorney Fees | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 7 |
| 7/14/2020 | 1 | Original Complaint | Butowsky v. Isikoff, Ratner & Verizon Communications, Inc. | 4:20-cv-542 (E.D. Tex.) | 26 |
| 7/16/2020 | 254 | Notice Regarding Developments in Related Litigation | Butowsky v. Gottlieb | 4:19-cv-180 (E.D. Tex.) | 9 |
| 7/20/2020 | 5 | First Amended Complaint | The Transparency Project v. USDOJ, NSA, FBI, CIA & Office of Director of National Intelligence | 4:20-cv-467 (E.D. Tex.) | 43 |
| 07/22/2020 | 6 | Motion for attorney Ty Clevenger to Appear Pro Hac Vice | Smith v. CoreCivic, Inc. | 3:20-cv-563 (M.D. Tenn.) | |
| 7/30/2020 | 255 | Plaintiff's Objection to Magistrate Report | Butowsky v. Gottlieb | 4:19-cv-180 (E.D. Tex.) | 11 |
| 7/31/2020 | | Motion for Extension of Time to File Brief<br><br>*Seeks week-long extension to file appellate brief due to the death of three of respondent's friends and continued symptoms from withdrawal from antidepressant medication. Also, in response to a court order, he must produce numerous documents and discovery responses on behalf of a client not later than August 4, 2020. He expects this order to consume most of his time through August 4, 2020.* | State Bar of California Disciplinary Proceedings | 16-J-17320 17-J-00289 | 3 |

| **FILINGS/ APPEARANCES BY CLEVENGER** | | | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Dkt. #** | **Document** | **Case** | **Case Number** | **Pages** |
| 8/04/2020 | 178 | Unopposed Motion for Extension<br><br>*Seeks eight-day extension of court-ordered discovery deadlines due to counsel's delays in collecting and reviewing documents and Mr. Butowsky's ongoing health problems.* | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 13 |
| 8/06/2020 | 180 | Unopposed Motion to File Documents Under Seal | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 3 |
| 8/07/2020 | 183 | Plaintiff's Unopposed Motion to Modify Order<br><br>*Seeks retroactive extension of time to file a response to Defendants' Rule 37 Motion for Sanctions.* | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 2 |
| 08/10/2020 | | Motion for Extension of Time to file Brief<br><br>*Seeks week-long extension to file appellate brief from August 11, 2020 to August 18, 2020 due to continued symptoms from withdrawal from antidepressant medication.* | State Bar of California Disciplinary Proceedings | 16-J-17320<br>17-J-00289 | 4 |
| 08/10/2020 | 4 | Unopposed Motion for Extension of Time to File Answer by Edward Butowsky | Butowsky v. Isikoff, Ratner & Verizon Communications, Inc. | 4:20-cv-542 (E.D. Tex.) | 3 |
| 8/10/2020 | 185 | Plaintiff's Response in Opposition to Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 7 |
| 08/11/2020 | 13 | Motion to Supplement Motion for Admission Pro Hac Vice for Ty Clevenger (attaching Certificate of Good Standing with WD Tenn) | Smith v. CoreCivic, Inc. | 3:20-cv-563 (M.D. Tenn.) | |

| | | **FILINGS/ APPEARANCES BY CLEVENGER** | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Dkt. #** | **Document** | **Case** | **Case Number** | **Pages** |
| 08/12/2020 | 186 | Motion for Extension<br><br>*Seeks extension of the deadline for his discovery responses from August 12, 2020 to August 26, 2020 based on Mr. Butowsky's heart attack and scheduled hip replacement surgery.* | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | 5 |
| 08/18/2020 | - | Hearing on Sanctions Motions | Butowsky v. Folkenflik | 4:18-cv-442 (E.D. Tex.) | - |
| 08/19/2020 | - | Telephonic hearing regarding request for stay pending appeal of anti-suit injunction | Butowsky v. Gottlieb | 4:19-cv-180 (E.D. Tex.) | - |
| 08/19/2020 | - | Respondent's Corrected Opening Brief on Review | State Bar of California Disciplinary Proceedings | 16-J-17320 17-J-00289 | 32 |
| 08/21/20202 | - | Motion to Substitute Corrected Brief | State Bar of California Disciplinary Proceedings | 16-J-17320 17-J-00289 | 3 |