# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky,**<br><br>    Plaintiff,<br><br>v.<br><br>**David Folkenflik, et al.,**<br><br>    Defendants | Case No. 4:18-cv-442-ALM |

# PLAINTIFF'S SUPPLEMENTAL RESPONSES TO NPR'S INTERROGATORIES

NOW COMES Edward Butowsky, the Plaintiff, providing supplemental responses to NPR's First Set of Interrogatories and NPR's Second Set of Interrogatories as follows:

FIRST INTERROGATORY NO. 7: Identify all mobile phone numbers and mobile phone service providers with which You had an account during the relevant time period and the date ranges in which you had those accounts.

RESPONSE: I have used the phone number ▮▮▮▮▮▮▮▮ since approximately 1990. The service provider always has been AT&T.

FIRST INTERROGATORY NO. 12: Identify all lawsuits in which You Have been a party since January 1, 2010.

RESPONSE: In addition to the case identified above, I was or I am a party in *E.B. v. Financial Industry Regulatory Authority*, Cause No. DC-15-04905 (68th District Court of Dallas County); *Aaron Rich v. Edward Butowsky, et al.*, Case No. 1:18-cv-00681-RJL (D.D.C.); *Brad Bauman v. Edward Butowsky, et al.*, Case No. 1:18-cv-01191-EGS (D.D.C.); *Chapwood Capital Investment Management, LLC v. Charles Schwab Investment Corp.*, Case No. 4:18-cv-00287 (E.D. Tex.); *Chapwood Capital Investment Management, LLC v. Charles Schwab Investment Corp.*, Case No. 4:18-cv-00548 (E.D. Tex.); *Edward Butowsky v. Democratic National Committee, et al.*, Case 4:19-cv-00582 (E.D. Tex.); *Edward Butowsky v. Michael Isikoff, et al.*, Case No. 4:20-cv-00542 (E.D. Tex.); *Joel and Mary Rich v. Fox News Network, LLC, et al.*, Case No. 1:18-cv-02223 (S.D.N.Y.); *Edward*

*Butowsky v. Michael Gottlieb, et al.*, Case No. 4:19-cv-00180-ALM-KPJ (E.D. Tex.); *Edward Butowsky v. Susman Godfrey, et al.,* Cause No. 416-01222-2019 (416th District Court of Collin County, Texas); and *Edward Butowsky v. Douglas H. Wigdor, et al.*, Case No. 4:19-cv-00577-ALM (E.D. Tex.)

SECOND INTERROGATORY NO. 14: Identify all special damages, including any realized or liquidated direct pecuniary loss, that you incurred as a result of the Defendants' alleged business disparagement.

>RESPONSE: Chapwood has previously provided the Defendants with information about lost accounts, and I incorporate that information by reference. I also lost Bill Bandy and his daughter as clients as a result of the Folkenflik story.
>
>David O'Connor is a broker dealer who previously held my SEC license, but after the Folkenflik story, he refused to hold my license anymore. This cost me more than $100,000 because I had to buy my own broker dealer.
>
>I have a lease on a suite at the American Airlines Center, and I use it for business purposes. My partner in that suite withdrew after the Folkenflik story, and as I result I have to pay more for the suite.
>
>I previously wrote for the *Dallas Morning News* and appeared on local television stations regarding financial matters, and that sometimes generated new clients. As a result of the Folkenflik story, I no longer have such media appearances.
>
>Many of my clients come from the world of professional sports, where I had an excellent reputation. As a result of the Folkenflik story, many athletes now view me as compromised, as if I am a sleazy political hack for President Trump.
>
>Whereas I previously had clients from across the political spectrum, I am now viewed with disdain by any potential clients who are Democrats or politically left-of-center.
>
>Charles Schwab & Co. canceled its relationship with my firm and sent derogatory letters to my clients as a result of the Folkenflik story, further damaging my reputation with my clients.

I declare under penalty of perjury under the laws of the United States that the foregoing response are true and correct, as witnessed by my signature below.

*[signature]*

Date: August 18, 2020                    _____
                                         Edward Butowsky