**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK, NPR, INC.; | § | 4:18-CV-00442-ALM |
| EDITH CHAPIN; LESLIE COOK; and | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION**

Before the Court is Plaintiff's Motion for Extension (Dkt. 186) regarding the deadlines set out in the Court's June 5, 2020 Order (Dkt. 147). In addition to extending Butowsky's discovery deadlines to August 31, 2020 (Dkt. 196), the Court will extend the remaining deadlines in the Third Amended Scheduling Order to accommodate Butowsky's additional time.