## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**Edward Butowsky,**

    Plaintiff,

v.

**David Folkenflik, et al.,**

    Defendants

Case No. 4:18-cv-442-ALM

## **ORDER**

Plaintiff Edward Butowsky's Unopposed Motion for Stay and Unopposed Motion to Modify Scheduling Order (Doc. No. ___) is now before the Court. The motion is GRANTED, and this case shall be stayed for 45 days. All remaining deadlines in the scheduling order are extended by 120 days, including the final pre-trial conference and the trial date, but the October 24, 2020 deadline for paying attorney fees and sanctions, *see* August 25, 2020 Order on Rule 37 Sanctions Issues (Doc. No. 124), shall remain the same.