IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |
| DAVID FOLKENFLIK, ET AL., | § | 4:18-CV-00442-ALM |
| | § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ed Butowsky ("Plaintiff") and Defendants David Folkenflik, National Public Radio, Inc., NPR, Inc., NPR.org, Jarl Mohn, Stacey Foxwell, Michael Oreskes, Christopher Turpin, Edith Chapin, Leslie Cook, Hugh Dellios, and Pallavi Gogoi ("Defendants") stipulate and agree that all of Plaintiff's claims against Defendants be, and hereby are, DISMISSED WITH PREJUDICE, with the parties to bear their own costs, expenses, and attorneys' fees.

Dated:  October 19, 2020

Respectfully Submitted,

By: */s/ Laura Lee Prather*
Laura Lee Prather
State Bar No.  16234200
laura.prather@haynesboone.com
Wesley D.  Lewis
State Bar No.  24106204
wesley.lewis@haynesboone.com
HAYNES AND BOONE, LLP
600 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:   (512) 867-8400
Telecopier:   (512) 867-8470

David H. Harper
State Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
State Bar No. 24075080
stephanie.sivinski@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone:   (214) 651-5000
Telecopier:   (214) 651-5940

David J. Bodney
*admitted pro hac vice*
bodneyd@ballardspahr.com
Ian O. Bucon
*admitted pro hac vice*
buconi@ballardspahr.com
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone:   (602) 798-5400
Telecopier:   (602) 798-5595

***Attorneys for Defendants***

By: /s/    *Ty Odell Clevenger*
Ty Odell Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, NY 11202-0753
979-985-5289 (phone)
979-530-9523 (fax)
tyclevenger@yahoo.com

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
*(admitted pro hac vice)*

***Attorneys for Plaintiff***