IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 4:18-cv-00442-ALM |
| | § | |
| DAVID FOLKENFLIK; NPR, INC.; | § | |
| EDITH CHAPIN; LESLIE COOK; and | § | |
| PALLAVI GOGOI, | § | |
| | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING THE PARTIES' JOINT UNOPPOSED MOTION TO UNSEAL CERTAIN DOCUMENTS

On this day, the Court considered the Parties' Joint Unopposed Motion to Unseal Certain Documents (Dkt. #211) filed by Plaintiff Ed Butowsky and Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi in the above-captioned cause. After due consideration, the Court finds that good cause exists to grant the Parties' Motion.

Accordingly, it is hereby **ORDERED** that the Parties' Motion is **GRANTED**. The Clerk of this Court is directed to unseal docket entries 85, 105, and 199.

**SIGNED this 23rd day of October, 2020.**

_Caroline M. Craven_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE