**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ED BUTOWSKY,** § | | |
| § | | |
| Plaintiff, § | | |
| v. § | | **CASE NO. 4:18-cv-00442-ALM** |
| § | | |
| **DAVID FOLKENFLIK; NPR, INC.;** § | | |
| **EDITH CHAPIN; LESLIE COOK; and** § | | |
| **PALLAVI GOGOI,** § | | |
| § | | |
| § | | |
| **Defendants.** § | | |

**ORDER GRANTING THE PARTIES' SECOND JOINT MOTION TO
UNSEAL CERTAIN DOCUMENTS**

On this day, the Court considered the Parties' Second Joint Motion to Unseal Certain Documents (Dkt. # 213) filed by Plaintiff Ed Butowsky and Defendants David Folkenflik, National Public Radio, Inc., Edith Chapin, Leslie Cook, and Pallavi Gogoi in the above-captioned cause. After due consideration, the Court finds that good cause exists to grant the Parties' Motion.

Accordingly, it is hereby **ORDERED** that the Parties' Motion (Dkt. #213) is **GRANTED**. The Clerk of this Court is directed to unseal docket entries 118, 122 and 132.

**SIGNED this 28th day of October, 2020.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE