# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ED BUTOWSKY § | | |
| Plaintiff § | | |
| § | | |
| V. § | Civil Action No. 4:18cv442 | |
| § | Judge Mazzant/Magistrate Judge Craven | |
| DAVID FOLKENFLIK, ET AL. § | | |
| Defendants § | | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. # 210). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the parties stipulate and agree that all of Plaintiff's claims against Defendants be, and hereby are, dismissed with prejudice, with the parties to bear their own costs, expenses, and attorneys' fees. Accordingly, it is

**ORDERED** the Joint Stipulation of Dismissal With Prejudice (Dkt. # 210) is accepted by the Court. The Court further **ORDERS** this case is **DISMISSED with prejudice**. Each party shall bear its own costs and fees.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**SIGNED this 29th day of October, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE